UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RICHARD A. LESLIE CO., INC.,

                Plaintiff,

                                          **RULE 7.1 STATEMENT**
   v.                                      07-CV-5933 (LAK)
                                          ECF CASE

BIRDIE, LLC and GOLFSMITH HOLDINGS
INTERNATIONAL, INC.,

                Defendants

-----------------------------------------------------------x

       Pursuant to Rule of Federal Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Birdie, LLC and Golfsmith Holdings International, Inc. (a private non-governmental party) certifies that it has no parent corporation and that there is no publicly held corporation that holds 10% or more of its stock.

Dated: July 23, 2007

                                                      By: _/s/ Nancy E. Wolff_
                                                        Toby M.J. Butterfield (TB 8599)
                                                        Nancy E. Wolff (NW 7805)
                                                        Cowan, DeBaets, Abrahams, & Sheppard, LLP
                                                        41 Madison Avenue
                                                        New York, NY 10010
                                                        (212) 974-7474

Of Counsel:
William D. Raman
WONG, CABELLO, LUTSCH, RUTHERFORD
& BRUCCULERI, L.L.P.
Texas State Bar No. 16492700
Chase Tower
221 W. 6th Street, Suite 950
Austin, Texas 78701
Telephone: 512.473.2550

1