# EXHIBIT 1



Case 1:07-cv-05933-LAK    Document 10-3    Filed 09/18/2007    Page 2 of 7

# EXHIBIT 2





# EXHIBIT 3

