# Oxford

2835 ▶

**2835-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistband, lined hood with drawstrings, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** | Black |
| **Navy** | White |
| **Royal** | White |
| **Scarlet** | White |

# Oxford

### 2860-ADULT
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs waistband and action inserts, lined hood with drawstrings, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Navy** | Gold/Navy/White |
| **Navy** | White/Navy/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |

2860 ▶

◀ 2710P

### 2710P-ADULT
**Oxford nylon pant.**
100% brushed polyester lining, elastic waist, nylon drawstring, side seam slash pockets, zippered legs.

**Sizes Small through 2X Large.
Black, Dart. Green, Maroon, Navy, Purple, Royal, Scarlet.**

# Oxford



2800

**2800-ADULT**
Oxford nylon, quilt lined award style jacket.
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 5X Large.*

| | | | |
|---|---|---|---|
| Black | Black | **Purple** | Purple/Gold/White |
| Black | Black/Gold/White | **Purple** | Purple/White |
| Black | Black/Orange/White | **Royal** | Royal/Gold/White |
| Black | Black/Scarlet/White | **Royal** | Royal/Scarlet/White |
| Black | Black/White | **Royal** | Royal/White |
| Brown | Brown/Gold/White | **Scarlet** | Scarlet/Black/White |
| Brown | Brown/Orange/White | **Scarlet** | Scarlet/Gold/White |
| Columbia Blue | Col. Blue/White | **Scarlet** | Scarlet/Royal/White |
| Dart. Green | Dt. Green/Gold/White | **Scarlet** | Scarlet/White |
| Dart. Green | Dt. Green/White | **Silver** | Silver/Black/White |
| Kelly Green | Kelly/Gold/White | **Silver** | Silver/Royal/White |
| Kelly Green | Kelly/White | **Silver** | Silver/Scarlet/White |
| Maroon | Maroon/Gold/White | **White** | Black/White |
| Maroon | Maroon/White | **White** | Kelly/White |
| Navy | Navy/Col. Blue/White | **White** | Navy/White |
| Navy | Navy/Gold/White | **White** | Purple/White |
| Navy | Navy/Orange/White | **White** | Royal/White |
| Navy | Navy/Scarlet/White | **White** | Scarlet/White |
| Navy | Navy/White | | |

**2800L-ADULT-LONG**
Extra long, oxford nylon, quilt lined award style jacket.
Same as above, but two inches longer in sleeve and body length.

*Sizes Large through 3X Large.*

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**3800-YOUTH**
Same as 2800, but youth.

*Sizes XS, S, M, L.*

8