# Waterproof



**NEW**

1611 ►

◄ 1600

**NEW STYLE**
**1611-ADULT**
**Mesh lined, waterproof oxford nylon pullover with split back.**
Mesh lined throughout, elasticized drawstring bottom, **VENTILATED SPLIT BACK**, full zipper front through collar, 100% nylon knit collar color coordinated mesh action backs.

*Sizes Small through 3X Large.*

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/White |
| **Black** | Black/Scarlet/White |
| **Dart. Green** | Dart. Green/White |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |

**1600-ADULT**
**Unlined, waterproof oxford nylon pullover.**
Elasticized drawstring bottom, **VENTILATED SPLIT BACK**, zip through 100% nylon knit collar, 100% nylon knit cuffs, zippered sport back pocket, extended back for added weather protection, color coordinated mesh action backs.

*Sizes Small through 3X Large.*

| | | | |
|---|---|---|---|
| **Black** | Black/White | **Maroon** | Maroon/White |
| **Black** | Black/Gold/White | **Navy** | Gold/White |
| **Black** | Black/Scarlet/White | **Navy** | Navy/White |
| **Dart. Green** | Dart. Green/White | **Purple** | Purple/White |
| **Dart. Green** | Dart. Green/Gold/White | **Royal** | Royal/Gold/White |
| **Maroon** | Maroon/Gold/White | **Royal** | Royal/White |
| | | **Scarlet** | Scarlet/White |

# 2-Ply
## Supplex



2895 ►

**2895-ADULT**
**Quilt lined, 2-ply supplex nylon award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% black nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 4X Large.*

| Black | Black |
|---|---|
| **Dart. Green** | Dart. Green/Black |
| **Light Maroon** | Maroon/Black |
| **Purple** | Purple/Black |
| **Royal** | Royal/Black |
| **Scarlet** | Scarlet/Black |

◄ 9021

**9021-ADULT**
**Adult, light lined, 2-ply supplex nylon, "team players" jacket.**
"Birdie Light" polyester lining, **OVERSIZED UPPER BODY CUT**, full zipper front, reverse welt slash pockets, elastic cuffs, **ZIP-OFF LINED HOOD** with drawstrings, extra long body length.

*Sizes Medium through 3X Large.*
*Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

**9835-ADULT**
**2-ply supplex nylon, quilt lined parka.**
8.8 oz. 100% polyester quilted lining, quilted hood, full zipper front with snap closure, 10" side seam zippers, inside pocket, 100% nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 3X Large. Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

◀ 9835

**8835-YOUTH**
Same as 9835, but youth. No inside pocket.
*Sizes S, M, L.*



Detail of side zipper

**9844-ADULT**
**Quilt lined, 2-ply supplex nylon, full zip jacket.**
6.2 oz. 100% polyester quilted nylon lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front, quilted hood with drawstrings.

*Sizes Small through 3X Large.*

◀ 9844

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/White** | Black |
| **Dt. Green/Gold** | Dart. Green |
| **Dt. Green/White** | Dart. Green |
| **Maroon/Gold** | Light Maroon |
| **Maroon/White** | Light Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

**8844-YOUTH**
Same as 9844, but youth.
*Sizes S, M, L.*