# 2-Ply Supplex



**9740** ▶

**9740-ADULT**
**Light lined, 2-ply supplex nylon pullover.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, lined hood with drawstrings, set-in sleeves.

*Sizes Small through 3X Large.*

**8740-YOUTH**
Same as 9740, but youth.

*Sizes Medium and Large Only.*

| | |
|---|---|
| Black/Gold | Black |
| Black/Orange | Black |
| Black/Scarlet | Black |
| Black/White | Black |
| Dart. Green/Gold | Dart. Green |
| Dart. Green/White | Dart. Green |
| Light Maroon/Gold | Maroon |
| Light Maroon/White | Maroon |
| Navy/Gold | Navy |
| Navy/White | Navy |
| Royal/Gold | Royal |
| Royal/White | Royal |
| Scarlet/White | Scarlet |

◀ **9715P**

**9715P-ADULT**
**Light lined, 2-ply supplex nylon pant.**
"Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs.

*Sizes Small through 3X Large.*
*Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

**8715P-YOUTH**
Same as 9715P, but youth.

*Sizes Medium and Large Only.*

# 2-Ply
## Supplex

9711



**9711-ADULT**
**Light lined, 2-ply supplex nylon, full zipper jacket.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front through collar, set-in sleeves.

***Sizes Small through 3X Large.***

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/Teal** | Black |
| **Black/White** | Black |
| **Dart. Green/Gold** | Dart. Green |
| **Dart. Green/White** | Dart. Green |
| **Light Maroon/Gold** | Maroon |
| **Light Maroon/White** | Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

# 2-Ply Supplex



**NEW STYLE**
**6200-ADULT**
**Light lined, 2-ply supplex nylon, V-neck windshirt.**
"Birdie Light" polyester lining, single stripe knit collar, cuffs and waistband, 2 side seam pockets, full athletic cut, set-in sleeves.

*Sizes Small through 4X Large. Black/White, Dart. Green/White, Light Maroon/White, Navy/White, Royal/White, Scarlet/White.*

**5200-YOUTH**
Same as 6200, but youth.
*Sizes Medium and Large Only.*

**NEW STYLE**
**9300-ADULT**
**Heavy fleece lined, 2-ply supplex nylon, hooded full zip jacket.**
7 oz. 50/50 sweatshirt lining throughout, full zipper front, reverse welt slash pockets, wide elastic cuffs and waistband, lined hood, set-in sleeves.

*Sizes Small through 4X Large. Athletic Gold, Black, Dart. Green, Light Maroon, Navy, Royal, Scarlet.*

# 2-Ply
## Supplex



1935 ▶

**NEW**

**NEW STYLE**
**1935-ADULT**
**Light lined, 2-ply supplex nylon pullover jacket.**
100% "Birdie Light" polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, light lined hood, hemmed bottom with drawstring, set-in sleeves.

*Sizes Small through 4X Large.*
*Black, Dart. Green, Light Maroon, Navy, Royal, Scarlet.*

◀ 9715P

**9715P-ADULT**
**Light lined, 2-ply supplex nylon pant.**
100% "Birdie Light" polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, light lined hood, hemmed bottom with drawstring, set-in sleeves.

*Sizes Small through 4X Large.*
*Black, Dart. Green, Light Maroon, Navy, Royal, Scarlet.*

**9715P-**Refer to page 16 for size and color.

# Pro Weight Satin

## 7800-ADULT
Pro-weight satin, quilt line award style jacket.
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

### Sizes X Small through 4X Large.

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Cardinal** | Cardinal/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Orange/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet |
| **Scarlet** | Scarlet/White |
| **Silver** | Black |
| **Silver** | Scarlet |
| **Silver** | Silver |
| **Teal** | Teal |
| **White** | White |

◄ 7800

## 7800L-ADULT-LONG
Extra long, pro-weight satin, quilt lined, award style jacket. Same as 7800, but 2" longer in sleeve and body length.

### Sizes Large through 3X Large.

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

## 8800-YOUTH
Same as 7800, but youth.

### Sizes S, M, L.

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |



◄ 7875

## 7875-ADULT
Same as 7800, but has full zipper front instead of snaps.

### Sizes Small through 4X

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |

### 4700-ADULT
**Nylon satin, quilt lined award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| Black | Black/Gold/White |
| Black | Black/White |
| Kelly Green | Kelly/Gold/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon/Gold/White |
| Maroon | Maroon/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | Kelly/White |
| White | Royal/White |
| White | Scarlet/White |



◀ 4700

### 4400-ADULT
Same as 4700 except solid knit cuffs, collar and waistband.

**Sizes X Small through 3X Large.
Black, Navy, Pink, Royal, Scarlet, Silver, White.**

### 5400-YOUTH
Same as 4400, but youth.

**Sizes S, M, L.
Black, Columbia Blue, Lilac, Navy, Pink, Royal, Scarlet, Silver.**

◀ 4400

### 5700-YOUTH
Same as 4700, but youth.
**Sizes S, M, L.
Same as 4700 except no White/Black/Gold/White.**



◀ 4800

### 4800-ADULT
**Nylon satin, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| Kelly Green | Kelly/Gold/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | Royal/White |
| White | Scarlet/White |

# Nylon Satin

# Poplin



**1000**

### 1000-ADULT
**Poplin chintz, lined, fashion jacket.**
Color matched nylon lining, full zipper front, dog leash collar, epaulets, 100% textured polyester knit cuffs and waistband, knit trimmed breast pocket, slash pockets, set-in sleeves.

*Sizes X Small through 3X Large. Black, Navy, Silver, Tan, White.*

**8200**

### 8200-ADULT
**Cotton poplin, light lined, award style jacket.**
ZEPEL finished outer shell for water and stain resistancy, 100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Maroon** | Maroon |
| **Navy** | Navy |
| **Royal** | Royal |
| **Scarlet** | Scarlet |



**8100**

### 8100-ADULT
**Cotton poplin, quilt lined, award style jacket.**
ZEPEL finished outer shell for water and stain resistancy, 6.2 oz. 100% polyester quilted lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | | | |
|---|---|---|---|
| **Black** | Black | **Navy** | Navy/Gold/White |
| **Dart. Green** | Dart. Green | **Navy** | Navy/White |
| **Maroon** | Maroon/Gold/White | **Royal** | Royal/Gold/White |
| **Maroon** | Maroon/White | **Royal** | Royal/White |
| **Navy** | Navy/Gold/White | **Scarlet** | Scarlet/White |