# Corduroy



**8400-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |

◀ 8400

**8475-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs and waistband, **CORDUROY BYRON COLLAR** with contrasting undercollar and snaps, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Dart. Green** | Dt. Green/Gold/White |
| **Dart. Green** | Dt. Green/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | White |
| **Navy** | Navy/Col. Blue/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/Scarlet/White |
| **Navy** | Navy/White |
| **Purple** | Purple/Gold/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

8475 ▶

**9475-YOUTH**
Same as 8475, but youth.
*Sizes S, M, L.*

# Taffeta



**2100**

**2000**

**1507**

**2100-ADULT**
**Unlined taffeta nylon warm-up jacket.**
Snap front, elastic cuffs, slash pockets, set-in sleeves, drawstring bottom.

*Sizes to 3X Large. Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

**3100-YOUTH**
Same as 2100, but youth.

*Sizes S, M, L. Athletic Gold, Black, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

**2000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.

*Sizes to 5X Large. Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

**3000-YOUTH**
Same as 2000, but youth.

*Sizes S, M, L.*

**1507-ADULT**
**Taffeta nylon, unlined pullover jacket.**
Half zipper knit turtleneck collar, right breast pocket, knit waistband, cuffs and action back, set-in sleeves.

*Sizes X Small through 2X Large. Black, Burgundy, Dartmouth Green, Kelly Green, Navy, Royal, Scarlet, Tan, White, White/Kelly Green, White/Royal, White/Scarlet.*

# Taffeta



◀ 4000

**4000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, nylon knit cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large. Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

4200 ◀

**4200-ADULT**
Same as 4000, but with a zippered front and no drawstring.

*Sizes X Small through 2X Large. Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*



Richard A. Leslie Co, Inc.

Items shown are subject to withdrawal without notice. Prices are subject to change without notice.



# What Birdie® Can Do For You

## TABLE OF CONTENTS

Micro Fiber .............................. 3
Oxford .................................. 4-11
Waterproof ........................... 12-13
2-Ply Supplex ....................... 14-19
Pro-Weight Satin ...................... 20
Nylon Satin ............................. 21
Poplin ................................... 22
Corduroy ................................ 23
Taffeta ............................... 24-25
Color Chart/Lining Choices ....... 26
General Information ................. 27

BIRDIE® Jackets: Designed for outstanding comfort and style. From basic to trend-setting: from team jacket to the sophisticated look, BIRDIE® has the jacket for you.

BIRDIE® quality and service is legendary, and with our enormous inventory, fast delivery is our standard.

Dedication to service and product improvement has been the BIRDIE® hallmark for more than a half a century. Each jacket we manufacture is the result of quality materials and superior craftsmanship. Wear tested, attractively styled BIRDIE® jackets set the pace for value.

We make jackets for every purpose: team and corporate identity, awards, incentives, fund-raising, dealer promotion, employee and club programs. Over 60 styles, some in as many as 38 different color combinations, are among the more than 250,000 units of merchandise in our warehouses.

All our outer shells are made with fabrics that have been treated for water-repellency. Slash pockets are reverse-welted for added rain protection. Our jackets are designed for comfort; most styles have a full athletic cut and set-in sleeves. Our cold weather jackets have linings sewn to the very edge of the garments to eliminate cold spots where there should be none.

We control all phases of the manufacturing process, from the time the fabric enters the plant until the jacket is shipped, assuring you the highest possible quality, fast delivery, and competitive prices.

A "Made in U.S.A." label is on every BIRDIE® jacket and every jacket is produced by American workers from American-made materials.

With knowledgeable representation nationwide, BIRDIE® continues to grow, with new styles, expanded services, and new warehouses. Let our trained professionals help and advise you in setting up programs that will reflect favorably on you and your company.

# Micro



6700

**6700-ADULT**
**Nylon lined, micro fiber scoop neck pullover.**
100% nylon lining throughout, "silky-to-touch" sanded polyester micro fiber shell, solid knit collar, cuffs and waistband with raised edges, side seam pockets, set-in sleeves, full athletic cut.

*Sizes X Small through 4X Large.*
*Black, Dartmouth Green, Maroon, Navy.*