

**2400**

**2400-ADULT**
**Sherpa lined, oxford nylon warm-up jacket.**
22 oz. 100% polyester sherpa lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.*
*Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet.*

**3400-YOUTH**
Same as 2400, but youth.
*Sizes S, M, L.*

**2500**

**2500-ADULT**
**Sherpa lined, oxford nylon coaches jacket.**
22 oz. 100% polyester sherpa lining, two slider (top and bottom opening) full zipper, double nylon hood in zippered undercollar, heavy stretch nylon knit cuffs, quilted inner sleeves, inside drawstring waist, clipboard size slash pockets with snap closure, set-in sleeves.

*Sizes Small through 3X Large.*
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

# Waterproof



**1700** ▶

**1700-ADULT**
Same as 1500,
but light lined.

◀ **1500**

**1500-ADULT**
**Pile lined, waterproof oxford nylon, sideline parka.**
Lush, color matching pile lining, quilted sleeves, **OVERSIZED UPPER BODY CUT**, yoke front reverse welt slash pockets, heavy duty full metal zipper, **ROLL-AWAY HIDE-AWAY HOOD**, elastic cuffs, extra long body length.

*Sizes Medium through 3X Large.*
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

◀ **5036**

**5036-ADULT**
**Pile lined, waterproof oxford nylon, hooded warm-up jacket.**
Lush, color matching pile lining, quilted sleeves, flap pockets, **LONGER BODY LENGTH**, elastic cuffs, snap front, drawstring, zippered hide-a-way hood under collar, set-in sleeves.

*Sizes Medium through 3X Large.*
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

# Waterproof



**1611-ADULT**
**Mesh lined, waterproof oxford nylon full zipper with split back.** Mesh lined throughout, elasticized drawstring bottom, **VENTILATED SPLIT BACK**, full zipper front through collar, 100% nylon knit collar color coordinated mesh action backs.

### Sizes Small through 3X Large.

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Dart. Green** | Dart. Green/White |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |

**1600-ADULT**
**Unlined, waterproof oxford nylon pullover.**
Elasticized drawstring bottom, **VENTILATED SPLIT BACK**, zip through 100% nylon knit collar, 100% nylon knit cuffs, zippered sport back pocket, extended back for added weather protection, color coordinated mesh action backs.

### Sizes Small through 3X Large.

| | | | |
|---|---|---|---|
| **Black** | Black/Gold/White | **Maroon** | Maroon/White |
| **Black** | Black/Scarlet/White | **Navy** | Gold/White |
| **Black** | Black/White | **Navy** | Navy/White |
| **Dart. Green** | Dart. Green/White | **Purple** | Purple/White |
| **Dart. Green** | Dart. Green/Gold/White | **Royal** | Royal/Gold/White |
| **Maroon** | Maroon/Gold/White | **Royal** | Royal/White |
| | | **Scarlet** | Scarlet/White |

# 2-Ply Supplex



**2895-ADULT**
**Quilt lined, 2-ply supplex nylon award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% black nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Dart. Green** | Black |
| **Light Maroon** | Black |
| **Purple** | Black |
| **Royal** | Black |
| **Scarlet** | Black |

**9021-ADULT**
**Adult, light lined, 2-ply supplex nylon, "team players" jacket.**
"Birdie Light" polyester lining, **OVERSIZED UPPER BODY CUT,** full zipper front, reverse welt slash pockets, elastic cuffs, **ZIP-OFF LINED HOOD** with drawstrings, extra long body length.

*Sizes Medium through 3X Large. Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*



# 2-Ply Supplex

**9835-ADULT**
**2-ply supplex nylon, quilt lined parka.**
8.8 oz. 100% polyester quilted lining, quilted hood, full zipper front with snap closure, 10" side seam zippers, inside pocket, 100% nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 3X Large. Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

**8835-YOUTH**
Same as 9835, but youth. No inside pocket.
*Sizes S, M, L.*

Detail of side zipper

**9844-ADULT**
**Quilt lined, 2-ply supplex nylon, full zip jacket.**
6.2 oz. 100% polyester quilted nylon lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front, quilted hood with drawstrings.

*Sizes Small through 3X Large.*

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/White** | Black |
| **Dt. Green/Gold** | Dart. Green |
| **Dt. Green/White** | Dart. Green |
| **Maroon/Gold** | Light Maroon |
| **Maroon/White** | Light Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

**8844-YOUTH**
Same as 9844, but youth.
*Sizes S, M, L.*

# 2-Ply Supplex



**9740** ▶

### 9740-ADULT
**Light lined, 2-ply supplex nylon pullover.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, lined hood with drawstrings, set-in sleeves.

*Sizes Small through 3X Large.*

### 8740-YOUTH
Same as 9740, but youth.

*Sizes Medium and Large Only.*

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/White** | Black |
| **Dart. Green/Gold** | Dart. Green |
| **Dart. Green/White** | Dart. Green |
| **Light Maroon/Gold** | Maroon |
| **Light Maroon/White** | Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

### 9715P-ADULT
**Light lined, 2-ply supplex nylon pant.**
"Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs.

*Sizes Small through 3X Large.
Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

### 8715P-YOUTH
Same as 9715P, but youth.

*Sizes Medium and Large Only.*

◀ **9715P**



# 2-Ply
## Supplex



9711

### 9711-ADULT
**Light lined, 2-ply supplex nylon, full zipper jacket.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front through collar, set-in sleeves.

**Sizes Small through 3X Large.**

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/Teal** | Black |
| **Black/White** | Black |
| **Dart. Green/Gold** | Dart. Green |
| **Dart. Green/White** | Dart. Green |
| **Light Maroon/Gold** | Maroon |
| **Light Maroon/White** | Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |