# 2-PLY
## Supplex



6200

**6200-ADULT**
**Light lined, 2-ply supplex**
**nylon, V-neck windshirt.**
"Birdie Light" polyester lining,
single stripe knit collar, cuffs and
waistband, 2 side seam pockets,
full athletic cut, set-in sleeves.

*Sizes Small through 4X Large.*
*Black/White, Dart. Green/White,*
*Light Maroon/White,*
*Navy/White, Royal/White,*
*Scarlet/White.*

**5200-YOUTH**
Same as 6200, but youth.

*Sizes Medium and Large Only.*

9300

**9300-ADULT**
**Heavy fleece lined, 2-ply**
**supplex nylon,**
**hooded full zip jacket.**
7 oz. 50/50 sweatshirt lining
throughout, full zipper front,
reverse welt slash pockets, wide
elastic cuffs and waistband, lined
hood, set-in sleeves.

*Sizes Small through 4X Large.*
*Athletic Gold, Black, Dart.*
*Green, Light Maroon, Navy,*
*Royal, Scarlet.*



**1935**

**1935-ADULT**
**Light lined, 2-ply supplex nylon pullover jacket.**
100% "Birdie Light" polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, light lined hood, hemmed bottom with drawstring, set-in sleeves.

*Sizes Small through 4X Large. Black, Dart. Green, Light Maroon, Navy, Royal, Scarlet.*

**9715P**-Refer to page 16 for size and color.

**9715P**

# Pro Weight
## Satin



**7800-ADULT**

**Pro-weight satin, quilt line award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Cardinal** | Cardinal/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Orange/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet |
| **Scarlet** | Scarlet/White |
| **Silver** | Scarlet |
| **Silver** | Silver |
| **Teal** | Teal |
| **White** | White |

7800

**8800-YOUTH**
Same as 7800, but youth.

*Sizes S, M, L.*

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**7800L-ADULT-LONG**
**Extra long, pro-weight satin, quilt lined, award style jacket.** Same as 7800, but 2" longer in sleeve and body length.

*Sizes Large through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |
| **Royal** | Royal |
| **Royal** | White |

7875

**7875-ADULT**
Same as 7800, but has full zipper front instead of snaps.

*Sizes Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |

**4700-ADULT**

**Nylon satin, light lined award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| Color | Trim |
|---|---|
| Black | Black/Gold/White |
| Black | Black/White |
| Kelly Green | Kelly/Gold/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon/Gold/White |
| Maroon | Maroon/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | Kelly/White |
| White | Royal/White |
| White | Scarlet/White |

◄ 4700

**4400-ADULT**
Same as 4700 except solid knit cuffs, collar and waistband.

*Sizes X Small through 3X Large.*
*Black, Navy, Pink, Royal, Scarlet, Silver, White.*

**5400-YOUTH**
Same as 4400, but youth.

*Sizes S, M, L.*
*Black, Columbia Blue, Lilac, Navy, Pink, Royal, Scarlet, Silver.*

◄ 4400

**5700-YOUTH**
Same as 4700, but youth.

*Sizes S, M, L.*



◄ 4800

**4800-ADULT**

**Nylon satin, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| Color | Trim |
|---|---|
| Kelly Green | Kelly/Gold/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | Royal/White |

# Poplin



**1000** ►

### 1000-ADULT
**Poplin chintz, nylon lined, fashion jacket.**
Color matched nylon lining, full zipper front, dog leash collar, epaulets, 100% textured polyester knit cuffs and waistband, knit trimmed breast pocket, slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*
*Black, Navy, Silver, Tan, White.*
*(This jacket is not an athletic cut.)*

◄ **8200**

### 8200-ADULT
**Cotton poplin, light lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Maroon** | Maroon |
| **Navy** | Navy |
| **Royal** | Royal |
| **Scarlet** | Scarlet |



**8100** ►

### 8100-ADULT
**Cotton poplin, quilt lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 6.2 oz. 100% polyester quilted lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | | | |
|---|---|---|---|
| **Black** | Black | **Navy** | Navy/Gold/White |
| **Dart. Green** | Dart. Green | **Navy** | Navy/White |
| **Maroon** | Maroon/Gold/White | **Royal** | Royal/Gold/White |
| **Maroon** | Maroon/White | **Royal** | Royal/White |
| **Navy** | Navy/Gold/White | **Scarlet** | Scarlet/White |



# CORDUROY

**8400-ADULT**

**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

***Sizes Small through 4X Large.***

| Black | Black |
|-------|-------|
| Navy | Navy |

**◄ 8400**

**8475 ►**

**8475-ADULT**

**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs and waistband, **CORDUROY BYRON COLLAR** with contrasting undercollar and snaps, reverse welt slash pockets, set-in sleeves.

***Sizes X Small through 3X Large.***

| Black | Black/Gold/White |
|-------|------------------|
| Black | Black/Orange/White |
| Black | Black/Scarlet/White |
| Black | Black/White |
| Dart. Green | Dt. Green/Gold/White |
| Dart. Green | Dt. Green/White |
| Kelly Green | Kelly/Gold/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon/Gold/White |
| Maroon | White |
| Navy | Navy/Col. Blue/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Scarlet/White |
| Navy | Navy/White |
| Purple | Purple/Gold/White |
| Purple | Purple/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |

**9475-YOUTH**
Same as 8475, but youth.
***Sizes S, M, L.***



# Taffeta

**2100**

**2000**

**1507**

**2100-ADULT**
**Unlined taffeta nylon warm-up jacket.**
Snap front, elastic cuffs, slash pockets, set-in sleeves, drawstring bottom.

*Sizes X Small to 3X Large. Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

**3100-YOUTH**
Same as 2100, but youth.

*Sizes S, M, L. Athletic Gold, Black, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

**2000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.

*Sizes X Small to 5X Large. Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

**3000-YOUTH**
Same as 2000, but youth.

*Sizes S, M, L.*

**1507-ADULT**
**Taffeta nylon, unlined pullover jacket.**
Half zipper knit turtleneck collar, right breast pocket, knit waistband, cuffs and action back, set-in sleeves.

*Sizes X Small through 2X Large. Black, Burgundy, Dartmouth Green, Kelly Green, Navy, Royal, Scarlet, Tan, White, White/Kelly Green, White/Royal, White/Scarlet.*