

# Birdie golf jackets
washable - water repellent

**action back**

**Style #1725**
**MENS' BIRDIE EAGLE**
Specially constructed Hi-Count Nylon shell. Knit insert Action Back. Nylon knit collar insert, two slash pockets, adjustable cuffs. Velcro adjustable side vents.
Sizes: S-M-L-XL.

**Style #1712**
**LADIES' BIRDIE QUEEN**
Same specifications as #1725 in ladies' sizes.
Sizes: S-M-L-XL.

#1725    1712

**Birdie® WORLDWIDE**

• SLASH POCKETS ARE REVERSE WELTED FOR ADDED RAIN PROTECTION •



## washable - water repellent
# tennis jackets

#1645    #1642

**Style #1645—MENS' BIRDIE ACE**
Specially constructed Hi-Count Nylon shell. Striped knit collar and cuffs. Knit insert Action Back. Two slash pockets. Velcro adjustable side vents. Sizes: S-M-L-XL.

**Style #1642**
**LADIES' BIRDIE ADVANTAGE**
Same specifications as #1645 in ladies' sizes. Sizes: S-M-L.



#1810

washable - water repellent
# jogging suit

**Style #1810**
**MENS' BIRDIE AWARD**
Weatherproof coated Nylon jogging suit. Set of shirt and pants. Elastic neck, waists, cuffs and ankles.
Sizes: S-M-L-XL-XXL.

RICHARD A. LESLIE CO./50 WEBSTER AVE., NEW ROCHELLE, N.Y. 10801/(914) 636-5050



`1800  2100  3100:  2000  3000`

## WARMUP JACKETS



#3000  10.25
#2000  10.75

**2000 ADULTS' BIRDIE WINNER**
*hi count nylon outershell
*fleece lined throughout
*full cut
*two reverse-welted slash pockets
*snap front
*elastic cuffs
*drawstring bottom
*durable water repellent
  Sizes: XS-S-M-L-XL-XXL-XXXL-XXXXL-XXXXXL

**#3000 YOUTHS' BIRDIE CHAMP**
*same specifications as #2000
*youths' sizes
  Sizes: S-M-L

**#2100 ADULTS' BIRDIE PRO**
*hi count nylon shell
*full cut
*two slash pockets
*snap front
*elastic cuffs
*drawstring bottom
*durable water repellent
  Sizes: XS-S-M-L-XL-XXL

**#3100 YOUTHS' BIRDIE JET**
*same specifications as #2100
*youths' sizes
  Sizes: S-M-L   (not pictured)



#2100  8.00



#1800  10.00

**#2100-3 ADULTS' BIRDIE RUGGED**
*2/ply nylon shell
*full cut
*two slash pockets
*snap front
*elastic cuffs
*drawstring bottom
*durable water repellent
  Sizes: S-M-L-XL-XXL   (not pictured)

**#3100-3 YOUTHS' BIRDIE SMART**
*same specifications as #2100-3
*youths' sizes
  Sizes: S-M-L-XL   (not pictured)

**#1800 ADULTS' BIRDIE LEISURE**
*80% polyester, 20% cotton
*"ZEPEL" finish
*two slash pockets
*raglan sleeves
*full cut
*full zipper
*adjustable shirt type cuffs
*wind-tab collar
*elasticized waist
  Sizes: XS-S-M-L-XL-XXL

### COLORS

| 1800 | 2100   3100 | 2100-3   3100-3 | 2000   3000 | 2000 XXXL, XXXXL, | 2000 XXXXXL |
|---|---|---|---|---|---|
| Tan | Navy | Navy | Navy | Navy | Navy |
| Navy | Scarlet | Scarlet | Scarlet | Scarlet | Scarlet |
|  | Royal | Royal | Royal | Royal | Royal |
|  | Kelly | Kelly | Kelly | Kelly | Kelly |
|  | Dartmouth Green | Dartmouth Green | Dartmouth Green | Dartmouth Green | Dartmouth Green |
|  | Maroon | Maroon | Maroon | Maroon | Maroon |
|  | Black | Black | Black | Black | Black |
|  | Purple | Purple | Purple | Purple | Brown |
|  | Columbia Blue | Columbia Blue | Columbia Blue | Columbia Blue |  |
|  | Bright Orange | Bright Orange | Bright Orange | Bright Orange |  |
|  | White | White | Burnt Orange | Burnt Orange |  |
|  | Athletic Gold | Athletic Gold | White | White |  |
|  | Brown | Brown | Athletic Gold | Athletic Gold |  |
|  | Texas Orange (Rust) |  | Old Gold | Old Gold |  |
|  | Old Gold (2100 only) |  | Brown | Brown |  |
|  | Tan (2100 only) |  | Texas Orange (Rust) | Texas Orange (Rust) |  |
|  |  |  | Cardinal |  |  |

