

#2800    2800 3800

17.50
2XL 19.10

#3800    17.00

| COLORS | |
|---|---|
| 2800 | 3800 |
| NYLON BODY | KNIT TRIM |
| Navy | Navy/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Kelly | Kelly/White |
| Maroon | Maroon/White |
| Black | Black/White |
| Columbia Blue | Columbia Blue/White |
| Navy | Navy/Scarlet/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/Royal/White |
| Scarlet | Scarlet/Black/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/Gold/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Maroon | Maroon/Gold/White |
| Black | Black/Gold/White |
| Black | Black/Orange/White |
| Purple | Purple/Gold/White |
| Brown | Brown/Gold/White |
| Brown | Brown/Orange/White |
| Silver | Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly/White |

#2800 ADULTS' BIRDIE CAPTAIN
★oxford nylon outershell
★4.4 oz. polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

#3800 YOUTHS' BIRDIE CO-CAPTAIN
★same specifications as #2800
★youths' sizes
  Sizes: S-M-L

## AWARD JACKETS

#8100



### #8100 ADULTS' BIRDIE TRIUMPH
★80% polyester, 20% cotton
★"ZEPEL" finish
★4.4 oz. color co-ordinated polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband and collar
  Sizes: XS-S-M-L-XL-XXL

### #9100 YOUTHS' BIRDIE TOP NOTCH
★same specifications as #8100
★youth's sizes
  Sizes: S-M-L (not pictured)

| COLORS | |
|---|---|
| 8100    9100 | |
| POLYESTER/COTTON BODY | KNIT TRIM |
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Scarlet | Scarlet/White |
| Tan | Solid Tan |

Poplin   Fleece
na  na
mn  mn
Ro  Ro
Sc  Sc

# CORDUROY/ MELTON WOOL AWARD JACKETS

*(handwritten: wool 8700 / 9700, cord. 8475 / 9475)*



#8700

### #8700 ADULTS' BIRDIE KLONDIKE
★24 oz. melton
★4.4 oz. color co-ordinated polyester quilted nylon throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband and collar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL

### #8475 ADULTS' BIRDIE FASHION
★86% cotton, 14% polyester corduroy
★4.4 oz. color co-ordinated polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★corduroy Byron collar with contrasting undercollar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL



#8475

## COLORS

| 8475 | | | 8700 | |
|---|---|---|---|---|
| CORDUROY BODY | SNAPS/POCKET WELTS/ UNDERCOLLAR | KNIT TRIM | MELTON BODY | KNIT TRIM |
| Navy | Gold | Navy/Gold/White | Navy | Navy/White |
| Royal | Gold | Royal/Gold/White | Navy | Navy/Gold/White |
| Navy | White | Navy/White | Royal | Royal/Gold/White |
| Royal | White | Royal/White | Royal | Royal/White |
| Dartmouth Green | White | Dartmouth Green/White | Scarlet | Scarlet/White |
| Maroon | White | Maroon/White | Maroon | Maroon/White |
| Scarlet | White | Scarlet/White | Maroon | Maroon/Gold/White |
| Black | White | Black/White | Dartmouth Green | Dartmouth Green/Gold/White |
| Kelly | White | Kelly/White | Kelly | Kelly/Gold/White |
| | | | Black | Black/Gold/White |
| | | | Black | Black/White |

4700  4400  6400  4800
5700  5400

# SATIN AWARD JACKETS

### #4700 ADULTS' BIRDIE STARBRITE
★hi-count nylon satin outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL

### #4800 ADULTS' BIRDIE STROBE
★hi-count nylon satin outershell
★4.4 oz. polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
Sizes: XS-S-M-L-XL


#4700 *16.50 XXL 18.10*   #4800 *18.25 XXL 19.85*

### #4400 ADULTS' BIRDIE NOVA
★hi-count nylon satin outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★matching solid color nylon knit cuffs, waistband and collar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL

