1711L
1711
1725
#17 1712

# GOLF JACKETS

#### #1711 MENS' BIRDIE SWINGER
★hi-count nylon shell
★full cut
★right rear pocket
★soft nylon knit top collar, nylon taffeta undercollar
★nylon knit insert action backs
★full zipper
★"VELCRO" adjustable side vents
★elasticized nylon knit cuffs
★durable water repellent
 Sizes: S-M-L-XL

#### #1711L LADIES' BIRDIE DIAMOND
★hi-count nylon shell
★full cut
★right rear pocket
★soft nylon knit top collar, nylon taffeta undercollar
★nylon knit insert action backs
★full zipper
★"VELCRO" adjustable side vents
★elasticized nylon knit cuffs
★durable water repellent
 Sizes: S-M-L

#### #1725 MENS' BIRDIE EAGLE
★specially constructed downproof nylon shell
★full cut
★two reverse-welted slash pockets
★stretch nylon knit insert collar
★stretch nylon knit cuffs
★stretch nylon knit insert action backs
★"VELCRO" adjustable side vents
★full zipper
★durable water repellent
 Sizes: S-M-L-XL

#### #1712 LADIES' BIRDIE QUEEN
★specially constructed, downproof nylon shell
★full cut
★two reverse-welted slash pockets
★stretch nylon knit insert collar
★stretch nylon knit cuffs
★stretch nylon knit insert action backs
★"VELCRO" adjustable side vents
★full zipper
★durable water repellent
 Sizes: S-M-L



#1711L $11.00   #1711 11.00



#1725 12.00   #1712 12.00

| COLORS | |
|---|---|
| **1711** | **1711L** |
| Navy | Red |
| Red | Light Blue |
| Light Blue | Maize |
| Black | Tan |
| Burgundy | White |
| Maize | Navy |
| Tan | |
| Tobacco | |
| White | |
| **1725** | **1712** |
| Navy | Red |
| Red | Light Blue |
| Light Blue | Turquoise |
| Burgundy | Maize |
| Maize | Tan |
| Tan | White |
| Tobacco | |
| White | |

Page 14



1710
1710L

# RAIN GEAR



#1710  21.00
#1710L  14.00

#### #1710 MENS' BIRDIE RAINPLAY
★weatherproof coated nylon jacket and pants
★full cut
★seamless shoulder and armhole construction for added protection from rain
★two reverse-welted slash pockets
★two slider, top and bottom opening full zipper
★hood hidden in zippered undercollar
★vented back
★zipper legged pants for easy on-off
★elastic waist
★ball pocket on pants back
Sizes: S-M-L-XL

#### #1710L LADIES' BIRDIE RAINAWAY
★weatherproof coated nylon coatdress
★full cut
★seamless shoulder and armhold construction for added protection from rain
★two reverse-welted slash pockets
★two slider, top and bottom opening full zipper
★hood hidden in zippered undercollar
★vented back
Sizes: S-M-L

| COLORS | |
|---|---|
| 1710 | 1710L |
| Navy Maize Tan | |

WE TRY TO STANDARDIZE OUR COLORS AS CLOSELY AS POSSIBLE. DYEING, HOWEVER, IS NOT AN EXACT SCIENCE YET, AND SUCCESSIVE LOTS OF CLOTH MAY NOT PROVE TO BE EXACTLY THE SAME SHADE. WE CANNOT, THEREFORE, BE RESPONSIBLE FOR MISMATCHING.

WE ASK THAT BEFORE GARMENTS ARE LETTERED OR SCREEN PRINTED, THEY BE INSPECTED FOR CORRECTNESS IN STYLE, SIZE, AND COLOR, AS WELL AS FOR DEFECTS. WE DO NOT ASSUME ANY RESPONSIBILITY FOR THE COSTS OF THE LETTERING OR THE IMPRINTING IF THESE INSTRUCTIONS ARE NOT FOLLOWED.

SILK SCREENING, EMBROIDERY, LETTERING AVAILABLE ON REQUEST



# Birdie® PRO-SPORTS JACKETS

DEDICATION TO SERVICE AND IMPROVEMENT HAVE BEEN THE BIRDIE® HALLMARK FOR 45 YEARS. EACH JACKET IS THE RESULT OF FINER MATERIALS AND SUPERIOR CRAFTSMANSHIP. WEAR-TESTED, ATTRACTIVELY STYLED BIRDIE® JACKETS SET THE PACE FOR VALUE.

ALL OUTERSHELLS ARE MADE WITH FABRICS WHICH HAVE BEEN TREATED FOR WATER-REPELLENCY.

SLASH POCKETS ARE REVERSE-WELTED FOR ADDED RAIN PROTECTION.

**RETURNS:** NO MERCHANDISE MAY BE RETURNED WITHOUT OUR AUTHORIZATION. RETURNS MUST BE PREPAID. AFTER OUR INSPECTION OF THE RETURNED GOODS, WE WILL EITHER REPAIR, REPLACE, OR ISSUE A CREDIT FOR THE RETURN AT OUR OPTION. WORN MERCHANDISE MUST BE WASHED OR CLEANED BEFORE IT WILL BE ACCEPTED FOR INSPECTION, REPAIR, OR REPLACEMENT.

