# Oxford Pullovers



## 2735-ADULT
Oxford nylon, light lined, hooded, pullover jacket.
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuff and waistband, lined hood, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** - Black | **Navy** - Navy/Gold/White |
| **Black** - Black/Gold/White | **Navy** - Navy/White |
| **Black** - Black/Scarlet/White | **Purple** - Purple /White |
| **Brown** - Brown/Gold/White | **Royal** - Royal/Gold/White |
| **Dart. Green** - Dt. Green/White | **Royal** - Royal/White |
| NEW **Dart. Green** - Dt. Green/Gold/White | **Scarlet** - Scarlet/White |
| **Kelly Green** - Kelly/White | **White** - White |
| **Maroon** - Maroon | |

### NEW 3735-YOUTH
Same as 2735 but youth.
**Sizes Medium-Large.**

| |
|---|
| **Black** - Black |
| **Dartmouth Green** - White |
| **Navy** - White |
| **Royal** - White |
| **Scarlet** - White |

## 2825-ADULT
Oxford nylon, quilt lined, pullover jacket.
6.2oz. 100% polyester quilted nylon lining, half zipper front, kangaroo pocket, 100% nylon knit cuff, collar and waistband, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** - Black | **Royal** - Royal/White |
| **Navy** - Navy/White | **Scarlet** - Scarlet/White |

## 2710P-ADULT
Oxford nylon pant.
100% brushed polyester lining, elastic waist, nylon drawstring, side seam slash pockets, zippered legs.
**Sizes Small through 2X Large.**
Black, Maroon, Navy, Purple, Royal, Scarlet.

**Birdie** 5

# Quilted Pullovers



**NEW**
**2860**

**2860-ADULT**
**Adult, oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyster quilted lining. Half zipper front. Kangaroo pocket. 100% nylon knit cuff, waistband and **ACTION INSERTS**. Lined hood with drawstrings, set-in sleeves.
**Sizes X-Small through 3X Large.**

| | |
|---|---|
| **Black** | - Gold/Black/White |
| **Black** | - Scarlet/Black/White |
| **Navy** | - Gold/Navy/White |
| **Navy** | - White/Navy/Silver |
| **Royal** | - Gold/Royal/White |
| **Royal** | - White/Royal/Silver |

**NEW**
**2835**

**2835-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyster quilted lining. Half zipper front. Kangaroo pocket. 100% nylon knit cuff and waistband. Lined hood with drawstrings, set-in sleeves.
**Sizes X-Small through 3X Large.**

| | |
|---|---|
| **Black** | - Black |
| **Navy** | - White |
| **Royal** | - White |
| **Scarlet** | - White |

# Active Style



**1000-ADULT**
**Poplin chintz, lined, fashion jacket.**
Color matched nylon lining, full zipper front, dog leash collar, epaulets, 100% textured polyester knit cuff and waistband, knit trimmed breast pocket, slash pockets, set-in sleeves.
**Sizes X-Small through 3X Large.**
Black, Navy, Silver, Tan, White.

**1507-ADULT**
**Taffeta nylon, unlined pullover jacket.**
Half zipper knit turtleneck collar, knit waistband, right breast pocket, cuffs, and action back, set-in sleeves.
**Sizes X-Small through 2X Large.**
Black, Burgundy, Columbia Blue, Dartmouth Green, Kelly Green, Navy, Royal, Scarlet, Tan, White, White/Kelly Green, White/Royal, White/Scarlet.

# Waterproof Pullovers



1600

### 1600-ADULT
**Unlined, waterproof oxford nylon pullover.**
Elasticized drawstring bottom, ventilated split back, zip through 100% nylon knit collar, 100% nylon knit cuffs, zippered sport back pocket, extended back for added weather protection, color coordinated mesh action backs.

### Sizes Small through 3X Large.

| | | | |
|---|---|---|---|
| **Black** - Black/White | | **Navy** - Gold/White | |
| **Black** - Black/Gold/White | | **Navy** - Navy/White | |
| **Black** - Black/Scarlet/White | | **Purple** - Purple/White | |
| **Dart. Green** - Dart. Green/White | | **Royal** - Royal/Gold/White | |
| **Dart. Green** - Dart. Green/Gold/White | | **Royal** - Royal/White | |
| **Maroon** - Maroon/Gold/White | | **Scarlet** - Scarlet/White | |
| **Maroon** - Maroon/White | | | |

