# Oxford Warm-Ups



**2300**

### 2300-ADULT
**Pile lined, oxford nylon warm-up jacket.**
Color matching 15oz. 100% acrylic pile lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 4X Large.**

Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Maroon, Navy, Royal, Scarlet.

### 3300-YOUTH
**Same as above, but youth.**

**Sizes S, M, L.**

Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.

### 7300-ADULT
**Quilted, oxford nylon warm-up jacket.**
Color matching 6.2 oz 100% polyester quilted nylon taffeta lining, snap front, stretch nylon knit cuffs, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

Black, Maroon, Navy, Royal, Scarlet.

**7300**



**2400**

### 2400-ADULT
**Sherpa lined, oxford nylon warm-up jacket.**
22oz. 100% polyester sherpa lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 4X Large.**

Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet.

### 3400-YOUTH
**Same as above, but youth.**
**Sizes S, M, L.**
**Same as 2400.**



Birdie® 19

# Classic Windbreakers



**2100-ADULT**
**Unlined taffeta nylon warm-up jacket.**
Snap front, elastic cuffs, slash pockets, set-in sleeves, drawstring bottom.

**Sizes X Small through 2X Large.**

Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.

**3100-YOUTH**
**Same as above, but youth.**
**Sizes S, M, L.**

Athletic Gold, Black, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet, White.

**2000-ADULT**
**Adult, light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.

**Sizes X Small through 4X Large.**

Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.

**3000-YOUTH**
**Same as above, but youth.**
**Sizes S, M, L.**

**2200-ADULT**
**Light lined, oxford nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

**Sizes X Small through 3X Large.**

Black, Dartmouth Green, Kelly Green, Maroon, Navy, Royal, Scarlet, Silver.

**3200-YOUTH**
**Same as above, but youth.**
**Sizes S, M, L.**



# Classic Windbreakers



**4000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, nylon knit cuff, reverse welt slash pockets, raglan sleeves, drawstring bottom.
**Sizes X Small through 3X Large.**
Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.

**4200-ADULT**
**Same as above, but with a zippered front and no drawstring.**
**Sizes X Small through 2X Large.**
Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.

# Specifications



**QUILTED LINING:** 6.2 oz. polyester quilted nylon.

**PILE LINING:** 15 oz. 100% acrylic pile.

**SHERPA LINING:** 22 oz. 100% polyester Sherpa.

**KASHA:** lightweight 100% brushed polyester.

Athletic Gold — Black — Bright Orange — Brown
Cardinal — Columbia Blue — Dartmouth Green — Kelly Green
Light Maroon — Lilac — Maroon — Navy
Pink — Purple — Royal — Scarlet
Silver — Tan — Teal — White

## JACKET SIZE CHART

| SIZES | XS | S | M | L | XL | 2XL* | 3XL* | 4XL* | 5XL* |
|---|---|---|---|---|---|---|---|---|---|
| Adult Jackets | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| Youth Jackets | 2-4 | 6-8 | 10-12 | 14-16 | | | | | |

## PANT SIZE CHART

| SIZES | S | M | L | XL | 2XL* |
|---|---|---|---|---|---|
| Adult Pant† | 30/30 | 32/31 | 34/32 | 36/32½ | 38/33 |
| Youth Pant† | | 24/26½ | 28/29 | | |

* at extra charge when available for indicated style.  † Please note, pants have elasticized waists.

---

The only satisfactory way to select a jacket is to try it on. If this is not possible, keep in mind that BIRDIE® jackets are tailored with a full athletic cut for greater freedom of action and complete comfort. When selecting sizes, consider what will be worn under the jacket and what the wearer intends to do in the jacket. The size chart below is for general guidance.

**Returns:** No merchandise may be returned without our authorization. Returns must be prepaid. After our inspection of the returned goods, we will either repair, or issue a credit for the return at our option. Worn merchandise must be washed or cleaned before it will be accepted for inspection, repair, or replacement.

**Cancellation of orders:** No order may be changed or cancelled without our consent.

**Shortages:** Check all arriving cartons for damages. Claims for damaged or lost shipments should be made to the carrier. Shortages due to packing errors must be reported within 10 days of receipt of shipment or no adjustment will be made.

# *Birdie®*

Jackets are our only business. Up-to-the-minute styling, a full range of sizes, and a wide variety of colors allows BIRDIE® to service all your jacket needs.

Every BIRDIE® jacket is manufactured from the finest materials available. We use lightweight lining that is 100% brushed polyester. Our nylon quilted lining is 6.2 ounces. Our pile lining is 15 oz. 100% acrylic, and Sherpa lining is 22 oz. 100% polyester. The poplin we use is 80% polyester and 20% pima cotton. All our corduroy is 86% cotton and 14% polyester fibers. The chintz in our jackets is a polyester/cotton blend. All nylon outer shells are Du Pont fabrics.

Dyeing fabric is not an exact science, so there is never a guarantee that successive dye lots will be precisely the same shade. While we do our utmost to standardize colors and match them as closely as possible, we ask that before garments are lettered or screen-printed, they be inspected for style, size, color, and defects. We cannot assume responsibility for lettering or imprinting costs if such an inspection is not made.

For those customers who already use BIRDIE JACKETS . . . we thank you for your past patronage.

If you are a new customer, we look forward to being of service to you. We are confident that you will be among the many thousands of satisfied customers who currently use our products.

*Thank you for buying BIRDIE®.*



Richard A. Leslie Co. Inc.

**SUPER SERVICE**

Items shown are subject to withdrawal without notice. Prices are subject to change without notice.

# Richard A. Leslie Company
## Introduce their NEW LINE of
# Birdie® GOLF JACKETS

### ACTION BACK
**KNITTED INSERT**
**WATER REPELLENT**
**WASHABLE**




**Manufacturers of Fine Golf Jackets for Men and Women**
Since 1936