# the Birdie® QUEEN
## the Woman's touch in a great Golf Jacket



ACTION BACK
KNITTED INSERT
WATER REPELLENT
WASHABLE

**STYLE #1612**
Specially constructed Hi-Count Nylon. Action Back with quality Knit Insert Elasticized waist Slash pockets. Silhouette collar with quality knit-against-the-neck. Quality knit cuffs.

**COLORS:** Tan, Maize, Red, Copen, Willow, White, Black, Pink, Turquoise, Grape.

**SIZES:** S—M—L.

Suggested Retail Price     $12.95





$2.00



## LININGS & COLORS

**QUILTING:** 4.4 oz. 100% polyester batting joined to nylon



**SHERPA:** 22 oz. 100% polyester



Lightweight 100% napped polyester



100% acrylic front joined to 100% polyester back



|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Maroon | Cardinal | Scarlet | Safety Orange | Burnt Orange | Bright Orange |
|  |  |  |  |  | |
| Navy | Purple | Royal | Columbia Blue | Lilac | Pink |
|  |  |  |  |  | |
| Dartmouth Green | Kelly | Old Gold | Athletic Gold | Yellow | Maize |
|  |  |  |  | | |
| Brown | British Tan | Tan | Black | Silver | White |