

3850 • 2750

### Common Features
- Oxford nylon outershell
- Snap front
- Stretch nylon knit Byron collar, waistband and cuffs

### Variations
| | |
|---|---|
| 2750 & 3750 | Lightweight 100% polyester lining |
| 2850 & 3850 | 4.4 oz. 100% polyester quilted nylon tricot lining |

### Sizes
| | |
|---|---|
| 2750 | Adult Sizes: XS, S, M, L, XL, XXL |
| 3750 | Youth Sizes: S, M, L |
| 2850 | Adult Sizes: XS, S, M, L, XL, XXL |
| 3850 | Youth Sizes: S, M, L |

### Colors

**2750 & 3750** (Lightweight polyester lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Scarlet/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Royal | Royal/Orange/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Black | Black/Orange/White |
| Brown | Brown/Gold/White |
| Brown | Brown/Orange/White |
| Columbia Blue | Columbia Blue/Navy/White |
| Athletic Gold | Athletic Gold/Black/White |
| Silver | Silver/Black/White |

**2850 & 3850** (4.4 oz. quilted lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Orange/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Scarlet | Scarlet/White |
| Purple | Purple/White |
| Dartmouth Green | Dartmouth Green/White |
| Black | Black/Gold/White |
| Athletic Gold | Athletic Gold/Black/White |
| Silver | Silver/Black/White |



# SATIN JACKETS

### Common Features
- Nylon satin outershell
- Snap front
- Stretch nylon knit collar, waistband and cuffs

### Variations
| | |
|---|---|
| 4700 & 5700 | Lightweight 100% polyester lining |
| 4800 | 4.4 oz. 100% polyester quilted nylon tricot lining |

### Sizes
| | | |
|---|---|---|
| 4700 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 5700 | Youth Sizes: | S, M, L |
| 4800 | Adult Sizes: | XS, S, M, L, XL, XXL |

### Colors
#### 4700 & 5700 (Lt. wgt. polyester lining)

| NYLON SATIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Brown | Brown/Beige/White |
| Silver | Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly/White |
| White | Royal/White |
| White | Kelly/White |
| White | Navy/White |
| White | Scarlet/White |
| Scarlet | Scarlet/White |

#### 4800 (4.4 oz. quilted lining)

| NYLON SATIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/Gold/White |
| Scarlet | Scarlet/White |
| Silver | Silver/Black/White |
| White | Navy/White |
| White | Scarlet/White |
| White | Royal/White |



4700



# SATIN JACKETS



4400  6400

## Common Features
- Nylon satin outershell
- Snap front
- Lightweight 100% polyester lining
- Stretch nylon knit collar, waistband and cuffs

## Sizes
| | | |
|---|---|---|
| 4400 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 6400 | Ladies Sizes: | XS, S, M, L, XL |
| 5400 | Youth Sizes: | *S, *M, *L |
| | | *not available in these colors |

## Colors

### 4400 & 5400
**NYLON SATIN BODY, SOLID KNIT TRIM**

Navy
Royal
Black
Silver
Scarlet
*White

### 6400 & 5400
**NYLON SATIN BODY, SOLID KNIT TRIM**

Pink
Lilac
Light Blue
*Scarlet
*Athletic Gold
*White


# SATIN JACKETS

## Features
- Nylon flight satin outershell
- Snap front
- Stretch nylon knit collar, waistband and cuffs
- Color matching 4.4 oz. 100% polyester quilted nylon lining

## Sizes
**7800** Adult Sizes: XS, S, M, L, XL, XXL

## Colors
**7800**

| FLIGHT SATIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Cardinal | Cardinal/White |
| Silver | Solid Silver |
| Silver | Solid Scarlet |
| Silver | Solid Navy |
| Silver | Solid Black |
| Silver | Solid Royal |
| Black | Solid BLack |
| Black | Solid Scarlet |
| Navy | Solid Navy |
| Royal | Solid Royal |
| Scarlet | Solid Scarlet |



7800


# POPLIN JACKETS



8200     8100

### Common Features
- Poplin outershell
- "Zepel" finish
- Snap front
- Stretch nylon knit collar, waistband and cuffs

### Variations
| | |
|---|---|
| 8100 & 9100 | Color matching 4.4 oz. 100% polyester quilted nylon taffeta lining |
| 8200 | Lightweight 100% polyester lining |

### Sizes
| | | |
|---|---|---|
| 8100 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 9100 | Youth Sizes: | S, M, L |
| 8200 | Adult Sizes: | XS, S, M, L, XL, XXL |

### Colors

**8100 & 9100** (4.4 oz. quilted lining)

| POPLIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Scarlet | Scarlet/White |
| Tan | Solid Tan |

**8100 only** (4.4 oz. quilted lining)

| POPLIN BODY | KNIT TRIM |
|---|---|
| Tan | Solid Scarlet |
| Tan | Solid Royal |
| Tan | Solid Maroon |
| Tan | Solid Kelly |
| Tan | Solid Brown |
| Tan | Solid Navy |
| Navy | Solid Navy |

**8200** (Lightweight polyester lining)

| POPLIN BODY, SOLID KNIT TRIM |
|---|
| Tan |
| Royal |
| Maroon |
| Navy |
| Scarlet |



# CORDUROY JACKETS



8475     9475

## Features

- Cotton corduroy outershell
- Snap front
- Stretch nylon waistband and cuffs
- Corduroy Byron collar with contrasting undercollar and snaps
- 4.4 oz. 100% polyester color co-ordinated quilted nylon lining

## Sizes

**8475**    Adult Sizes: XS, S, M, L, XL, XXL
**9475**    Youth Sizes: S, M, L

## Colors

### 8475 & 9475

| CORDUROY BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Scarlet/White |
| Navy | Navy/Columbia Blue/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Dartmouth Green | Dartmouth Green/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Black | Black/Scarlet/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Scarlet | Scarlet/White |
| Purple | Purple/White |
| Purple | Purple/Gold/White |
| Tan | Solid Brown |


## PULLOVER JACKETS

### Features

**1507**
- Hi-count nylon shell
- Breast pocket
- Stretch nylon knit collar, waistband and cuffs
- Knit insert action backs
- Half zipper

**2735**
- Oxford nylon shell
- Lightweight 100% polyester lining
- Flap pocket on kangaroo pocket
- Half zipper
- Hood
- Stretch nylon knit waistband and cuffs
- Raglan sleeves

**2825**
- Oxford nylon shell
- 4.4 oz. 100% polyester quilted nylon tricot lining
- Flap pocket on kangaroo pocket
- Half zipper
- Stretch nylon knit collar, waistband and cuffs
- Raglan sleeves

### Sizes

| | | |
|---|---|---|
| 1507 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 2735 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 2825 | Adult Sizes: | XS, S, M, L, XL, XXL |

### Colors

**1507** (Unlined)

Navy
Red
Light Blue
Black
Burgundy
Forest Green
Maize
Tan
Tobacco
Royal
Kelly
White
White/Red Knit
White/Kelly Knit
White/Royal Knit

**2825** (4.4 oz. quilted lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Royal | Royal/White |
| Black | Black/Gold/White |
| Silver | Silver/Black/White |
| Scarlet | Scarlet/White |
| Navy | Solid Navy |
| Royal | Solid Royal |
| Black | Solid Black |
| Scarlet | Solid Scarlet |

**2735** (Lt. wgt. polyester lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Royal | Royal/White |
| Kelly | Kelly/White |
| Scarlet | Scarlet/White |
| Purple | Purple/White |
| Black | Black/Gold/White |
| Brown | Brown/Gold/White |



2825