



# Birdie
## GOLF JACKETS

### Common Features
**4000, 6000 & 4200**
- Hi-count nylon outershell
- Lightweight 100% polyester lining
- Raglan sleeves
- Stretch nylon knit cuffs
- Drawstring bottom
- Two slash pockets

### Variations
| | |
|---|---|
| 4000 | Snap front for men |
| 6000 | Snap front for women |
| 4200 | Full zipper |

### Features
**2100**
- Hi-count nylon shell
- Snap front
- Elastic cuffs
- Drawstring bottom

### Sizes
| | |
|---|---|
| 4000 | Adult Sizes: S, M, L, XL, XXL |
| 6000 | Adult Sizes: S, M, L, XL |
| 4200 | Adult Sizes: XS, S, M, L, XL, XXL |
| 2100 | Adult Sizes: XS, S, M, L, XL, XXL |

### Colors

**4000 (Lt. wgt. lining)**
Navy
Scarlet
Royal
Kelly
Maroon
Black
Columbia Blue
White
Yellow
Brown

**4200 (Lt. wgt. lining)**
Navy
Scarlet
Royal
Kelly
Maroon
Black
Brown
White
Light Blue
Maize
Tan

**6000 (Lt. wgt. lining)**
Navy
Scarlet
Royal
Kelly
Columbia Blue
White
Yellow

**2100 (Unlined)**
Navy
Scarlet
Royal
Kelly
Maroon
Black
Purple
White
Brown
Old Gold
Dartmouth Green
Columbia Blue
Bright Orange
Athletic Gold
Texas Orange
Tan
Silver



4000    6000

# Birdie® GOLF JACKETS



4200  2100



# GOLF JACKETS



1510

1507

## Common Features
- Hi-count nylon shell
- Breast pocket
- Stretch nylon knit collar, waistband and cuffs
- Knit insert action backs

## Variations
1507    Half zipper
1510    Full zipper

## Sizes
1507    Adult Sizes: XS, S, M, L, XL, XXL
1510    Adult Sizes: XS, S, M, L, XL, XXL

## Colors

**1507 & 1510**
Navy
Red
Light Blue
Black
Burgundy
Forest Green
Maize
Tan
Tobacco
White

**1507 only**
White/Red Knit
White/Kelly Knit
White/Royal Knit
Royal
Kelly



# GOLF JACKETS



1711            1711L

### Common Features
- Hi-count nylon shell
- Right rear pocket
- Soft nylon knit top collar, nylon taffeta undercollar
- Nylon knit insert action backs
- Full zipper
- "Velcro" adjustable side vents
- Nylon knit cuffs

### Variations
**1711**    Sized for men
**1711L**    Sized for women, form shaping darts

### Sizes
**1711**    Men Sizes : S, M, L, XL
**1711L**    Ladies Sizes : S, M, L

### Colors
**1711 & 1711L**
Navy
Red
Light Blue
Maize
Tan
White

**1711 only**
Black
Burgundy



# Birdie
## GOLF JACKETS



1725

1712

### Common Features
- Shell of specially constructed nylon
- Nylon knit insert collar, action backs and cuffs
- Full zipper
- "Velcro" adjustable side vents

### Variations
**1725** Sized for men
**1712** Sized for women, form shaping darts

### Sizes
**1725** Men Sizes : S, M, L, XL
**1712** Ladies Sizes : S, M, L

### Colors

| 1725 | 1712 |
|---|---|
| White | White |
| Tan | Tan |
| Maize | Maize |
| Light Blue | Light Blue |
| Tobacco | Turquoise |
| Burgundy | |
| Red | |
| Navy | |

## 23



## GOLF JACKETS

### Common Features
- Waterproof coated nylon shell
- Seamless shoulder and armhole construction for added protection from rain
- Two slider, top and bottom opening full zipper
- Hood hidden in zippered undercollar
- Vented back

### Variations
**1710**    Zipper legged pants for easy on-off; elastic waist; ball pocket on pants back

**1710L**    Coatdress

### Sizes
**1710**    Men's Jackets and Pants: S, M, L, XL
**1710L**    Ladies' Coatdress: S, M, L

### Colors
**1710 & 1710L**
Navy
Maize
Tan



1710L    1710