# What Birdie can do for your company


### Corporate Identity
Do you want your corporate logo embroidered or silk screened on the jacket? Do you have a company emblem to be sewed on? BIRDIE® has the ability to do any of these things and, to carry identification to its ultimate conclusion, we can personalize each garment for the individual, the location, or both.


### Complete Fulfillment
Our office is completely automated. This enables us to make individual drop shipments, make mailing lists for our clients and, among other things, give accurate delivery information.


### Deliveries
Our warehouse contains over 300,000 units of merchandise in stock. Most orders are delivered within a short time after we receive them. Those orders calling for some form of personalization require an additional period of time.


### Styling
Over 70 styles, some in 17 different colors, are stocked in our warehouse. We can, therefore, be of full service to your clients. BIRDIE® can also customize your garments—for the client who needs that extra touch.


### Service
With knowledgeable representation nationwide BIRDIE® continues to grow with new styles, stronger services and new warehouses. Our people are trained to help and advise you in setting up programs that will reflect favorably on you and your company.



# Birdie® PREMIUM JACKETS



1000  500L

### Common Features
- Knit lined collar with 4-snap strap
- Shoulder epaulets with snaps
- Three pockets with knit welts

### Variations
- **500U** Unlined hi-count nylon, ciré finish
- **500L** Hi-count nylon, ciré finish; lightweight 100% polyester lining
- **1000** Poplin shell with chintz finish; color matching hi-count nylon lining; rifle shoulder treatment

### Sizes
- **500U** Adult Sizes: XS, S, M, L, XL, XXL
- **500L** Adult Sizes: XS, S, M, L, XL, XXL
- **1000** Adult Sizes: XS, S, M, L, XL, XXL

### Colors

| 500U | 500L | 1000 |
|---|---|---|
| Silver | Silver | Silver |
| Scarlet | Scarlet | Black |
| Black | Black | Navy |
| Royal | Royal | Tan |





## Features

### 7800
- Nylon flight satin outershell
- Snap front
- Stretch nylon knit collar, waistband and cuffs
- Color matching 4.4 oz. 100% polyester quilted nylon taffeta lining

### 2500
- Oxford nylon outershell
- 22 oz. 100% polyester sherpa lining
- Quilted nylon sleeve lining
- ¾ length coat
- Heavy stretch nylon cuffs
- Two slider, top and bottom opening heavyweight full zipper
- Double nylon hood for warmth
- Hood in zippered undercollar
- Inside drawstring waist
- Clipboard size slash pockets

### 2800
- Oxford nylon outershell
- Snap front
- Stretch nylon knit collar, waistband and cuffs
- 4.4 oz. 100% polyester quilted nylon tricot lining

## Sizes

| | | |
|---|---|---|
| 7800 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 2500 | Adult Sizes: | S, M, L, XL, XXL |
| 2800 | Adult Sizes: | XS, S, M, L, XL, XXL, *XXXL, *XXXXL |
| | | *available only in these colors |

## Colors

### 7800

| FLIGHT SATIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Cardinal | Cardinal/White |
| Silver | Solid Silver |
| Silver | Solid Scarlet |
| Silver | Solid Navy |
| Silver | Solid Black |
| Silver | Solid Royal |
| Black | Solid Black |
| Black | Solid Scarlet |
| Navy | Solid Navy |
| Royal | Solid Royal |
| Scarlet | Solid Scarlet |

### 2500

Navy
Scarlet
Royal
Dartmouth Green
Maroon
Black

### 2800

| NYLON BODY | KNIT TRIM |
|---|---|
| *Navy | *Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Orange/White |
| Navy | Navy/Columbia Blue/White |
| Navy | Navy/Scarlet/White |
| *Royal | *Royal/White |
| Royal | Royal/Gold/White |
| Royal | Royal/Scarlet/White |
| *Scarlet | *Scarlet/White |
| Scarlet | Scarlet/Royal/White |
| Scarlet | Scarlet/Black/White |
| Scarlet | Scarlet/Gold/White |
| *Black | *Black/White |
| *Black | *Black/Gold/White |
| Black | Black/Orange/White |
| Black | Black/Scarlet/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Purple | Purple/White |
| Purple | Purple/Gold/White |
| Brown | Brown/Gold/White |
| Brown | Brown/Orange/White |
| Dartmouth Green | Dartmouth Green/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Columbia Blue | Columbia Blue/White |
| *Silver | *Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly/White |
| White | Navy/White |
| White | Royal/White |
| White | Scarlet/White |
| White | Black/White |
| White | Kelly/White |



PREMIUM JACKETS



2500　　2800　　7800



# PREMIUM JACKETS



4400  6400  4700

## Common Features
- Nylon satin outershell
- Snap front
- Lightweight 100% polyester lining
- Stretch nylon knit collar, waistband and cuffs

## Variations
**4700** Striped knits
**4400** Solid knits
**6400** Sized for women

## Sizes
**4700** Adult Sizes : XS, S, M, L, XL, XXL
**4400** Adult Sizes : XS, S, M, L, XL, XXL
**6400** Ladies Sizes: XS, S, M, L, XL

## Colors

### 4700

| NYLON SATIN BODY | KNIT TRIM |
| --- | --- |
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Brown | Brown/Beige/White |
| Silver | Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly |
| White | Scarlet/White |
| White | Royal/White |
| White | Kelly/White |
| White | Navy/White |

### 4400
**NYLON SATIN BODY, SOLID KNIT TRIM**

Navy
Royal
Black
Silver
Scarlet
White

### 6400
**NYLON SATIN BODY, SOLID KNIT TRIM**

Pink
Lilac
Light Blue
Scarlet
Athletic Gold
White



## PREMIUM JACKETS



### Common Features
- Poplin outershell
- "Zepel" finish
- Snap front
- Stretch nylon knit collar, waistband and cuffs

### Variations
**8100**   4.4 oz. 100% polyester quilted nylon taffeta lining
**8200**   Lightweight 100% polyester lining

### Sizes
**8100**   Adult Sizes: XS, S, M, L, XL, XXL
**8200**   Adult Sizes: XS, S, M, L, XL, XXL

### Colors

**8100** (4.4 oz. quilted lining)

| POPLIN BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Tan | Solid Tan |
| Tan | Solid Scarlet |
| Tan | Solid Royal |
| Tan | Solid Maroon |
| Tan | Solid Kelly |
| Tan | Solid Brown |
| Tan | Solid Navy |
| Navy | Solid Navy |

**8200** (Lightweight polyester lining)

**POPLIN BODY, SOLID KNIT TRIM**

Navy
Royal
Maroon
Scarlet
Tan


## PREMIUM JACKETS



1800     1507

### Features

**1507**
- Hi-count nylon shell
- Breast pocket
- Stretch nylon knit collar, waistband and cuffs
- Knit insert action backs
- Half zipper

**1800**
- Poplin outershell
- "Zepel" finish
- Raglan sleeves
- Full zipper
- Adjustable shirt type cuffs
- Wind-tab collar
- Elasticized waist

### Sizes

| | | |
|---|---|---|
| 1507 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 1800 | Adult Sizes: | XS, S, M, L, XL, XXL |

### Colors

| 1800 | 1507 |
|---|---|
| Navy | Navy |
| Tan | Red |
| | Light Blue |
| | Black |
| | Burgundy |
| | Forest Green |
| | Maize |
| | Tan |
| | Tobacco |
| | White |
| | White/Red Knit |
| | White/Kelly Knit |
| | White/Royal Knit |
| | Royal |
| | Kelly |