

### 2050-Adult
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.
**IMPORTED**
*Sizes XS to 5X Large.*

### 3050 - youth
Same as 2050, but youth.
*Youth - S, M, L*

**2050** - Adult

**3050** - Youth

**2000** - Adult

**3000** - Youth

### 2000-Adult
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom. **MADE IN USA**
*Sizes XS to 5X Large.*

### 3000 - youth
Same as 2000, but Youth.
*Youth - S, M, L*

Colors (top): Athletic Gold, Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet

Colors (bottom): Black, Bright Orange, Kelly Green, Navy, Purple, White



**2700** - Adult
**3700** - Youth

Colors:
- Black/Black
- Black/Gold/White
- Black/White
- Dartmouth Green/Gold/White
- Dartmouth Green/White
- Kelly/Gold/White
- Kelly/White
- Maroon/Gold/White
- Maroon/White
- Navy/Gold/White
- Navy/Orange/White
- Navy/White
- Purple/Gold/White
- Purple/White
- Royal/Gold/White
- Royal/White
- Scarlet/Black/White
- Scarlet/Gold/White
- Scarlet/White

### 2700 - Adult
**Oxford nylon, light lined award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.
**MADE IN USA/Imported**
**Sizes X Small through 3X Large.**

### 3700 - Youth
Same as 2700, but youth
**Sizes S, M, L.**

7



**Hide-A-Way Hood**

**1700** - Adult

Colors: Black, Dartmouth Green, Maroon, Navy, Royal Blue, Scarlet

### 1700 - Adult
**Light lined, waterproof oxford nylon, hooded, sideline parka.**
Oversized Upper Body Cut*, yoke front, reverse welt slash pockets, heavy duty full metal zipper, Roll-Away Hide-Away Hood, elastic cuffs, extra long body length.
**MADE IN USA**
*Sizes Medium through 3X Large.*

*Not applicable for football shoulder pads.



**2630** - Adult
**3630** - Youth

### 2630 - Adult
**Mesh lined coated taffeta jacket.**
Coated Taffeta outer shell for wind and rain resistance, mesh lining, split back for ventilation, and ease of decoration, elasticized draw cord, two front zippered slash pockets, covered, zippered sleeve pocket, full cut, relaxed fit. **IMPORTED**
*Sizes X-Small through 4X Large.*

### 3630 - Youth
**Mesh lined coated taffeta jacket.**
Same as style 2630, but youth.

**2610P** - Adult
**3610P** - Youth

### 2610P - Adult
**Mesh lined coated taffeta pant.**
Coated Taffeta outer shell for wind and rain resistance, mesh lining, elasticized waist with draw cord, two front zippered slash pockets, covered, zippered leg pocket, full wider cut, relaxed fit. **IMPORTED**
*Sizes X-Small through 4X Large.*

### 3610P - Youth
**Mesh lined coated taffeta pant.**
Same as style 2610P, but youth.
*Sizes Medium through X Large.*

BLACK/Black/White
BLACK/Gold/White
BLACK/Scarlet/White
Dart. GRN/Black/White
MAROON/Black/White
NAVY/Navy/White
ROYAL/Black/White

*9*



**9114** - Adult

### 9114 -Adult
**Unlined Heavy Taslan "Packable" Jacket.**
Heavy Taslan nylon shell with full zipper front, adjustable stretch cuffs with tab closure for style and comfort, rain hood with elasticized drawcord, 2 front covered, zippered pockets, elasticized bottom drawcord, Full Cut.
**IMPORTED**
*Sizes Small through 4X Large.*



**6200** - Adult
**5200** - Youth

Black/White
Dartmouth Green/White
Light Maroon/White
Navy/White
Royal/White
Scarlet/White

### 6200 - Adult
**Light lined, 2-ply supplex nylon, V-neck windshirt.**
"Birdie Light" polyester lining, single stripe knit collar, cuffs and waistband, 2 side seam pockets, full athletic cut, set-in sleeves.
**MADE IN USA/IMPORTED**
*Sizes Small through 4X Large.*

### 5200 - youth
Same as 6200, but Youth.
**Youth - M, L**

**9715P** - Adult
**8715P** - Youth

### 9715P - Adult
**Light lined, 2-ply supplex nylon pant.**
"Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs. **MADE IN USA**
*Sizes Small through 4X Large.*
**Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet**

### 8715P - youth
Same as 9715P, but Youth.
**Youth - M, L**

11



**2860** - Adult

Color options:
- Black/Gold/Black/White
- Black/Orange/Black/White
- Black/Scarlet/Black/White
- Navy/Gold/Navy/White
- Navy/White/Navy/Silver
- Royal/Gold/Royal/White
- Royal/White/Royal/Silver

### 2860 - Adult
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistband and action inserts, lined hood with drawstrings, set-in sleeves. **MADE IN USA**
*Sizes X Small through 3X Large.*