
**NEW**



**0910** - Adult

**0810** - Youth

Replaces old style #1915 Adult/1815 Youth

Black
Grey
Dartmouth Green
Maroon
Navy
Purple
Royal
Scarlet

### 0910 - Adult
**Full zipper vest**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.
**MADE IN USA/Imported**
*Sizes X Small through 4X Large.*

### 0810 - Youth
Same as 0910, but youth.
**Youth - S, M, L, XL**



**0930** - Adult
**0830** - Youth

Replaces old style
#1925 Adult/1825 Youth

NEW

**0950** - Adult
**0850** - Youth

Replaces old style
#1975 Adult/1875 Youth

Colors: Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet

### 0930 - Adult
**1/2 Zip Pullover**
13.5 oz. NON pill fleece outershell, hemmed bottom with elasticized, side drawcord & toggle, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.
MADE IN USA/Imported
*Sizes X Small through 4X Large.*

### 0830 - Youth
Same as 0930, but youth.
MADE IN USA/Imported
*Youth - S, M, L, XL*

### 0950 - Adult
**Full zipper jacket**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.
MADE IN USA/Imported
*Sizes X Small through 4X Large.*

### 0850 - Youth
Same as 0950, but youth.
*Youth - S, M, L, XL*

14



### 1948 - Adult
**Taslan nylon, fleece lined all-purpose jacket.**
14oz. 100% polyester non-pill lining, nylon quilted sleeves, full cut, color matching zipper, through collar, slash pockets with zipper closure, inside pockets, solid knit cuffs and waistband, raglan sleeves, **IMPORTED**
*Sizes Small through 5X Large.*



**NEW**

**1984** - Adult
**1884** - Youth

Replaces old style
#9844 Adult/8844 Youth

Available colors:
- Black/Gold
- Black/Orange
- *Black/Purple
- Black/Scarlet
- Black/White
- Dartmouth Green/Gold
- Dartmouth Green/White
- *Kelly Green/Gold
- *Kelly Green/White
- Light Maroon/Gold
- Light Maroon/White
- Navy/Gold
- Navy/White
- *Purple/Gold
- *Purple/White
- Royal/Gold
- Royal/White
- Scarlet/White

### 1984 - Adult
**Quilt lined, 2-ply supplex nylon, full zip jacket.**
6.2 oz. 100% polyester quilted nylon lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front, quilted hood with drawstrings.
**MADE IN USA/Imported**
*Sizes Small through 3X Large.*

### 1884 - youth
Same as 9844, but Youth. **Youth - S, M, L**

*5 New Colors available



**2800** - Adult
**3800** - Youth

Colors:
- * Black/Black
- * Black/Gold/White
- Black/Orange/White
- Black/Scarlet/White
- * Black/White
- Brown/Gold/White
- Dartmouth Green/Gold/White
- Dartmouth Green/White
- Kelly/Gold/White
- Kelly/White
- Maroon/Gold/White
- Maroon/White
- Navy/Col. Blue/White
- Navy/Gold/White
- Navy/Orange/White
- Navy/Scarlet/White
- * Navy/White
- Purple/Gold/White
- Purple/White
- Royal/Gold/White
- Royal/Scarlet/White
- * Royal/White
- Scarlet/Black/White
- Scarlet/Gold/White
- * Scarlet/White

### 2800 - Adult
**Oxford nylon, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.
**MADE IN USA/Imported**
*Sizes X Small through 5X Large.*

### 3800 - youth
Same as 2800, but Youth.
*Youth - XS, S, M, L, XL*

### 2800L - ADULT - LONG (not shown)
**Extra long, oxford nylon, quilt lined award style jacket.**
Same as 2800, but two inches longer in sleeve and body length. **Made in USA**
*Sizes Large through 3X Large.*

*\* 6 Colors available for 2800L*

**17**



**2300** - Adult

**1500** - Adult

Black
Brown (Style 2300 only)
Dartmouth Green
Maroon
Navy
Royal
Scarlet

Hide-A-Way Hood

### 2300 - Adult
**Pile lined, oxford nylon warm-up jacket.**
Color matching 15 oz. 100% acrylic pile lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.
**MADE IN USA**
*Sizes X Small through 4X Large.*

### 2350 - Adult
**NEW**
Same as 2300, but IMPORTED.
*Black and Navy only.*

### 1500 - Adult
**Light lined, waterproof oxford nylon, hooded, sideline parka.**
Oversized Upper Body Cut*, yoke front, reverse welt slash pockets, heavy duty full metal zipper, Roll-Away Hide-Away Hood, elastic cuffs, extra long body length.
**MADE IN USA**
*Sizes Medium through 3X Large.*

*Not applicable for football shoulder pads.

18



**7800L** - Adult Long

**7800** - Adult

**8800** - Youth

## 7800L - Adult-long
Extra long, pro-weight satin, quilt lined, award style jacket.
Same as 7800, but 2" longer in sleeve and body length.
**MADE IN USA**
Sizes Large through 3X Large.
Black/Black, Navy/Navy, Royal/Royal, Royal/White
(Black/Black available in 4XL).

Black/Black *
Black/Gold/White *
Black/Scarlet/White
Black/White
Maroon/Gold/White
Maroon/Maroon
Maroon/White
Navy/Gold/White
Navy/Navy
Navy/Orange/White
Navy/White *
Royal/Gold/White
Royal/Royal
Royal/White *
Scarlet/Scarlet
Scarlet/White *

## 7800 - Adult
**Pro-weight satin, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.
**MADE IN USA**
Sizes X Small through 4X Large.
Black/Black, Navy/Navy, Navy/White available 5XL.

## 8800 - youth
Same as 7800, but Youth.
Youth - S, M, L
**\* 5 Colors available for 8800**

19