



# **B**yron Collar Awards

For those who prefer knit collars that look like shirt collars, we present our #2750/3750 and #2850/3850 series. These are oxford nylon award jackets that have three-piece nylon knit trimmings, with Byron collars instead of stand-up collars. The #2750/3750 series is lined with 100% brushed polyester; the #2850/3850 series is lined with true 4.4 oz. polyester quilted nylon tricot.

The adult #2750 and #2850 are available in sizes XS through 2XL, while the youth #3750 and #3850 are available in S, M, and L.

| STYLE | | SIZES | | | | | |
|---|---|---|---|---|---|---|---|
| 2750 | ADULT | XS | S | M | L | XL | 2XL |
| 3750 | YOUTH | | S | M | L | | |
| 2850 | ADULT | XS | S | M | L | XL | 2XL |
| 3850 | YOUTH | | S | M | L | | |

| | | ADULT STYLES | | YOUTH STYLES | |
|---|---|---|---|---|---|
| COLORS | KNIT TRIM | 2750 | 2850 | 3750 | 3850 |
| Athletic Gold | Athletic Gold/ Black/White | ▲ | ■ | ▲ | ■ |
| Black | Black/Gold/ White | ▲ | ■ | ▲ | ■ |
| Black | Black/Orange/ White | ▲ | ■ | ▲ | ■ |
| Black | Black/White | ▲ | | ▲ | |
| Brown | Brown/Gold/ White | ▲ | | ▲ | |
| Brown | Brown/Orange/ White | ▲ | | ▲ | |
| Dartmouth Green | Dartmouth Green/ White | | ■ | | ■ |
| Navy | Navy/Gold/ White | ▲ | ■ | ▲ | ■ |
| Navy | Navy/Orange/ White | | ■ | | ■ |
| Navy | Navy/Scarlet/ White | ▲ | | ▲ | |
| Navy | Navy/White | ▲ | ■ | ▲ | ■ |
| Purple | Purple/White | | ■ | | ■ |
| Royal | Royal/Gold/ White | ▲ | ■ | ▲ | ■ |
| Royal | Royal/White | ▲ | ■ | ▲ | ■ |
| Scarlet | Scarlet/White | ▲ | ■ | ▲ | ■ |
| Silver | Silver/Black/ White | ▲ | ■ | ▲ | ■ |

▲ Lightweight polyester lining   ■ Quilted lining







# **N**ylon Satin Jackets

The sheen of nylon satin is difficult to duplicate in any other fabric, and BIRDIE satin jackets reflect that rich intensity in a dazzling array of color combinations. Styles #4700/5700, in which the nylon knits are striped, and styles #4400/5400, in which the solid-color nylon knits match the outer shell, have linings of 100% brushed polyester. Style #6400 (sized for women), with matching solid nylon knits is also lined with 100% brushed polyester. Style #4800 (not shown), with striped nylon knits, comes with true 4.4 oz. 100% polyester quilted tricot lining.

Styles #4400, #4700, and #4800 are available in sizes XS through 2XL. Style #6400 is available in sizes XS through XL. Styles #5400 and #5700 are available in S, M, and L.

Additionally, style #4400, in solid Black, is available up to size 4XL. Style #4700, in Black/Gold/White, Navy/White, Royal/White, Scarlet/White is available up to size 3XL. Style #5400, in solid Pink, is available in size youth XS.

| STYLE | | SIZES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4400 | ADULT | XS | S | M | L | XL | 2XL | 3XL* | 4XL* |
| 5400 | YOUTH | XS** | S | M | L | | | | |
| 4700 | ADULT | XS | S | M | L | XL | 2XL | 3XL*** | |
| 5700 | YOUTH | | S | M | L | | | | |
| 6400 | ADULT | XS | S | M | L | XL | | | |
| 4800 | ADULT | XS | S | M | L | XL | 2XL | | |

