

# Birdie Corduroys

The luxurious look and feel of cotton corduroy are truly shown off to their best advantage in the BIRDIE stylings #8400, #8475, and #9475.

The styles in the #8475/9475 series have corduroy Byron collars with contrasting undercollars and snaps, which are color-coordinated to match the stripes of the nylon knit cuffs and waistbands. The #8400 series uses the same fabric as the others, but is further distinguished by snaps and nylon knit collars, cuffs, and waistbands that match the outer shell. All our corduroy jackets come with color-matching, true 4.4 oz. 100% polyester quilted nylon taffeta linings.

Style #8475 is available in sizes XS through 2XL; style #8400 is available from S through 4XL. Style #9475 is available in S, M, and L.

| STYLE | SIZES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8400 | ADULT | | S | M | L | XL | 2XL | 3XL | 4XL |
| 8475 | ADULT | XS | S | M | L | XL | 2XL | | |
| 9475 | YOUTH | | S | M | L | | | | |

| COLORS | KNIT TRIM | ADULT STYLES 8400 | ADULT STYLES 8475 | YOUTH STYLE 9475 |
|---|---|---|---|---|
| Black | Black | ■ | | |
| Black | Black/Gold/White | | ■ | ■ |
| Black | Black/Orange/White | | ■ | ■ |
| Black | Black/Scarlet/White | | ■ | ■ |
| Black | Black/White | | ■ | ■ |
| Dartmouth Green | Dartmouth Green | ■ | | |
| Dartmouth Green | Dartmouth Green/Gold/White | | ■ | ■ |
| Dartmouth Green | Dartmouth Green/White | | ■ | ■ |
| Kelly | Kelly/Gold/White | | ■ | ■ |
| Kelly | Kelly/White | | ■ | ■ |
| Maroon | Maroon | ■ | | |
| Maroon | Maroon/Gold/White | | ■ | ■ |
| Maroon | Maroon/White | | ■ | ■ |
| Navy | Navy | ■ | | |
| Navy | Navy/Columbia Blue/White | | ■ | ■ |
| Navy | Navy/Gold/White | | ■ | ■ |
| Navy | Navy/Scarlet/White | | ■ | ■ |
| Navy | Navy/White | | ■ | ■ |
| Purple | Purple/Gold/White | | ■ | ■ |
| Purple | Purple/White | | ■ | ■ |
| Royal | Royal | ■ | | |
| Royal | Royal/Gold/White | | ■ | ■ |
| Royal | Royal/White | | ■ | ■ |
| Scarlet | Scarlet/White | | ■ | ■ |
| Silver | Silver/Royal/White | | ■ | ■ |
| Silver | Silver/Scarlet/White | | ■ | ■ |
| White | White | ■ | | |

■ Quilted lining







# Poplin Jackets

For the cotton look and feel in athletic and casual wear, BIRDIE offers a group of poplin jackets. The unlined version–style #1800–has a full zipper, raglan sleeves, wind-tab mandarin collar, adjustable shirt-type cuffs, and an elasticized waist. The poplin outer shell has a water- and stain-resistant finish. The same poplin goes into our award-style jackets. These, however, have color-matching snaps and nylon knit collars, cuffs, and waistbands. Style #8100/9100 comes with color-coordinated true 4.4 oz. 100% polyester quilted nylon taffeta lining, while style #8200 is made with 100% brushed polyester lining.

The adult #1800, #8100, and #8200 are all available in sizes XS through 2XL. Additionally, style #8100 in solid Navy and solid Tan is available in size 3XL. Youth style #9100 is available in S, M, and L.

| STYLE | SIZES | | | | | | |
|---|---|---|---|---|---|---|---|
| 1800 | ADULT | XS | S | M | L | XL | 2XL |
| 8100 | ADULT | XS | S | M | L | XL | 2XL | 3XL* |
| 9100 | YOUTH | | S | M | L | | |
| 8200 | ADULT | XS | S | M | L | XL | 2XL |

*Available in solid Navy, solid Tan

| COLORS | KNIT TRIM | ADULT STYLES | | | YOUTH STYLE |
|---|---|---|---|---|---|
| | | 1800 | 8100 | 8200 | 9100 |
| Maroon | Maroon | | | ▲ | |
| Maroon | Maroon/Gold/White | | ■ | | ■ |
| Maroon | Maroon/White | | ■ | | ■ |
| Navy | | ○ | | | |
| Navy | Navy | | ■ | ▲ | |
| Navy | Navy/Gold/White | | ■ | | ■ |
| Navy | Navy/White | | ■ | | ■ |
| Royal | Royal | | | ▲ | |
| Royal | Royal/Gold/White | | ■ | | ■ |
| Royal | Royal/White | | ■ | | ■ |
| Scarlet | Scarlet | | | ▲ | |
| Scarlet | Scarlet/White | | ■ | | ■ |
| Tan | | ○ | | | |
| Tan | Brown | | ■ | | |
| Tan | Kelly | | ■ | | |
| Tan | Maroon | | ■ | | |
| Tan | Royal | | ■ | | |
| Tan | Scarlet | | ■ | | |
| Tan | Tan | | ■ | ▲ | ■ |

○ Unlined  ■ Quilted lining  ▲ Lightweight polyester lining





# Birdie Classics

Our original nylon warm-up jackets were—and are—the classic light-lined #2000/3000 series and unlined #2100/3100 series. They are still among the most popular of all the casual and leisure jackets available. The fabric is still nylon taffeta, the collar still the Byron collar, the cuffs still covered elastic, and the bottoms still use a nylon color-matching drawstring. The lining is 100% brushed polyester.

