▶ 6900



**NEW 6900-ADULT**
**Wool/Leather sleeve award**
24 oz. melton wool outershell, matching color quilt throughout, solid knit cuff, collar and waistband, inside pocket, presoftened leather sleeves and pocket trim, matte finish, snap front closure, full athletic cut.

*Sizes Small through 5X Large.*
*Black*

**6900L-ADULT**
Same as above but long.
*Sizes Large through 3X.*

# Melton

# Denim



**6600-ADULT**
**Unlined classic denim jacket.**
14oz. Stone washed denim, 2 buttoned chest pockets, 2 slash pockets, adjustable waist tabs, open back design, double needle construction, set-in sleeve, **IMPORTED.**

*Sizes Small through 3X Large.*

●6600 ➤

*NEW*



**1948-ADULT**
**Taslan nylon, fleece lined** *all-purpose* **jacket.**
14oz. 100% polyester non-pill lining, nylon quilted sleeves, **full cut,** color matching zipper, through collar, slash pockets with zipper closure, inside pockets, solid knit cuffs and waistband, raglan sleeves, **IMPORTED**

*Sizes Small through 5X Large.*
*Black, Navy*

◀ 1948 ●



NEW

# Taslan

# Fleece



● 1915

**1915-ADULT**
**Full zipper vest**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

*Sizes X Small through 4X Large.*
*Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.*

**1815-YOUTH**
SAME AS 1915, BUT YOUTH.
*YOUTH - S, M, L, XL*
*(Medium available spring of 2000)*

● 1901

**1901-ADULT**
**Crew neck pullover.**
13.5 oz. NON pill fleece outershell, hemmed bottom with elasticized side drawcord & toggle, elastic cuffs and full fleece pockets for added warmth.

*Sizes X Small through 4X Large.*
*Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.*



**1925-ADULT**
½ **Zip pullover**
13.5 oz. NON pill fleece outershell, hemmed bottom with elasticized, side drawcord & toggle, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

*Sizes X Small through 4X Large.*
*Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.*

**1825-YOUTH**
SAME AS 1925, BUT YOUTH.
*YOUTH - S, M, L, XL*

**1975-ADULT**
**Full zipper jacket**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

*Sizes X Small through 4X Large.*
*Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.*

**1875-YOUTH**
SAME AS 1975, BUT YOUTH.
*YOUTH - L, XL*

# Fleece

# 2 - Ply Supplex



**9740-ADULT**
**Light lined, 2-ply supplex nylon pullover.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, lined hood with drawstrings, set-in sleeves.

*Sizes Small through 3X Large.*

**8740-YOUTH**
SAME AS 9740, BUT YOUTH.
**YOUTH - M, L**

9740

| | |
|---|---|
| Black/Gold | Black |
| Black/Orange | Black |
| Black/Scarlet | Black |
| Black/White | Black |
| Dart. Green/Gold | Dart. Green |
| Dart. Green/White | Dart. Green |
| Light Maroon/Gold | Maroon |
| Light Maroon/White | Maroon |
| Navy/Gold | Navy |
| Navy/White | Navy |
| Royal/Gold | Royal |
| Royal/White | Royal |
| Scarlet/White | Scarlet |



**9711**

**9711-ADULT**
Light lined, 2-ply supplex nylon, full zipper jacket. "Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front through collar, set-in sleeves.

*Sizes Small through 3X Large.*

| | |
|---|---|
| Black/Gold | Black |
| Black/Orange | Black |
| Black/Scarlet | Black |
| Black/Teal | Black |
| Black/White | Black |
| Dart. Green/Gold | Dart. Green |
| Dart. Green/White | Dart. Green |
| Light Maroon/Gold | Maroon |
| Light Maroon/White | Maroon |
| Navy/Gold | Navy |
| Navy/White | Navy |
| Royal/Gold | Royal |
| Royal/White | Royal |
| Scarlet/White | Scarlet |

**9715P-ADULT**
**9715P** Light lined, 2-ply supplex nylon pant. "Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs.

*Sizes Small through 3X Large. Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

**8715P-YOUTH**
SAME AS 9715P, BUT YOUTH.
*YOUTH - M, L*

# 2 - Ply Supplex