# Nylon Satin

**4400-ADULT**
Same as 4700 except solid knit cuffs, collar and waistband.

***Sizes X Small through 3X Large.***
****Black, Navy, Pink, Royal, Scarlet, Silver, White.***
*Black available in 4X, 5X.

**5400-YOUTH**
SAME AS 4400, BUT YOUTH.
***YOUTH - S, M, L***
NOT available in White.
*Black & pink available in XS.




| Black | Black/Gold/White |
|---|---|
| Black | Black/White |
| Kelly Green | Kelly/Gold/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon/Gold/White |
| Maroon | Maroon/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |

**4700-ADULT**
**Nylon satin, light lined award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

***Sizes X Small through 3X Large.***

**5700-YOUTH**
SAME AS 4700, BUT YOUTH.
***YOUTH - S, M, L***

### 7875-ADULT

Same as 7800, but has full zipper front instead of snaps.

***Sizes Small through 4X Large.***

| | |
|---|---|
| **Black** | Black |
| **Black** | Navy |




### 8800-YOUTH

SAME AS 7800, BUT YOUTH.

***YOUTH - S, M, L***

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

### 7800-ADULT

**Pro-weight satin, quilt line award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

***Sizes X Small through 4X Large.***

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Cardinal** | Cardinal/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Orange/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet |
| **Scarlet** | Scarlet/White |
| **Silver** | Scarlet |
| **Silver** | Silver |
| **Teal** | Teal |
| **White** | White |

### 7800L-ADULT-LONG

**Extra long, pro-weight satin, quilt lined, award style jacket.**
Same as 7800, but 2" longer in sleeve and body length.

***Sizes Large through 3X Large.***

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |
| **Royal** | Royal |
| **Royal** | White |

# Taffeta




**4000-ADULT**

**Light lined taffeta nylon warm-up jacket.** 100% brushed polyester lining, snap front, nylon knit cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

***Sizes X Small through 3X Large. Black, Brown, Kelly Green, Maroon, Navy, Royal, Scarlet, White.***

**1507-ADULT**

**Taffeta nylon, unlined pullover jacket.** Half zipper knit turtleneck collar, right breast pocket, knit waistband, cuffs and action back, set-in sleeves.

***Sizes X Small through 2X Large. Black, Maroon, Dartmouth Green, Kelly Green, Navy, Royal, Scarlet, Tan, White, White/Kelly Green, White/Royal, White/Scarlet.***







**2000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.

***Sizes XS to 5X Large.***
***Athletic Gold, Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.***

**3000-YOUTH**
SAME AS 2000, BUT YOUTH.
***YOUTH - S, M, L***






**2100-ADULT**
**Unlined taffeta nylon warm-up jacket.**
Snap front, elastic cuffs, slash pockets, set-in sleeves, drawstring bottom.

***Sizes XS to 3X Large.***
***Athletic Gold, Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.***

**3100-YOUTH**
SAME AS 2100, BUT YOUTH.
***YOUTH - S, M, L***








**4200-ADULT**
Same as 4000, but with a zippered front and no drawstring.

***Sizes X Small through 2X Large.***
***Black, Brown, Kelly Green, Maroon, Navy, Royal, Scarlet.***

# Corduroy




**8475-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs and waistband, **CORDUROY BYRON COLLAR** with contrasting undercollar and snaps, reverse welt slash pockets, set-in sleeves.

***Sizes X Small through 3X Large.***

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Dart. Green** | Dt. Green/Gold/White |
| **Dart. Green** | Dt. Green/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/Scarlet/White |
| **Navy** | Navy/White |
| **Purple** | Purple/Gold/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**9475-YOUTH**
SAME AS 8475, BUT YOUTH.
***YOUTH - S, M, L***

**8400-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

***Sizes Small through 4X Large.***

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |




**8200-ADULT**
**Cotton poplin, light lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Maroon** | Maroon |
| **Navy** | Navy |
| **Royal** | Royal |
| **Scarlet** | Scarlet |

**8100-ADULT**
**Cotton poplin, quilt lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 6.2 oz. 100% polyester quilted lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Dart. Green** | Dart. Green |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**1000-ADULT**
**Poplin chintz, nylon lined, fashion jacket.**
Color matched nylon lining, full zipper front, dog leash collar, epaulets, 100% textured polyester knit cuffs and waistband, knit trimmed breast pocket, slash pockets, set-in sleeves.

***Sizes X Small through 3X Large.***
***Black, Navy, Silver, Tan, White.***

# Micro




**6700-ADULT**
**Nylon lined, micro fiber scoop neck pullover.**
100% nylon throughout, "silky-to-touch" sanded polyester micro fiber shell, solid knit collar, cuffs and waistband with raised edges, side seam pockets, set-in sleeves, full athletic cut.

***Sizes X Small through 4X Large.***
***Black, Dartmouth Green, Maroon, Navy.***




6700