

Kasha: Lightweight 100% Brushed Polyester

Quilted Lining: 6.2 oz. Polyester Quilted Lining

Sherpa Lining: 22 oz. 100% Polyester Sherpa

Piling Lining: 15 oz. 100% Acrylic Pile

### JACKET SIZE CHART

| Sizes | XS | S | M | L | XL | 2XL* | 3XL* | 4XL* | 5XL* |
|---|---|---|---|---|---|---|---|---|---|
| Adult Jackets | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| Youth Jackets | 2-4 | 6-8 | 10-12 | 14-16 | 18-20 | | | | |

### PANT SIZE CHART

| Sizes | S | M | L | XL | 2XL* |
|---|---|---|---|---|---|
| Adult Pants† | 32/31 | 34/32 | 36/32½ | 38/33 | 40/33½ |
| Youth Pants† | 6-8 | 10-12 | 14-16 | | |

*at an extra charge when available for indicated style. †Please note, pants have elasticized waists.

# Specifications



RICHARD A. LESLIE. COMPANY.

Items shown are subject to withdrawal without notice. Prices subject to change without notice.

# Birdie®
## by *Richard A. Leslie*



**The Only Jackets You'll Ever Need**

BIRDIE® JACKETS: Designed for outstanding comfort and style. From basic to trend-setting; from team jacket to the sophisticated look, BIRDIE has the jacket for you.

BIRDIE quality and service is legendary, and with our enormous inventory, fast delivery is our standard.



Cover photo: Style #7725. See page 3.

◄ Left: Style #1990X. See page 29.

Open flap ▶



# Birdie® Pullovers

The pullover—a jacket that is always in style, and for which new uses are constantly being discovered. Our unlined nylon taffeta, style #1507, features a half-zipper knit turtleneck collar, knit waistband and cuffs, and knit action back. The oxford nylon #2735 has a half-zipper neckline, kangaroo pocket, 100% brushed polyester lining, nylon knit waistband and cuffs, and a nylon hood with drawstring closure. Style #2825 is also made in oxford nylon with a half-zipper neckline and a kangaroo pocket, but it has a nylon knit collar, cuffs, and waistband; and is lined with true 4.4 oz. nylon tricot quilt. Style #7725 is a pro-weight satin pullover with a half-zipper neckline; a kangaroo pocket; nylon knit collar, cuffs, and waistband; and is lined with 100% brushed polyester.

Styles #1507, #2735, and #2825 are available in sizes XS through 2XL. Style #7725 is available in sizes S through 3XL.

We stock pants, style #2710P, in an oxford nylon, lined in 100% brushed polyester. The waist is elastic and is further strengthened with a nylon drawstring. Two slash pockets are on the side seams, and the legs are zippered for easy-on, easy-off. Pants are sold as a separate item and cannot be expected to match jacket dye lots. Pant sizes range from S to XL.

| STYLE | SIZES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1507 | ADULT | XS | S | M | L | XL | 2XL | |
| 2735 | ADULT | XS | S | M | L | XL | 2XL | |
| 2825 | ADULT | XS | S | M | L | XL | 2XL | |
| 7725 | ADULT | | S | M | L | XL | 2XL | 3XL |
| 2710P | ADULT | | S | | M | L | XL | |

| | | ADULT STYLES | | | | |
|---|---|---|---|---|---|---|
| COLORS | KNIT TRIM | 1507 | 2710P | 2735 | 2825 | 7725 |
| Black | | | | ▲ | | |
| Black | Black | ○ | | ▲ | ■ | ▲ |
| Black | Black/Gold/White | | | ▲ | | |
| Brown | Brown/Gold/White | | | ▲ | | |
| Columbia Blue | Columbia Blue | ○ | | | | |
| Dartmouth Green | Dartmouth Green | ○ | | | | |
| Dartmouth Green | Dartmouth Green/White | | | ▲ | | |
| Kelly | Kelly | ○ | | | | |
| Kelly | Kelly/White | | | ▲ | | |
| Maroon | Maroon | ○ | | ▲ | | ▲ |
| Navy | | | ▲ | | | |
| Navy | Navy | ○ | | | ■ | ▲ |
| Navy | Navy/White | | | ▲ | ■ | |
| Purple | Purple/White | | | ▲ | | |
| Royal | | | ▲ | | | |
| Royal | Royal | ○ | | | ■ | ▲ |
| Royal | Royal/White | | | ▲ | ■ | |
| Scarlet | | | ▲ | | | |
| Scarlet | Scarlet | ○ | | ▲ | | ▲ |
| Scarlet | Scarlet/White | | | ▲ | ■ | |
| Tan | Tan | ○ | | | | |
| White | | | ▲ | | | |
| White | Kelly | ○ | | | | |
| White | Royal | ○ | | | | |
| White | Scarlet | ○ | | | | |
| White | White | ○ | | ▲ | ■ | ▲ |

○ Unlined   ▲ Lightweight polyester lining   ■ Quilted lining



Style #2825



Style #1507: knit action back







## What BIRDIE® Can Do For You

Dedication to service and product improvement has been the BIRDIE hallmark for more than half a century. Each jacket we manufacture is the result of quality materials and superior craftsmanship. Wear tested, attractively styled BIRDIE jackets set the pace for value.

We make jackets for every purpose: team and corporate identity, awards, incentives, fund-raising, dealer promotion, employee and club programs. Over 60 styles, some in as many as 38 different color combinations, are among the more than 300,000 units of merchandise in our warehouses.

All our outer shells are made with fabrics that have been treated for water-repellency. Slash pockets are reverse-welted for added rain protection. Our jackets are designed for comfort; most styles have a full athletic cut and set-in sleeves. Our cold-weather jackets have linings sewn to the very edge of the garments to eliminate cold spots where there should be none.

We control all phases of the manufacturing process, from the time the fabric enters the plant until the jacket is shipped, assuring you the highest possible quality, fast delivery, and competitive prices.

A "Made in U.S.A." label is on every BIRDIE jacket. Every BIRDIE jacket is produced by American workers from American-made materials.

With knowledgeable representation nationwide, BIRDIE continues to grow, with new styles, expanded services, and new warehouses. Let our trained professionals help and advise you in setting up programs that will reflect favorably on you and your company.