**EXHIBIT 4**

**HOLLYWOOD SCREENPRINTING INC.**
OPERATING ACCOUNT
324 ROUTE 202
POMONA, NY 10970

1403

1-1367/260
472

COMMERCE BANK, N.A.
STONY POINT, NY

8/18/07

PAY TO THE ORDER OF   Birdie                                              $   *****1,800.00

One thousand, eight hundred and 00/100************************************************************ DOLLARS

Customer # 20354

MEMO _____                    AUTHORIZED SIGNATURE

⑈⑈0014030⑈⑈  ⑆02601367⑈⑆  7921645284⑈⑈

# EXHIBIT 5

REDACTED

# EXHIBIT 6

REDACTED

# EXHIBIT 7



January 25, 2007

To Our Valued Customers:

We hope you have enjoyed your holidays and had a wonderful New Year.

We enjoyed ours as well; however, it was wrought with many personal decisions. The most critical we share with you now.

It is with profound sadness that we have decided to close BIRDIE Jackets after 60 years of providing high quality, team sports and identity apparel. Personally, it has been our lifeblood for 35 and 25 years, respectively.

We have always believed in treating our customers, both old and new, as family. We have gotten to know many of you personally, and have shared in many of your celebrations as well as sorrows. This makes our decision to close all the more difficult.

Provided we have the material and other component parts, *we will honor all orders placed on or before February 28, 2007*. If you have a particular need or concern, please call us directly and we will do everything in our power to accommodate you.

We are grateful to all of you for making BIRDIE Jackets one of the most well respected companies in our industry.

Sincerely,

Ken Solomon
President

Eric Solomon
Vice Pres./CFO

www.birdiejackets.com