UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Richard A Leslie Co., Inc.,

    Plaintiff,

v.

Birdie, LLC, and Golfsmith International Holdings, Inc.,

    Defendants.
-----------------------------------------------------------x

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

07-cv-5933 (LAK)

On the accompanying Memorandum of Law and supporting papers, Plaintiff hereby moves the Court for an order Preliminarily enjoining Defendants from further sales, advertising and promotion of clothing products bearing the mark "Birdie" or confusingly similar variations thereof pending the resolution of the present case.

_____
Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Attorney for Plaintiff

Dated: September 7, 2007

.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR PRELIMINARY INJUNCTIVE RELIEF was served on the date below upon counsel for Defendants by first class mail to:

> Mr. Toby M.J. Butterfield
> Cowan, DeBaets, Abrahams & Sheppard LLP
> 41 Madison Avenue
> 34th Floor
> New York, NY 10010

_____
Jeffrey Sonnabend (JS1243)
Attorney for Plaintiff

SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215
718-832-8810
JSonnabend@SonnabendLaw.com

Dated: September 7, 2007