UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Richard A Leslie Co., Inc.,

    Plaintiff,

              v.

Birdie, LLC, and Golfsmith International
Holdings, Inc.,

    Defendants.
------------------------------------------------------------x

DECLARATION OF JEFFREY SONNABEND

07-cv-5933 (LAK)

I, Jeffrey Sonnabend, hereby declare the following:

1. Attached hereto as Exhibit 1 is a true and correct copy of a listing of Richard A. Leslie Co., Inc. federal trademark registrations (live and canceled) and pending applications.

2. Attached hereto as Exhibit 2 is a true and correct copy of a listing of Birdie LLC federal trademark registrations and pending applications.

3. Attached hereto as Exhibit 3 is a true and correct copy of Trademark Office records for Richard A. Leslie Co., Inc.'s canceled "Birdie" registrations.

4. Attached hereto as Exhibit 4 is a true and correct copy of a printout of a web page from Defendant Golfsmith LLC's website.

5. Attached hereto as Exhibit 5 is a true and correct copy of the office actions refusing registration of Defendant Birdie LLC's applications for registration of the mark "Birdie" in various forms.

6. Attached hereto as Exhibit 6 is a true and correct copy of the complaint in the present case.

I swear under penalty of perjury that the foregoing is true and correct, except as to those statements made upon information and belief, which I believe to be true and correct.

_____
Jeffrey Sonnabend

Date:  September 7, 2007