# EXHIBIT 1



# EXHIBIT 2





**EXHIBIT 3**

