# What Birdie® Can Do For You

## TABLE OF CONTENTS

Micro Fiber ...............................3
Oxford ...............................4-11
Waterproof ......................12-13
2-Ply Supplex....................14-19
Pro-Weight Satin .....................20
Nylon Satin.............................21
Poplin ....................................22
Corduroy................................23
Taffeta ..............................24-25
Color Chart/Lining Choices.......26
General Information................27

BIRDIE® Jackets: Designed for outstanding comfort and style. From basic to trend-setting: from team jacket to the sophisticated look, BIRDIE® has the jacket for you.

BIRDIE® quality and service is legendary, and with our enormous inventory, fast delivery is our standard.

Dedication to service and product improvement has been the BIRDIE® hallmark for more than a half a century. Each jacket we manufacture is the result of quality materials and superior craftsmanship. Wear tested, attractively styled BIRDIE® jackets set the pace for value.

We make jackets for every purpose: team and corporate identity, awards, incentives, fund-raising, dealer promotion, employee and club programs. Over 60 styles, some in as many as 38 different color combinations, are among the more than 250,000 units of merchandise in our warehouses.

All our outer shells are made with fabrics that have been treated for water-repellency. Slash pockets are reverse-welted for added rain protection. Our jackets are designed for comfort; most styles have a full athletic cut and set-in sleeves. Our cold weather jackets have linings sewn to the very edge of the garments to eliminate cold spots where there should be none.

We control all phases of the manufacturing process, from the time the fabric enters the plant until the jacket is shipped, assuring you the highest possible quality, fast delivery, and competitive prices.

A "Made in U.S.A." label is on every BIRDIE® jacket and every jacket is produced by American workers from American-made materials.

With knowledgeable representation nationwide, BIRDIE® continues to grow, with new styles, expanded services, and new warehouses. Let our trained professionals help and advise you in setting up programs that will reflect favorably on you and your company.



# Micro

6700

**NEW**

**NEW STYLE
6700-ADULT
Nylon lined, micro fiber scoop neck pullover.**
100% nylon throughout, "silky-to-touch" sanded polyester micro fiber shell, solid knit collar, cuffs and waistband with raised edges, side seam pockets, set-in sleeves, full athletic cut.

*Sizes X Small through 4X Large.
Black, Dartmouth Green, Maroon, Navy.*

# Oxford



◀ 2760

**2760-ADULT**
**Oxford nylon, light lined, hooded pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistband and action inserts, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Col. Blue/Black/White |
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Black** | Silver/Black/White |
| **Dart. Green** | Gold/Dt. Green/White |
| **Dart. Green** | White/Dt. Green/Silver |
| **Kelly Green** | White/Kelly/Silver |
| **Maroon** | Gold/Maroon/White |
| **Maroon** | White/Maroon/Silver |
| **Navy** | Col. Blue/Navy/White |
| **Navy** | Gold/Navy/White |
| **Navy** | Orange/Navy/White |
| **Navy** | White/Navy/Silver |
| **Purple** | Gold/Purple/White |
| **Purple** | White/Purple/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |
| **Scarlet** | Gold/Scarlet/Silver |
| **Scarlet** | White/Scarlet/Silver |
| **White** | Black/Gold/White |
| **White** | Royal/Scarlet/White |

◀ 2785

**2785-ADULT**
Same as 2760, but with knit collar instead of hood.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Black** | White/Black/Silver |
| **Dart. Green** | Gold/Dt. Green/White |
| **Dart. Green** | White/Dt. Green/Silver |
| **Maroon** | Gold/Maroon/White |
| **Maroon** | White/Maroon/Silver |
| **Navy** | Gold/Navy/White |
| **Navy** | Scarlet/Navy/White |
| **Navy** | White/Navy/Silver |
| **Purple** | Gold/Purple/White |
| **Purple** | White/Purple/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | Scarlet/Royal/White |
| **Royal** | White/Royal/Silver |
| **Scarlet** | White/Scarlet/Silver |
| **White** | Scarlet/Royal/White |

# Oxford



**2735-ADULT**
**Oxford nylon, light lined, hooded pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistbands, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Brown** | Brown/Gold/White |
| **Dart. Green** | Dt. Green/Gold/White |
| **Dart. Green** | Dt. Green/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |
| **White** | White |

▶ 2735

**3735-YOUTH**
Same as 2735, but youth.

*Sizes Medium-Large.*

| | |
|---|---|
| **Black** | Black |
| **Dart. Green** | White |
| **Navy** | White |
| **Royal** | White |
| **Scarlet** | White |

◀ 2825

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**2825-ADULT**
**Oxford nylon, quilt lined, pullover jacket.**
6.2 oz. 100% polyester quilted nylon lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, collar and waistband, set-in sleeves.

*Sizes X Small through 3X Large.*

▶ 2710P

**2710P**-Refer to page 7 for size and color.

5