**2700** 

# Oxford

**2700-ADULT**
**Oxford nylon, light lined, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

| | | | |
|---|---|---|---|
| **Black** | Black | **Navy** | Navy/Gold/White |
| **Black** | Black/Gold/White | **Navy** | Navy/Orange/White |
| **Black** | Black/White | **Navy** | Navy/White |
| **Columbia Blue** | Col. Blue/White | **Purple** | Purple/Gold/White |
| **Dart. Green** | Dart.Green/Gold/White | **Purple** | Purple/White |
| **Dart. Green** | Dart.Green/White | **Royal** | Royal/Gold/White |
| **Kelly Green** | Kelly/Gold/White | **Royal** | Royal//White |
| **Kelly Green** | Kelly/White | **Scarlet** | Scarlet/Black/White |
| **Maroon** | Maroon/Gold/White | **Scarlet** | Scarlet/Gold/White |
| **Maroon** | Maroon/White | **Scarlet** | Scarlet/White |

**3700-YOUTH**
Same as 2700, but youth.
*Sizes S, M, L.*

**2750-ADULT**
**Oxford nylon, light lined, LAYDOWN COLLAR, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Athletic Gold** | Gold/Black/White |
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Black** | Black/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**3750-YOUTH**
Same as 2750, but youth.
*Sizes S, M, L.*

◀ **2750**

**2850** ▶

**2850-ADULT**
**Oxford nylon, quilt lined, LAYDOWN COLLAR, award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Athletic Gold** | Gold/Black/White |
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Dart. Green** | Dart. Green/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/Orange/White |
| **Navy** | Navy/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |
| **Silver** | Silver/Black/White |

**3850-YOUTH**
Same as 2850, but youth.
*Sizes S, M, L.*



9

# Oxford

**2200** ▶

**2200-ADULT**
**Light lined, oxford nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large.*
*Black, Dartmouth Green, Kelly Green, Maroon, Navy, Royal, Scarlet.*

**3200-YOUTH**
Same as 2200, but youth.
*Sizes S, M, L.*

◀ **2300**

**2300-ADULT**
**Pile lined, oxford nylon warm-up jacket.**
Color matching 15 oz. 100% acrylic pile lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.*
*Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Maroon, Navy, Royal, Scarlet.*

**3300-YOUTH**
Same as 2300, but youth.
*Sizes S, M, L.*
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**7300** ▶

**7300-ADULT**
**Quilted, oxford nylon warm-up jacket.**
Color matching 6.2 oz. 100% polyester quilted nylon taffeta lining, snap front, stretch nylon knit cuffs, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*
*Black, Maroon, Navy, Royal, Scarlet.*



# Oxford



**2400-ADULT**
**Sherpa lined, oxford nylon warm-up jacket.**
22 oz. 100% polyester sherpa lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 4X Large.**
**Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet.**

**3400-YOUTH**
Same as 2400, but youth.
**Sizes S, M, L.**



◀ 2400

◀ 2500

**2500-ADULT**
**Sherpa lined, oxford nylon coaches jacket.**
22 oz. 100% polyester sherpa lining, two slider (top and bottom opening) full zipper, double nylon hood in zippered undercollar, heavy stretch nylon knit cuffs, quilted inner sleeves, inside drawstring waist, clipboard size slash pockets with snap closure, set-in sleeves.

**Sizes Small through 3X Large.**
**Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.**

# Waterproof



**1700** ▶

**NEW**

**NEW STYLE
1700-ADULT**
Same as 1500,
but light lined.

◀ **1500**

**1500-ADULT**
**Pile lined, waterproof oxford nylon, sideline parka.**
Lush, color matching pile lining, quilted sleeves, **OVERSIZED UPPER BODY CUT**, yoke front reverse welt slash pockets, heavy duty full metal zipper, **ROLL-AWAY HIDE-AWAY HOOD**, elastic cuffs, extra long body length.

*Sizes Medium through 3X Large.
Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

◀ **5036**

**NEW STYLE
5036-ADULT**
**Pile lined, waterproof oxford nylon, hooded warm-up jacket.**
Lush, color matching pile lining, quilted sleeves, flap pockets, **LONGER BODY LENGTH**, elastic cuffs, snap front, drawstring, zippered hide-a-way hood under collar, set-in sleeves.

*Sizes Medium through 3X Large.
Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**NEW**