# Oxford



◀ 2760

**2760-ADULT**
**Oxford nylon, light lined, hooded pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistband and action inserts, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Col. Blue/Black/White |
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Black** | Silver/Black/White |
| **Dart. Green** | Gold/Dt. Green/White |
| **Dart. Green** | White/Dt. Green/Silver |
| **Kelly Green** | White/Kelly/Silver |
| **Maroon** | Gold/Maroon/White |
| **Maroon** | White/Maroon/Silver |
| **Navy** | Col. Blue/Navy/White |
| **Navy** | Gold/Navy/White |
| **Navy** | Orange/Navy/White |
| **Navy** | White/Navy/Silver |
| **Purple** | Gold/Purple/White |
| **Purple** | White/Purple/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |
| **Scarlet** | Gold/Scarlet/Silver |
| **Scarlet** | White/Scarlet/Silver |
| **White** | Black/Gold/White |
| **White** | Royal/Scarlet/White |

**2785-ADULT**
Same as 2760, but with knit collar instead of hood.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Black** | White/Black/Silver |
| **Dart. Green** | Gold/Dt. Green/White |
| **Dart. Green** | White/Dt. Green/Silver |
| **Maroon** | Gold/Maroon/White |
| **Maroon** | White/Maroon/Silver |
| **Navy** | Gold/Navy/White |
| **Navy** | Scarlet/Navy/White |
| **Navy** | White/Navy/Silver |
| **Purple** | Gold/Purple/White |
| **Purple** | White/Purple/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | Scarlet/Royal/White |
| **Royal** | White/Royal/Silver |
| **Scarlet** | White/Scarlet/Silver |
| **White** | Scarlet/Royal/White |

◀ 2785

# Oxford



**2735-ADULT**
**Oxford nylon, light lined, hooded pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistbands, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| Black | Black |
| Black | Black/Gold/White |
| Black | Black/Scarlet/White |
| Brown | Brown/Gold/White |
| Dart. Green | Dt. Green/Gold/White |
| Dart. Green | Dt. Green/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Purple | Purple/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | White |

**3735-YOUTH**
Same as 2735, but youth. Not available in white.
*Sizes S, M, L.*

**2825**

| | |
|---|---|
| Black | Black |
| Navy | Navy/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |

**2825-ADULT**
**Oxford nylon, quilt lined, pullover jacket.**
6.2 oz. 100% polyester quilted nylon lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, collar and waistband, set-in sleeves.

*Sizes X Small through 3X Large.*

**2710P**-Refer to page 7 for size and color.

# Oxford

2835 ▶



**2835-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistband, lined hood with drawstrings, set-in sleeves.

**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** | Black |
| **Navy** | White |
| **Royal** | White |
| **Scarlet** | White |

# Oxford



**2860-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs waistband and action inserts, lined hood with drawstrings, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Gold/Black/White |
| **Black** | Scarlet/Black/White |
| **Navy** | Gold/Navy/White |
| **Navy** | White/Navy/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |

**2710P-ADULT**
**Oxford nylon pant.**
100% brushed polyester lining, elastic waist, nylon drawstring, side seam slash pockets, zippered legs.

*Sizes Small through 2X Large.
Black, Dart. Green, Maroon, Navy, Purple, Royal, Scarlet.*

7