# Oxford



2800

**2800-ADULT**
**Oxford nylon, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

**Sizes X Small through 5X Large.**

| | | | |
|---|---|---|---|
| **Black** | Black | **Purple** | Purple/Gold/White |
| **Black** | Black/Gold/White | **Purple** | Purple/White |
| **Black** | Black/Orange/White | **Royal** | Royal/Gold/White |
| **Black** | Black/Scarlet/White | **Royal** | Royal/Scarlet/White |
| **Black** | Black/White | **Royal** | Royal/White |
| **Brown** | Brown/Gold/White | **Scarlet** | Scarlet/Black/White |
| **Brown** | Brown/Orange/White | **Scarlet** | Scarlet/Gold/White |
| **Columbia Blue** | Col. Blue/White | **Scarlet** | Scarlet/Royal/White |
| **Dart. Green** | Dt. Green/Gold/White | **Scarlet** | Scarlet/White |
| **Dart. Green** | Dt. Green/White | **Silver** | Silver/Royal/White |
| **Kelly Green** | Kelly/Gold/White | **Silver** | Silver/Scarlet/White |
| **Kelly Green** | Kelly/White | **White** | Black/White |
| **Maroon** | Maroon/Gold/White | **White** | Kelly/White |
| **Maroon** | Maroon/White | **White** | Navy/White |
| **Navy** | Navy/Col. Blue/White | **White** | Purple/White |
| **Navy** | Navy/Gold/White | **White** | Royal/White |
| **Navy** | Navy/Orange/White | **White** | Scarlet/White |
| **Navy** | Navy/Scarlet/White | | |
| **Navy** | Navy/White | | |

**2800L-ADULT-LONG**
**Extra long, oxford nylon, quilt lined award style jacket.**
Same as above, but two inches longer in sleeve and body length.

**Sizes Large through 3X Large.**

| | |
|---|---|
| **Black** | Black/Black |
| **Black** | Black/Gold/White |
| **Black** | Black/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**3800-YOUTH**
Same as 2800, but youth.

**Sizes XS, S, M, L.**

# Oxford

**2700** ▶

### 2700-ADULT
**Oxford nylon, light lined, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | | | |
|---|---|---|---|
| **Black** | Black | **Navy** | Navy/Gold/White |
| **Black** | Black/Gold/White | **Navy** | Navy/Orange/White |
| **Black** | Black/White | **Navy** | Navy/White |
| **Columbia Blue** | Col. Blue/White | **Purple** | Purple/Gold/White |
| **Dart. Green** | Dart.Green/Gold/White | **Purple** | Purple/White |
| **Dart. Green** | Dart.Green/White | **Royal** | Royal/Gold/White |
| **Kelly Green** | Kelly/Gold/White | **Royal** | Royal//White |
| **Kelly Green** | Kelly/White | **Scarlet** | Scarlet/Black/White |
| **Maroon** | Maroon/Gold/White | **Scarlet** | Scarlet/Gold/White |
| **Maroon** | Maroon/White | **Scarlet** | Scarlet/White |

### 3700-YOUTH
Same as 2700, but youth.
*Sizes S, M, L.*



◀ **2750**

### 2750-ADULT
**Oxford nylon, light lined, LAYDOWN COLLAR, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Athletic Gold** | Gold/Black/White |
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Black** | Black/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

### 3750-YOUTH
Same as 2750, but youth.
*Sizes S, M, L.*

 **2850** ▶

### 2850-ADULT
**Oxford nylon, quilt lined, LAYDOWN COLLAR, award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Athletic Gold** | Gold/Black/White |
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Dart. Green** | Dart. Green/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

### 3850-YOUTH
Same as 2850, but youth.
*Sizes S, M, L.*

# Oxford

**2200** ▶

**2200-ADULT**
**Light lined, oxford nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large.*
*Black, Dartmouth Green, Kelly Green, Maroon, Navy, Royal, Scarlet.*

**3200-YOUTH**
Same as 2200, but youth.

*Sizes S, M, L.*

◀ **2300**

**2300-ADULT**
**Pile lined, oxford nylon warm-up jacket.**
Color matching 15 oz. 100% acrylic pile lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.*
*Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Maroon, Navy, Royal, Scarlet.*

**3300-YOUTH**
Same as 2300, but youth.

*Sizes S, M, L.*
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**7300** ▶

**7300-ADULT**
**Quilted, oxford nylon warm-up jacket.**
Color matching 6.2 oz. 100% polyester quilted nylon taffeta lining, snap front, stretch nylon knit cuffs, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*
*Black, Maroon, Navy, Royal, Scarlet.*

