# Taffeta



**4000**

**4000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, nylon knit cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large. Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

**4200**

**4200-ADULT**
Same as 4000, but with a zippered front and no drawstring.

*Sizes X Small through 2X Large. Black, Brown, Columbia Blue, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

# Specifications

Pile Lining: 15 oz. 100% Acrylic Pile

Sherpa Lining: 22 oz. 100% Polyester Sherpa

Quilted Lining: 6.2 oz. Polyester Quilted Lining

Kasha: Lightweight 100% Brushed Polyester

- Maroon
- Navy
- Pink
- Purple
- Royal
- Red
- Silver
- Tan
- Teal
- White

- Gold
- Black
- Orange
- Brown
- Cardinal
- Columbia Blue
- Dartmouth Green
- Kelly Green
- Lt. Maroon
- Lilac

### JACKET SIZE CHART

| Sizes | XS | S | M | L | XL | 2XL* | 3XL* | 4XL* | 5XL* |
|---|---|---|---|---|---|---|---|---|---|
| Adult Jackets | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| Youth Jackets | 2-4 | 6-8 | 10-12 | 14-16 | | | | | |

### PANT SIZE CHART (relaxed waist/inseam)

| Sizes | S | M | L | XL | 2XL* |
|---|---|---|---|---|---|
| Adult Pants | 30/30 | 32/31 | 34/32 | 36/32½ | 38/33 |
| Youth Pants | | 6-8 | 10-12 | | |

*at an extra charge when available for indicated style. †Please note, pants have elasticized waists.



The only satisfactory way to select a jacket is to try it on. If this is not possible, keep in mind that BIRDIE® jackets are tailored with a full athletic cut for greater freedom of action and complete comfort. When selecting sizes, consider what will be worn under the jacket and what the wearer intends to do in the jacket. The size chart is for general guidance.

Jackets are our only business. Up-to-the-minute styling, a full range of sizes, and a wide variety of colors allow BIRDIE® to service all your jacket needs.

Every BIRDIE® jacket is manufactured from the finest materials available. We use lightweight lining that is 100% brushed polyester. Our nylon quilted lining is either 6.2 ounces or 8.8 ounces. Our pile lining is 15 ounces 100% acrylic, and Sherpa lining is 22 oz. 100% polyester. The poplin we use is 80% polyester and 20% pima cotton. All our corduroy is 86% cotton and 14% polyester fibers. The poplin chintz material in our jackets is a polyester/cotton blend. All nylon outer shells are Du Pont fabrics.

Dyeing fabric is not an exact science, so there is never a guarantee that successive dye lots will be precisely the same shade. While we do our utmost to standardize colors and match them as closely as possible, we ask that before garments are lettered or screen-printed, they be inspected for style, size, color, and defects. We cannot assume responsibility for lettering or imprinting costs if such an inspection is not made.

For those customers who already use BIRDIE® JACKETS...we thank you for your patronage.

If you are a new customer, we look forward to being of service to you. We are confident that you will be among the many thousands of satisfied customers who currently use our products.

Thank you for buying BIRDIE®.

**Returns:** No merchandise may be returned without our authorization. Returns must be prepaid. After our inspection of the returned goods, we will either repair, or issue a credit for the return at our option. Worn merchandise must be washed or cleaned before it will be accepted for inspection, repair, or replacement.

**Cancellation of Orders:** No order may be changed or cancelled without our consent.

**Shortages:** Check all arriving cartons for damages. Claims for damaged or lost shipments should be made to the carrier. Shortages due to packing errors must be reported within 10 days of receipt of shipment.



RICHARD A. LESLIE, INC.

Items shown are subject to withdrawal without notice.  Prices are subject to change without notice.



# Birdie washable - water repellent warm up jackets



**Style #6000**
**LADIES' BIRDIE CHEERLEADER**
Nylon outershell pre-shrunk Kasha lined throughout. Full cut, two slash pockets, elastic cuffs, snap front, drawstring bottom. Raglan sleeves.
Sizes: S-M-L.

**Style #2000**
**MENS' BIRDIE WINNER**
Same specifications as #6000 in mens' sizes. Set-in sleeves.
Sizes: XS-S-M-L-XL-XXL-XXXL-XXXXL.

**Style #3000**
**BOYS' BIRDIE CHAMP**
Same specifications as #2000 in boys' sizes.
Sizes: S-M-L.

**Style #5000**
**MENS' BIRDIE TALL MAN**
Same specifications as #6000 in mens' sizes. 2" longer in length. Raglan sleeves.
Sizes: M-L-XL.

SLASH POCKETS ARE REVERSE WELTED FOR ADDED RAIN PROTECTION

#6000
#2000
#2100
#3100
#3000

**Birdie WORLDWIDE**

**Style #2100—MENS' BIRDIE PRO**
Nylon shell, full cut. Snap front, two patch pockets, elastic cuffs, drawstring bottom.
Sizes: S-M-L-XL-XXL.

**Style #3100—BOYS' BIRDIE JET**
Same specifications as #2100 in boys' sizes.
Sizes: S-M-L.



# Birdie® golf jackets
### washable · water repellent
▸ **knit action back inserts**
▸ **full cut for no-bind swinging**

#1507

**Style #1507**
**MENS' BIRDIE MASTER**
Nylon shell. Knit collar, cuffs and waistband. Knit insert Action Back. Nylon zipper.
Sizes: S-M-L-XL.

**action back**

#1610

#1610P

#1711

**Style #1610—MENS' BIRDIE RAINPLAY**
Weatherproof coated Nylon. Knit insert Action Back. Mesh underarm for cooling. Velcro adjustable side vents, self collar.
Sizes: S-M-L-XL.
**Style #1610P**
**MENS' BIRDIE RAINPLAY PANTS**
Weatherproof coated Nylon pants match #1610 jackets.

**Style #1711—MENS' BIRDIE SWINGER**
Nylon shell, Byron collar with soft knit top. Knit insert Action Back. Velcro adjustable side vents, elastic cuffs. Pocket on back.
Sizes: S-M-L-XL.

**Style #1711L—LADIES' BIRDIE DIAMOND**
Same specifications as #1711 with knit cuffs in ladies' sizes. Sizes: S-M-L.

Dedication to service and improvement have been the Birdie® hallmark for 36 years. Each jacket is the result of finer materials and superior craftsmanship. Wear - tested, attractively styled Birdie® jackets set the pace for value.
**RICHARD A. LESLIE CO./50 WEBSTER AVE., NEW ROCHELLE, N.Y. 10801/(914) 636-5050**