

#2800      2800   17.50   2XL 19.10     #3800   17.00    A   3800

| COLORS | |
|---|---|
| 2800 | 3800 |
| NYLON BODY | KNIT TRIM |
| Navy | Navy/White |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Kelly | Kelly/White |
| Maroon | Maroon/White |
| Black | Black/White |
| Columbia Blue | Columbia Blue/White |
| Navy | Navy/Scarlet/White |
| Navy | Navy/Gold/White |
| Scarlet | Scarlet/Royal/White |
| Scarlet | Scarlet/Black/White |
| Royal | Royal/Gold/White |
| Kelly | Kelly/Gold/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Maroon | Maroon/Gold/White |
| Black | Black/Gold/White |
| Black | Black/Orange/White |
| Purple | Purple/Gold/White |
| Brown | Brown/Gold/White |
| Brown | Brown/Orange/White |
| Silver | Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly/White |

#2800 ADULTS' BIRDIE CAPTAIN
* oxford nylon outershell
* 4.4 oz. polyester quilted nylon throughout
* quilting extends from front edge to front edge for additional warmth
* full cut
* two reverse-welted slash pockets
* snap front
* twin striped nylon knit cuffs, waistband, and collar
* durable water repellent
Sizes: XS-S-M-L-XL-XXL

#3800 YOUTHS' BIRDIE CO-CAPTAIN
* same specifications as #2800
* youths' sizes
Sizes: S-M-L

## AWARD JACKETS

#8100



**#8100 ADULTS' BIRDIE TRIUMPH**
- 80% polyester, 20% cotton
- "ZEPEL" finish
- 4.4 oz. color co-ordinated polyester quilted nylon throughout
- quilting extends from front edge to front edge for additional warmth
- full cut
- two reverse-welted slash pockets
- snap front
- twin striped nylon knit cuffs, waistband and collar
  Sizes: XS-S-M-L-XL-XXL

**#9100 YOUTHS' BIRDIE TOP NOTCH**
- same specifications as #8100
- youth's sizes
  Sizes: S-M-L (not pictured)

| COLORS | |
|---|---|
| 8100    9100 | |
| POLYESTER/COTTON BODY | KNIT TRIM |
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Scarlet | Scarlet/White |
| Tan | Solid Tan |

Poplin   Fleece
na   na
mn   mn
Ro   Ro
Sc   Sc

# CORDUROY/MELTON WOOL AWARD JACKETS

*handwritten: wool 8700 9700 / cord. 8475 9475*


#8700


#8475

**#8700 ADULTS' BIRDIE KLONDIKE**
* 24 oz. melton
* 4.4 oz. color co-ordinated polyester quilted nylon throughout
* full cut
* two reverse-welted slash pockets
* snap front
* twin striped nylon knit cuffs, waistband and collar
* durable water repellent
  Sizes: XS-S-M-L-XL-XXL

**#8475 ADULTS' BIRDIE FASHION**
* 86% cotton, 14% polyester corduroy
* 4.4 oz. color co-ordinated polyester quilted nylon throughout
* quilting extends from front edge to front edge for additional warmth
* full cut
* two reverse-welted slash pockets
* snap front
* corduroy Byron collar with contrasting undercollar
* durable water repellent
  Sizes: XS-S-M-L-XL-XXL

## COLORS

| 8475 | | | 8700 | |
|---|---|---|---|---|
| CORDUROY BODY | SNAPS/POCKET WELTS/ UNDERCOLLAR | KNIT TRIM | MELTON BODY | KNIT TRIM |
| Navy | Gold | Navy/Gold/White | Navy | Navy/White |
| Royal | Gold | Royal/Gold/White | Navy | Navy/Gold/White |
| Navy | White | Navy/White | Royal | Royal/Gold/White |
| Royal | White | Royal/White | Royal | Royal/White |
| Dartmouth Green | White | Dartmouth Green/White | Scarlet | Scarlet/White |
| Maroon | White | Maroon/White | Maroon | Maroon/White |
| Scarlet | White | Scarlet/White | Maroon | Maroon/Gold/White |
| Black | White | Black/White | Dartmouth Green | Dartmouth Green/Gold/White |
| Kelly | White | Kelly/White | Kelly | Kelly/Gold/White |
| | | | Black | Black/Gold/White |
| | | | Black | Black/White |

Page 9

4700   4400   6400   4800
5700   5400

# SATIN AWARD JACKETS

**#4700 ADULTS' BIRDIE STARBRITE**
★hi-count nylon satin outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL

**#4800 ADULTS' BIRDIE STROBE**
★hi-count nylon satin outershell
★4.4 oz. polyester quilted nylon throughout
★quilting extends from front edge to front edge for additional warmth
★full cut
★two reverse-welted slash pockets
★snap front
★twin striped nylon knit cuffs, waistband, and collar
★durable water repellent
Sizes: XS-S-M-L-XL



#4700  16.50  XXL 18.10
#4800  18.25  XXL 19.85

**#4400 ADULTS' BIRDIE NOVA**
★hi-count nylon satin outershell
★fleece lined throughout
★full cut
★two reverse-welted slash pockets
★snap front
★matching solid color nylon knit cuffs, waistband and collar
★durable water repellent
Sizes: XS-S-M-L-XL-XXL