2200, 2200-S
3200, 3200-S

# WARMUP JACKETS

**#2200S** 3200S $11.50

12.00  2XL 12.75

**#2200S ADULTS' BIRDIE TOP MAN**
★oxford nylon outershell
★triple-striped raglan sleeves
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★elastic cuffs
★drawstring bottom
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

2XL
12.00  12.75

**#3200S YOUTHS' BIRDIE PINNACLE**
★same specifications as #2200S
★youths' sizes   11.50
  Sizes: S-M-L (not pictured)



**#2200 ADULTS' BIRDIE PARAMOUNT**
★oxford nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★elastic cuffs
★drawstring bottom
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

**#3200 YOUTHS' BIRDIE LEADER**
★same specifications as #2200
★youths' sizes
  Sizes: S-M-L

10.75 #3200      #2200 11.25
                 2XL
                 12.50

| COLORS | | |
|---|---|---|
| 2200S  3200S | | 2200  3200 |
| WHITE STRIPES | GOLD STRIPES | |
| Navy | ★Royal | Navy / Columbia Blue |
| Scarlet | ★Black | Scarlet / Bright Orange |
| ★Royal | | Royal / White |
| | | Kelly / Athletic Gold |
| | | Dartmouth Green / Old Gold |
| | | Maroon / Brown |
| | | Black / Silver |
| | | Purple |
| ★not available in 3200S size small | | |

*2300 3300* *2400 3400*

# WARMUP JACKETS



*15.75*
*2XL 17.35*
*3&4XL 19.50*

### #2300 ADULTS' BIRDIE CHALLENGER
★oxford nylon outershell
★100% acrylic pile inner lining (13 oz.)
★quilted nylon inner sleeves
★pile extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★stretch nylon knit cuffs
★durable water repellent
 Sizes: XS-S-M-L-XL-XXL-XXXL-XXXXL

### #3300 YOUTHS' BIRDIE SCORE
★same specifications as #2300
★youths' sizes
 Sizes: S-M-L

### #2400 ADULTS' BIRDIE IDEAL
★oxford nylon outershell
★heavy 100% polyester sherpa inner lining (22 oz.)
★quilted nylon inner sleeves
★sherpa extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★heavy stretch nylon knit cuffs
★durable water repellent
 Sizes: XS-S-M-L-XL-XXL-XXXL-XXXXL

### #3400 YOUTHS' BIRDIE EVEREST
★same specifications as #2400
★youths' sizes
 Sizes: S-M-L



*17.50*

## COLORS

| 2300 | 3300 | 2400 3400 |
|---|---|---|
| Navy | Navy | Navy |
| Scarlet | Scarlet | Scarlet |
| Royal | Royal | Royal |
| Kelly | Kelly | Kelly |
| Dartmouth Green | Dartmouth Green | Dartmouth Green |
| Maroon | Maroon | Maroon |
| Black | Black | Black |
| Purple | Purple | Purple |
| Columbia Blue | Columbia Blue | Bright Orange |
| Bright Orange | Bright Orange | Old Gold |
| White | White | Brown |
| Athletic Gold | Athletic Gold | |
| Old Gold | Old Gold | |
| Brown | Brown | |
| Texas Orange (Rust) | | |

Page 4



# AWARD JACKETS

#### #2700 ADULTS' BIRDIE LETTERMAN
★oxford nylon outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

#### #3700 YOUTHS' BIRDIE TEAM
★same specifications as #2700
★youths' sizes
  Sizes: S-M-L

#### #2600 ADULTS' BIRDIE AWARD
★oxford nylon outershell
★100% acrylic pile inner lining (13 oz.)
★quilted nylon inner sleeves
★pile extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband and collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

#### #3600 YOUTHS' BIRDIE PRIZE
★same specifications as #2600
★youths' sizes
  Sizes: S-M-L (not pictured)

#### #2900 ADULTS' BIRDIE VARSITY
★oxford nylon outershell
★heavy 100% polyester sherpa inner lining (22 oz.)
★quilted nylon inner sleeves
★sherpa extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