### #5400 YOUTH'S BIRDIE COMET
★same specifications as #4400
★youths' sizes
Sizes: S-M-L (not pictured)

### #6400 LADIES' BIRDIE SUPER GLO
★same specifications as #4400
★ladies sizes
Sizes: XXS-XS-S-M-L-XL


#4400 *16.50 XXL 18.10*


#6400 *16.50*



### #5700 YOUTHS' BIRDIE STAR
★same specifications as #4700
★youths' sizes
Sizes: S-M-L (not pictured)

## COLORS

| 4800 | | | 4700 5700 | | |
|---|---|---|---|---|---|
| SATIN BODY | SNAPS & POCKET WELT | KNIT TRIM | SATIN BODY | SNAPS & POCKET WELTS | KNIT TRIM |
| Navy | Gold | Navy/Gold/White | Navy | Gold | Navy/Gold/White |
| Royal | Gold | Royal/Gold/White | Royal | Gold | Royal/Gold/White |
| Kelly | Gold | Kelly/Gold/White | Kelly | Gold | Kelly/Gold/White |
| Silver | Silver | Silver/Black/White | Maroon | Gold | Maroon/Gold/White |
| Navy | White | Navy/White | Black | Gold | Black/Gold/White |
| Scarlet | White | Scarlet/White | Silver | Silver | Silver/Black/White |
| White | Navy | Navy/White | Silver | Silver | Silver/Scarlet/White |
| White | Scarlet | Scarlet/White | Silver | Silver | Silver/Royal/White |
| White | Royal | Royal/White | Silver | Silver | Silver/Kelly/White |
| Royal | White | Royal/White | Brown | Brown | Brown/Beige/White |
| **4400** | | | Navy | White | Navy/White |
| Navy | Solid Navy | Navy | Scarlet | White | Scarlet/White |
| Royal | Solid Royal | Royal | Royal | White | Royal/White |
| Black | Solid Black | Black | Maroon | White | Maroon/White |
| Silver | Solid Silver | Silver | Black | White | Black/White |
| **6400** | | | Kelly | White | Kelly/White |
| Pink | Solid Pink | Pink | White | Navy | Navy/White |
| Lilac | Solid Lilac | Lilac | White | Scarlet | Scarlet/White |
| Light Blue | Solid Light Blue | Light Blue | White | Royal | Royal/White |





#2500

#7000

**JACKETS**

#1810 ADULTS' BIRDIE SHAPE-UP
* weatherproof coated nylon shirt and pants
* full cut
* elastic waists, neck, cuffs, and ankles
  Sizes: S-M-L-XL-XXL

#1810T ADULTS' BIRDIE SHAPE-UP
* same specifications as #1810
* top only
  Sizes: S-M-L-XL-XXL (not pictured)

**JOGGING SUITS**

#2500 ADULTS' BIRDIE NONPAREIL
* oxford nylon outershell
* heavy 100% polyester sherpa inner lining (22 oz.)
* quilted nylon inner sleeves
* sherpa extends from front edge to front edge for additional warmth
* three-quarter length garment
* full cut
* heavyweight, two slider, top and bottom opening full zipper
* double nylon hood for warmth
* hood in zippered undercollar to keep rain from entering inside of jacket
* heavy stretch nylon knit cuffs
* drawstring waist
* clipboard size slash pockets
* durable water repellent
  Sizes: S-M-L-XL-XXL

#7000 ADULTS' BIRDIE STADIUM COAT
* oxford nylon outershell
* heavy 100% polyester sherpa inner lining (22 oz.)
* quilted nylon inner sleeves
* sherpa extends from front edge to front edge for additional warmth
* three-quarter length garment
* full cut
* combination collar/hood
* heavy stretch nylon cuffs
* open side vents
* two reverse-welted slash pockets
* durable water repellent
  Sizes: XXS-XS-S-M-L-XL

| COLORS | | | |
|---|---|---|---|
| 1810 | 1810T | 2500 | 7000 |
| Navy | | Navy | Navy |
| | | Scarlet | Scarlet |
| | | Royal | Royal |
| | | Dartmouth Green | Kelly |
| | | Maroon | Dartmouth Green |
| | | Black | Maroon |
| | | | Black |
| | | | Bright Orange |

6000  4000  4200

# GOLF JACKETS



#6000  11.25
#4000  11.25

#4000 MENS' BIRDIE TOURNAMENT
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★nylon knit cuffs
★drawstring bottom
★durable water repellent
  Sizes: S-M-L-XL-XXL

#6000 LADIES' BIRDIE HI-LITE
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★nylon knit cuffs
★drawstring bottom
★durable water repellent
  Sizes: S-M-L-XL

#4200 ADULTS' BIRDIE EASY
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★nylon zipper
★nylon knit cuffs
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL



#4200  12.75  XXL 13.75

| COLORS | | |
|---|---|---|
| 4000 | 6000 | 4200 |
| Navy | Navy | Navy |
| Scarlet | Scarlet | Red |
| Royal | Royal | Royal |
| Kelly | Kelly | Light Blue |
| Maroon | Columbia Blue | Maroon |
| Black | White | Maize |
| Columbia Blue | Yellow | Tan |
| White | | White |
| Yellow | | Kelly (S-M-L-XL only) |
| Brown | | Black (S-M-L-XL only) |



#1507 11.50 XXL 12.50



#1510 13.00

**#1507 ADULTS' BIRDIE MASTER**
★hi-count nylon shell
★full cut
★breast pocket
★knit collar, waistband, and cuffs
★knit insert action backs
★half zipper
★durable water repellent
 Sizes: XS-S-M-L-XL-XXL

**#1510 ADULTS' BIRDIE ACE**
★hi-count nylon shell
★full cut
★breast pocket
★knit collar, waistband, and cuffs
★knit insert action backs
★full zipper
★durable water repellent
 Sizes: XS-S-M-L-XL-XXL

**COLORS**

| 1507 1510 |
|---|
| Navy |
| Red |
| Light Blue |
| Black |
| Burgundy |
| Forest Green |
| Maize |
| Tan |
| Tobacco |
| White |