**CANCELLATION OF ORDERS:** NO ORDER MAY BE CHANGED OR CANCELLED WITHOUT OUR CONSENT.

**SHORTAGES:** CHECK ALL ARRIVING CARTONS FOR DAMAGE. CLAIMS FOR DAMAGED OR LOST SHIPMENTS SHOULD BE MADE TO THE CARRIER. SHORTAGES DUE TO PACKING ERRORS MUST BE REPORTED WITHIN 10 DAYS OF RECEIPT OF SHIPMENT OR NO ADJUSTMENT WILL BE MADE.

Look under individual styles for available sizes.

| SIZINGS: | XXS | XS | S | M | L | XL | XXL | XXXL | XXXXL | XXXXXL |
|---|---|---|---|---|---|---|---|---|---|---|
| MENS: | 28-30 | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| For Womens' Jackets Only | | | 8-10 | 12-14 | 16-18 | 20 | | | | |
| YOUTHS: | | | 6-8 | 10-12 | 14-16 | 18-20 | (XL — 3100-3 ONLY) | | | |

ITEMS SHOWN ARE SUBJECT TO WITHDRAWAL WITHOUT NOTICE.
PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.







**SUPER SERVICE**

RICHARD A. LESLIE CO.
578 NEPPERHAN AVE.
YONKERS, N.Y. 10701
914-965-8266

SPORTSWEAR FOR ACTIVE SPORTSMEN AND SPORTSWOMEN

$3.00

# Birdie

## 50 Years of Service

**Birdie**
Your Source for Jackets
by Richard A. Leslie

Birdie® Jackets: Designed for outstanding comfort and style. From basic to trend-setting; from team jacket to the sophisticated look, Birdie has the jacket for you.

Birdie® quality and service is legendary, and with our enormous inventory, fast delivery is our standard.

Birdie®
50 Years of Service

# What Birdie® Can Do For You

Dedication to service and product improvement has been the BIRDIE® hallmark for more than half a century. Each jacket we manufacture is the result of quality materials and superior craftsmanship. Wear tested, attractively styled BIRDIE® jackets set the pace for value.

We make jackets for every purpose: team and corporate identity, awards, incentives, fund-raising, dealer promotion, employee and club programs. Over 60 styles, some in as many as 38 different color combinations, are among the more than 300,000 units of merchandise in our warehouses.

All our outer shells are made with fabrics that have been treated for water-repellency. Slash pockets are reverse-welted for added rain protection. Our jackets are designed for comfort; most styles have a full athletic cut and set-in sleeves. Our cold-weather jackets have linings sewn to the very edge of the garments to eliminate cold spots where there should be none.

We control all phases of the manufacturing process, from the time the fabric enters the plant until the jacket is shipped, assuring you the highest possible quality, fast delivery, and competitive prices.

A "Made in U.S.A." label is on every BIRDIE® jacket. Every BIRDIE® jacket is produced by American workers from American-made materials.

With knowledgeable representation nationwide, BIRDIE® continues to grow, with new styles, expanded services, and new warehouses. Let our trained professionals help and advise you in setting up programs that will reflect favorably on you and your company.

# Oxford Pullovers



**2760**

### 2760-ADULT
**Oxford nylon, light lined, hooded, pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuff, waistband and **action inserts**, lined hood, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** | Col.Blue/Black/White |
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Black** | Silver/Black/White |
| NEW **Dart. Green** | Gold/Dt. Green/White |
| NEW **Dart. Green** | White/Dt. Green/Silver |
| **Kelly Green** | White/Kelly/Silver |
| **Maroon** | Gold/Maroon/White |
| **Maroon** | White/Maroon/Silver |
| **Navy** | Col. Blue/Navy/White |
| **Navy** | Gold/Navy/White |
| **Navy** | Orange/Navy/White |
| **Navy** | White/Navy/Silver |
| **Purple** | Gold/Purple/White |
| **Purple** | White/Purple/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |
| NEW **Scarlet** | Gold/Scarlet/White |
| **Scarlet** | White/Scarlet/Silver |
| **White** | Black/Gold/White |
| **White** | Royal/Scarlet/White |

**2785**

### 2785-ADULT
**Same as style 2760, but with knit collar instead of hood.**
**Sizes X Small through 3X Large.**

| | | | |
|---|---|---|---|
| **Black** | Gold/Black/White | **Navy** | Scarlet/Navy/White |
| **Black** | Orange/Black/White | **Navy** | White/Navy/Silver |
| **Black** | Scarlet/Black/White | **Purple** | Gold/Purple/White |
| **Black** | White/Black/Silver | **Purple** | White/Purple/Silver |
| **Dartmouth Green** | Gold/Dart.Green/White | **Royal** | Gold/Royal/White |
| **Dartmouth Green** | White/Dart.Green/Silver | **Royal** | Scarlet/Royal/White |
| **Maroon** | Gold/Maroon/White | **Royal** | White/Royal/Silver |
| **Maroon** | White/Maroon/Silver | **Scarlet** | White/Scarlet/Silver |
| **Navy** | Gold/Navy/White | **White** | Scarlet/Royal/White |