# Supplex Pullovers



**9740**

### 9740-ADULT
**Light lined, 2 ply supplex nylon pullover.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, lined hood with drawstrings.
**Sizes Small through 3X Large.**

| | |
|---|---|
| **Black/Gold** | - Black |
| **Black/Scarlet** | - Black |
| **Black/White** | - Black |
| **Dartmouth Green/Gold** | - Dart. Green |
| **Dartmouth Green/White** | - Dart. Green |
| **Light Maroon/Gold** | - Maroon |
| **Light Maroon/White** | - Maroon |
| **Navy/Gold** | - Navy |
| **Navy/White** | - Navy |
| **Royal/Gold** | - Royal |
| **Royal/White** | - Royal |
| **Scarlet/White** | - Scarlet |

**NEW**

### 8740-YOUTH
Same as 9740, but youth.
**Sizes Medium and Large only.**

### 9715P-ADULT
**9715P**

**Light lined, 2 ply supplex nylon pant.**
"Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs.
**Sizes Small through 2X Large.**
Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.

**NEW**

### 8715P-YOUTH
Same as 9715P, but youth.
**Sizes Medium and Large only**

# Pro-Weight Awards

## 7800-ADULT
**Pro-weight satin, quilt lined, award style jacket.**
6.2oz. 100 polyester quilted nylon lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 4X Large.**

| | | | |
|---|---|---|---|
| **Black** - Black | | **Navy** - Navy/Orange/White | |
| **Black** - Black/Gold/White | | **Navy** - Navy/White | |
| **Black** - Black/Scarlet/White | | **Royal** - Royal/Gold/White | |
| **Black** - Black/White | | **Royal** - Royal | |
| **Cardinal** - Cardinal/White | | **Royal** - Royal/White | |
| **Kelly Green** - Kelly/Gold/White | | **Scarlet** - Scarlet | |
| **Kelly Green** - Kelly/White | | **Scarlet** - Scarlet/White | |
| **Maroon** - Maroon/Gold/White | | **Silver** - Black | |
| **Maroon** - Maroon/White | | **Silver** - Scarlet | |
| NEW **Maroon** - Maroon | | **Silver** - Silver | |
| **Navy** - Navy/Gold/White | | **Teal** - Teal | |
| **Navy** - Navy | | **White** - White | |

## 7800L-ADULT
**Extra Long, pro-weight satin, quilt lined, award style jacket.**
Same as above, but two inches longer in sleeve and body length.
**Sizes Large through 3X Large.**

| | |
|---|---|
| **Black** - Black | **Royal** - Royal |
| **Navy** - Navy | **Royal** - Royal/White |

## 8800-YOUTH
**Same as 7800, but youth.**
**Sizes S, M, L.**

| | |
|---|---|
| **Black** - Black | **Royal** - Royal/White |
| **Black** - Black/Gold/White | **Scarlet** - Scarlet/White |
| **Navy** - Navy/White | |



## 7875-ADULT
**Same as 7800, but has full zipper front instead of snaps.**
**Sizes Medium through 4X Large.**

| | |
|---|---|
| **Black** - Black | **Navy** - Navy |



# Satin Awards



**4700-ADULT**
**Nylon satin, light lined, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuff, collar and waistbands (STRIPED), reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | | | |
|---|---|---|---|
| **Black** - Black/Gold/White | **Royal** - Royal/White |
| **Black** - Black/White | **Scarlet** - Scarlet/White |
| **Kelly Green** - Kelly/Gold/White | **Silver** - Silver/Black/White |
| **Kelly Green** - Kelly/White | **Silver** - Silver/Royal/White |
| **Maroon** - Maroon/Gold/White | **Silver** - Silver/Scarlet/White |
| **Maroon** - Maroon/White | **White** - Kelly/White |
| **Navy** - Navy/Gold/White | **White** - Navy/White |
| **Navy** - Navy/White | **White** - Royal/White |
| **Royal** - Royal/Gold/White | **White** - Scarlet/White |

**5700-YOUTH**
**Same as above, but youth. Sizes S, M, L.**
Same as #4700 except no White/Black/Gold/White.

**4400-ADULT**
**Nylon satin, light lined, award style jacket.** 100% brushed polyester lining, snap front, 100% nylon knit cuff (SOLID), collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**
Navy, Royal, Scarlet, Silver, White.

**5400-YOUTH**
**Same as 4400, but youth.**
**Sizes S, M, L.**
Black, Columbia Blue, Lilac, Navy, Pink, Royal, Scarlet, Silver.



**4800-ADULT**
**Nylon satin, quilt lined, award style jacket.**
6.2oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Kelly** - Kelly/Gold/White | **Scarlet** - Scarlet/White |
| **Navy** - Navy/Gold/White | **Silver** - Silver/Black/White |
| **Navy** - Navy/White | **White** - Navy/White |
| **Royal** - Royal/Gold/White | **White** - Royal/White |
| **Royal** - Royal/White | **White** - Scarlet/White |