*Available in solid Black only
**Available in solid Pink only
***Available in Black/Gold/White, Navy/White, Royal/White, Scarlet/White



| COLORS | KNIT TRIM | ADULT STYLES | | | | YOUTH STYLES | |
|---|---|---|---|---|---|---|---|
| | | 4400 | 4700 | 4800 | 6400 | 5400 | 5700 |
| Black | Black | ▲ | | | | ▲ | |
| Black | Black/Gold/White | | ▲ | | | | ▲ |
| Black | Black/White | | ▲ | | | | ▲ |
| Brown | Brown/Beige/White | | ▲ | | | | ▲ |
| Columbia Blue | Columbia Blue | | | | ▲ | ▲ | |
| Kelly | Kelly/Gold/White | | ▲ | ■ | | | ▲ |
| Kelly | Kelly/White | | ▲ | | | | ▲ |
| Lilac | Lilac | | | | ▲ | ▲ | |
| Maroon | Maroon/Gold/White | | ▲ | | | | ▲ |
| Maroon | Maroon/White | | ▲ | | | | ▲ |
| Navy | Navy | ▲ | | | | ▲ | |
| Navy | Navy/Gold/White | | ▲ | ■ | | | ▲ |
| Navy | Navy/White | | ▲ | ■ | | | ▲ |
| Pink | Pink | | | | ▲ | ▲ | |
| Royal | Royal | ▲ | | | | ▲ | |
| Royal | Royal/Gold/White | | ▲ | ■ | | | ▲ |
| Royal | Royal/White | | ▲ | ■ | | | ▲ |
| Scarlet | Scarlet | ▲ | | | ▲ | ▲ | |
| Scarlet | Scarlet/White | | ▲ | ■ | | | ▲ |
| Silver | Silver | ▲ | | | | ▲ | |
| Silver | Silver/Black/White | | ▲ | ■ | | | ▲ |
| Silver | Silver/Kelly/White | | ▲ | | | | ▲ |
| Silver | Silver/Royal/White | | ▲ | | | | ▲ |
| Silver | Silver/Scarlet/White | | ▲ | | | | ▲ |
| White | Kelly/White | | ▲ | | | | ▲ |
| White | Navy/White | | ▲ | ■ | | | ▲ |
| White | Royal/White | | ▲ | ■ | | | ▲ |
| White | Scarlet/White | | ▲ | ■ | | | ▲ |
| White | White | ▲ | | | ▲ | | |

▲ Lightweight polyester lining   ■ Quilted lining





# **P**ro-Weight Satin Jackets

Standing head and shoulders above all regular satins are the jackets made of nylon pro-weight satin–stronger, heavier, and superior in every aspect to standard nylon satin. Our #7800 and #7800L are the BIRDIE presentations in this fabric. With solid or striped nylon knit collars, cuffs, and waistbands and color-matching true 4.4 oz. 100% polyester quilted nylon taffeta linings, these jackets are the finest example of the blending of design, fabric, and construction.

The #7800 is available in sizes XS through 2XL. In addition, solid Navy, solid Royal and Royal/White are available in size 3XL. Solid Black is available in sizes 3XL and 4XL.

The #7800L, two inches longer in sleeve and body length, is available in sizes L, XL, and 2XL.

| STYLE | | SIZES | | | | | | | |
|-------|-------|-----|---|---|---|----|-----|------|-------|
| 7800  | ADULT | XS  | S | M | L | XL | 2XL | 3XL* | 4XL** |
| 7800L | ADULT |     |   |   | L | XL | 2XL |      |       |

*Available in solid Black, solid Navy, solid Royal, Royal/White
**Available in solid Black only

| COLORS | KNIT TRIM | ADULT STYLES | |
|--------|-----------|:----:|:-----:|
|        |           | 7800 | 7800L |
| Black | Black | ■ | ■ |
| Black | Black/Gold/White | ■ | |
| Black | Black/White | ■ | |
| Black | Scarlet | ■ | |
| Cardinal | Cardinal/White | ■ | |
| Kelly | Kelly/Gold/White | ■ | |
| Kelly | Kelly/White | ■ | |
| Maroon | Maroon/Gold White | ■ | |
| Maroon | Maroon/White | ■ | |
| Navy | Navy | ■ | |
| Navy | Navy/Gold/White | ■ | |
| Navy | Navy/Orange/White | ■ | |
| Navy | Navy/White | ■ | |
| Royal | Royal | ■ | |
| Royal | Royal/Gold/White | ■ | |
| Royal | Royal/White | ■ | |
| Scarlet | Scarlet | ■ | |
| Scarlet | Scarlet/White | ■ | |
| Silver | Black | ■ | |
| Silver | Navy | ■ | |
| Silver | Royal | ■ | |
| Silver | Scarlet | ■ | |
| Silver | Silver | ■ | |
| White | White | ■ | |

■ Quilted lining