Now we have available an upgraded light-lined warm-up in the #2200/3200 series. These jackets differ in that the outer shell is oxford nylon and are designed with raglan sleeves instead of set-in sleeves.

Adult styles #2100 and #2200 are available in sizes XS through 2XL; Style #2000 is available in sizes XS through 4XL, with some colors in stock in size 5XL. Youth styles #3000, #3100, and #3200 are available in S, M, and L.

|  | ADULT STYLES | | | YOUTH STYLES | | |
|---|---|---|---|---|---|---|
| COLORS | 2000 | 2100 | 2200 | 3000 | 3100 | 3200 |
| Athletic Gold | ▲ | ○ |  | ▲ | ○ |  |
| Black | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Bright Orange | ▲ | ○ |  | ▲ |  |  |
| Brown | ▲ | ○ |  | ▲ |  |  |
| Columbia Blue | ▲ | ○ |  | ▲ |  |  |
| Dartmouth Green | ▲ | ○ | ▲ | ▲ |  | ▲ |
| Kelly | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Maroon | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Navy | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Purple | ▲ | ○ |  | ▲ |  |  |
| Royal | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Scarlet | ▲ | ○ | ▲ | ▲ | ○ | ▲ |
| Silver |  | ○ | ▲ |  |  | ▲ |
| Tan |  | ○ |  |  |  |  |
| White | ▲ | ○ | ▲ | ▲ | ○ | ▲ |

○ Unlined    ▲ Lightweight polyester lining

| STYLE | SIZES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | ADULT | XS | S | M | L | XL | 2XL | 3XL | 4XL | 5XL* |
| 3000 | YOUTH |  | S | M | L |  |  |  |  |  |
| 2100 | ADULT | XS | S | M | L | XL | 2XL |  |  |  |
| 3100 | YOUTH |  | S | M | L |  |  |  |  |  |
| 2200 | ADULT | XS | S | M | L | XL | 2XL |  |  |  |
| 3200 | YOUTH |  | S | M | L |  |  |  |  |  |

*Available in Black, Brown, Dartmouth Green, Kelly, Maroon, Navy, Royal, Scarlet







# Further Classics

Why not upgrade the warm-up jacket so it can be worn in colder weather? And so were born the pile-lined jacket (series #2300/3300), the Sherpa-lined jacket (series #2400/3400), and the quilt-lined jacket style #7300). These all have oxford nylon outer shells, matching snaps, nylon knit cuffs, and quilted nylon lining sleeves.

Style #2300/3300 uses color-matching 15 oz. 100% acrylic pile linings; style #2400/3400 uses 22 oz. 100% polyester Sherpa linings, and style #7300 has a color-matched true 4.4 oz. 100% polyester quilted nylon taffeta lining.

Adult styles #2300 and #2400 are available in sizes XS through 4XL, while #7300 is available in sizes XS through 2XL. Youth styles #3300 and #3400 are available in S, M, and L.

| COLORS | ADULT STYLES | | | YOUTH STYLES | |
|---|---|---|---|---|---|
| | 2300 | 2400 | 7300 | 3300 | 3400 |
| Athletic Gold | ● | | | | |
| Black | ● | ♦ | ■ | ● | ♦ |
| Bright Orange | ● | ♦ | | | ♦ |
| Brown | ● | ♦ | | | ♦ |
| Columbia Blue | ● | | | | |
| Dartmouth Green | ● | ♦ | | ● | ♦ |
| Kelly | ● | ♦ | | ● | ♦ |
| Maroon | ● | ♦ | ■ | ● | ♦ |
| Navy | ● | ♦ | ■ | ● | ♦ |
| Purple | | ♦ | | | ♦ |
| Royal | ● | ♦ | ■ | ● | ♦ |
| Scarlet | ● | ♦ | ■ | ● | ♦ |
| White | ● | | | | |

● Pile line   ♦ Sherpa lining   ■ Quilted lining

| STYLE | | SIZES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2300 | ADULT | XS | S | M | L | XL | 2XL | 3XL | 4XL |
| 3300 | YOUTH | | S | M | L | | | | |
| 2400 | ADULT | XS | S | M | L | XL | 2XL | 3XL | 4XL |
| 3400 | YOUTH | | S | M | L | | | | |
| 7300 | ADULT | XS | S | M | L | XL | 2XL | | |