**#5400 YOUTH'S BIRDIE COMET**
★same specifications as #4400
★youths' sizes
Sizes: S-M-L (not pictured)

**#6400 LADIES' BIRDIE SUPER GLO**
★same specifications as #4400
★ladies sizes
Sizes: XXS-XS-S-M-L-XL



#4400  16.50  XXL 18.10



#6400  16.50



**#5700 YOUTHS' BIRDIE STAR**
★same specifications as #4700
★youths' sizes
Sizes: S-M-L (not pictured)

## COLORS

| 4800 | | | 4700   5700 | | |
|---|---|---|---|---|---|
| SATIN BODY | SNAPS & POCKET WELT | KNIT TRIM | SATIN BODY | SNAPS & POCKET WELTS | KNIT TRIM |
| Navy | Gold | Navy/Gold/White | Navy | Gold | Navy/Gold/White |
| Royal | Gold | Royal/Gold/White | Royal | Gold | Royal/Gold/White |
| Kelly | Gold | Kelly/Gold/White | Kelly | Gold | Kelly/Gold/White |
| Silver | Silver | Silver/Black/White | Maroon | Gold | Maroon/Gold/White |
| Navy | White | Navy/White | Black | Gold | Black/Gold/White |
| Scarlet | White | Scarlet/White | Silver | Silver | Silver/Black/White |
| White | Navy | Navy/White | Silver | Silver | Silver/Scarlet/White |
| White | Scarlet | Scarlet/White | Silver | Silver | Silver/Royal/White |
| White | Royal | Royal/White | Silver | Silver | Silver/Kelly/White |
| Royal | White | Royal/White | Brown | Brown | Brown/Beige/White |
| 4400 | | | Navy | White | Navy/White |
| Navy | Solid Navy | Navy | Scarlet | White | Scarlet/White |
| Royal | Solid Royal | Royal | Royal | White | Royal/White |
| Black | Solid Black | Black | Maroon | White | Maroon/White |
| Silver | Solid Silver | Silver | Black | White | Black/White |
| 6400 | | | Kelly | White | Kelly/White |
| Pink | Solid Pink | Pink | White | Navy | Navy/White |
| Lilac | Solid Lilac | Lilac | White | Scarlet | Scarlet/White |
| Light Blue | Solid Light Blue | Light Blue | White | Royal | Royal/White |







#2500

#7000

#1810

## JOGGING SUITS

#### #1810 ADULTS' BIRDIE SHAPE-UP
★weatherproof coated nylon shirt and pants
★full cut
★elastic waists, neck, cuffs, and ankles
 Sizes: S-M-L-XL-XXL

#### #1810T ADULTS' BIRDIE SHAPE-UP
★same specifications as #1810
★top only
Sizes: S-M-L-XL-XXL (not pictured)

#### #2500 ADULTS' BIRDIE NONPAREIL
★oxford nylon outershell
★heavy 100% polyester sherpa inner lining (22 oz.)
★quilted nylon inner sleeves
★sherpa extends from front edge to front edge
 for additional warmth
★three-quarter length garment
★full cut
★heavyweight, two slider, top and bottom
 opening full zipper
★double nylon hood for warmth
★hood in zippered undercollar to keep rain from
 entering inside of jacket
★heavy stretch nylon knit cuffs
★drawstring waist
★clipboard size slash pockets
★durable water repellent
Sizes: S-M-L-XL-XXL

#### #7000 ADULTS' BIRDIE STADIUM COAT
★oxford nylon outershell
★heavy 100% polyester sherpa inner lining (22 oz.)
★quilted nylon inner sleeves
★sherpa extends from front edge to front edge
 for additional warmth
★three-quarter length garment
★full cut
★combination collar/hood
★heavy stretch nylon cuffs
★open side vents
★two reverse-welted slash pockets
★durable water repellent
 Sizes: XXS-XS-S-M-L-XL

## JACKETS

| COLORS | | | |
|---|---|---|---|
| 1810 | 1810T | 2500 | 7000 |
| Navy | | Navy<br>Scarlet<br>Royal<br>Dartmouth Green<br>Maroon<br>Black | Navy<br>Scarlet<br>Royal<br>Kelly<br>Dartmouth Green<br>Maroon<br>Black<br>Bright Orange |

# GOLF JACKETS



#6000 11.25

#4000 11.25

#### #4000 MENS' BIRDIE TOURNAMENT
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★nylon knit cuffs
★drawstring bottom
★durable water repellent
  Sizes: S-M-L-XL-XXL

#### #6000 LADIES' BIRDIE HI-LITE
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★snap front
★nylon knit cuffs
★drawstring bottom
★durable water repellent
  Sizes: S-M-L-XL

#### #4200 ADULTS' BIRDIE EASY
★hi-count nylon outershell
★fleece lined throughout
★raglan sleeves
★full cut
★two reverse-welted slash pockets
★nylon zipper
★nylon knit cuffs
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL



#4200 12.75 XXL 13.75

| COLORS | | |
|---|---|---|
| 4000 | 6000 | 4200 |
| Navy | Navy | Navy |
| Scarlet | Scarlet | Red |
| Royal | Royal | Royal |
| Kelly | Kelly | Light Blue |
| Maroon | Columbia Blue | Maroon |
| Black | White | Maize |
| Columbia Blue | Yellow | Tan |
| White | | White |
| Yellow | | Kelly (S-M-L-XL only) |
| Brown | | Black (S-M-L-XL only) |

1507
1510



#1507
11.50
XXL 12.50



#1510
13.00

**#1507 ADULTS' BIRDIE MASTER**
★hi-count nylon shell
★full cut
★breast pocket
★knit collar, waistband, and cuffs
★knit insert action backs
★half zipper
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

**#1510 ADULTS' BIRDIE ACE**
★hi-count nylon shell
★full cut
★breast pocket
★knit collar, waistband, and cuffs
★knit insert action backs
★full zipper
★durable water repellent
  Sizes: XS-S-M-L-XL-XXL

| COLORS |
| --- |
| 1507<br>1510 |
| Navy<br>Red<br>Light Blue<br>Black<br>Burgundy<br>Forest Green<br>Maize<br>Tan<br>Tobacco<br>White |