#### #3900 YOUTHS' BIRDIE JV
★same specifications as #2900
★youths' sizes
  Sizes: S-M-L (not pictured)

Handwritten prices: #2700: 15.75, 2XL 17.10; #3700: 15.25; #2900: 19.00, 2XL 20.60; #2600: 17.50, 19.10 2XL

| COLORS | | | | | |
|---|---|---|---|---|---|
| 2700 3700 | | 2600 3600 | | 2900 3900 | |
| NYLON BODY | KNIT TRIM | NYLON BODY | KNIT TRIM | NYLON BODY | KNIT TRIM |
| Navy | Navy/White | Navy | Navy/White | Navy | Navy/White |
| Navy | Navy/Gold | Navy | Navy/Gold | Navy | Navy/Gold |
| Scarlet | Scarlet/White | Scarlet | Scarlet/White | Scarlet | Scarlet/White |
| Scarlet | Scarlet/Gold | Royal | Royal/White | Royal | Royal/White |
| Scarlet | Scarlet/Gray | Royal | Royal/Gold | Royal | Royal/Gold |
| Scarlet | Scarlet/Black | Kelly | Kelly/Gold | Kelly | Kelly/Gold |
| Royal | Royal/White | Maroon | Maroon/Gold | Maroon | Maroon/White |
| Royal | Royal/Gold | Black | Black/Gold | Maroon | Maroon/Gold |
| Kelly | Kelly/White | Purple | Purple/White | Black | Black/Gold |
| Kelly | Kelly/Gold | | | | |
| Dartmouth Green | Dartmouth Green/White | | | | |
| Dartmouth Green | Dartmouth Green/Gold | | | | |
| Maroon | Maroon/White | | | | |
| Maroon | Maroon/Gold | | | | |
| Black | Black/White | | | | |
| Black | Black/Gold | | | | |
| Purple | Purple/White | | | | |
| Purple | Purple/Gold | | | | |
| Columbia Blue | Columbia Blue/White | | | | |
| Bright Orange | Bright Orange/White | | | | |
| Bright Orange | Bright Orange/Black | | | | |

*2850    2750         2775    2875  -2975*
*3850    3250*

# AWARD JACKETS

### #3750 YOUTHS' BIRDIE HEADER
★same specifications as #2750
★youths' sizes
  Sizes: S-M-L (not pictured)

### #3850 YOUTHS' BIRDIE STANDOUT
★same specifications as #2850
★youths' sizes
  Sizes: S-M-L (not pictured)

### #2875 ADULT'S BIRDIE STYLIST
★oxford nylon outershell
★4.4 oz. polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★quilted nylon inner sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, and waistband
★oxford nylon Byron collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

### #2975 ADULTS' BIRDIE RANGER
★oxford nylon outershell
★heavy 100% polyester sherpa inner lining (22 oz.)
★quilted nylon inner sleeves
★sherpa extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs and waistband
★durable water repellent
★oxford nylon Byron collar
  Sizes: XS-S-M-L-XL-XXL

### #2775 ADULTS' BIRDIE KENT
★oxford nylon outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs and waistband
★oxford nylon Byron collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

### #2750 ADULTS' BIRDIE PACESETTER
★oxford nylon outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, and waistband
★twin striped nylon knit laydown collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

### #2850 ADULTS' BIRDIE SUPER
★oxford nylon outershell
★4.4 oz. polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, and waistband
★twin striped nylon knit laydown collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL


#2850  *18.50*    #2750


#2775    #2875    #2975

## COLORS

| 2750 | 3750 | 2775 | | 2875 | 2975 |
|---|---|---|---|---|---|
| NYLON BODY | KNIT TRIM | NYLON BODY | KNIT TRIM | NYLON BODY | KNIT TRIM |
| Navy | Navy/White | Navy | Navy/White | Navy | Navy/White |
| Scarlet | Scarlet/White | Navy | Navy/Gold/White | Scarlet | Scarlet/White |
| Royal | Royal/White | Scarlet | Scarlet/Black/White | Royal | Royal/White |
| Black | Black/White | Scarlet | Scarlet/White | Dartmouth Green | Dartmouth Green/White |
| Navy | Navy/Gold/White | Royal | Royal/White | Black | Black/White |
| Royal | Royal/Gold/White | Royal | Royal/Gold/White | Brown | Brown/White |
| Royal | Royal/Orange/White | Maroon | Maroon/Gold/White | 2850 | 3850 |
| Black | Black/Gold/White | Maroon | Maroon/White | Navy | Navy/White |
| Black | Black/Orange/White | Kelly | Kelly/White | Navy | Navy/Gold/White |
| Columbia Blue | Columbia Blue/Navy/White | Kelly | Kelly/Gold/White | Royal | Royal/Gold/White |
| Brown | Brown/Gold/White | Black | Black/Gold/White | Royal | Royal/White |
| Brown | Brown/Orange/White | Black | Black/White | Scarlet | Scarlet/White |
| Silver | Silver/Black/White | Purple | Purple/White | Purple | Purple/White |
| Navy | Navy/Scarlet/White | Purple | Purple/Gold/White | Dartmouth Green | Dartmouth Green/White |
| Athletic Gold | Ath. Gold/Black/White | Black | Black/Orange/White | Athletic Gold | Athletic Gold/Black/White |
| | | | | Black | Black/Gold/White |
| | | | | Silver | Silver/Black/White |