# Oxford Awards



2800

## 2800-ADULT
**Oxford nylon, quilt lined, award style jacket.**
6.2oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 4X Large.**

| | | | |
|---|---|---|---|
| **Black** - Black | | **Purple** - Purple/Gold/White | |
| **Black** - Black/Gold/White | | **Purple** - Purple/White | |
| **Black** - Black/Orange/White | | **Royal** - Royal/Gold/White | |
| **Black** - Black/Scarlet/White | | **Royal** - Royal/Scarlet/White | |
| **Black** - Black/White | | **Royal** - Royal/White | |
| **Brown** - Brown/Gold/White | | **Scarlet** - Scarlet/Black/White | |
| **Brown** - Brown/Orange/White | | **Scarlet** - Scarlet/Gold/White | |
| **Columbia Blue** - Col.Blue/White | | **Scarlet** - Scarlet/Royal/White | |
| **Dartmouth Green** - Dt.Green/Gold/White | | **Scarlet** - Scarlet/White | |
| **Dartmouth Green** - Dt.Green/White | | **Silver** - Silver/Black/White | |
| **Kelly Green** - Kelly/Gold/White | | **Silver** - Silver/Royal/White | |
| **Kelly Green** - Kelly/White | | **Silver** - Silver/Scarlet/White | |
| **Maroon** - Maroon/Gold/White | | **White** - Black/White | |
| **Maroon** - Maroon/White | | **White** - Kelly/White | |
| **Navy** - Navy/Col.Blue/White | | **White** - Navy/White | |
| **Navy** - Navy/Gold/White | | **White** - Purple/White | |
| **Navy** - Navy/Orange/White | | **White** - Royal/White | |
| **Navy** - Navy/Scarlet/White | | **White** - Scarlet/White | |
| **Navy** - Navy/White | | | |

## 2800L-ADULT
**Extra long, oxford nylon, quilt lined award style jacket.**
Same as above, but two inches longer in sleeve and body length.
**Sizes Large through 3X Large.**

| | |
|---|---|
| **Black** - Black/Gold/White | **Royal** - Royal/White |
| **Black** - Black/White | **Scarlet** - Scarlet/White |
| **Navy** - Navy/White | |

## 3800-YOUTH
**Same as 2800, but youth.**
**Sizes S, M, L.**
Not Available Black/Black.

# Oxford Awards

### 2700-ADULT
**Oxford nylon, light lined, award style jacket.** 100% brushed polyester lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | | | |
|---|---|---|---|
| **Black** - Black | | **Navy** - Navy/Gold/White | |
| **Black** - Black/Gold/White | | **Navy** - Navy/Orange/White | |
| **Black** - Black/White | | **Navy** - Navy/White | |
| **Columbia Blue** - Columbia Blue/White | | **Purple** - Purple/Gold/White | |
| **Dartmouth Green** - Dart.Green/Gold/White | | **Purple** - Purple/White | |
| **Dart. Green** - Dart.Green/White | | **Royal** - Royal/Gold/White | |
| **Kelly Green** - Kelly/Gold/White | | **Royal** - Royal/White | |
| **Kelly Green** - Kelly/White | | **Scarlet** - Scarlet/Black/White | |
| **Maroon** - Maroon/Gold/White | | **Scarlet** - Scarlet/Gold/White | |
| **Maroon** - Maroon/White | | **Scarlet** - Scarlet/White | |

### 3700-YOUTH
**Same as above, but youth.**
Sizes S, M, L.



### 2750-ADULT
**Oxford nylon, light lined, LAYDOWN COLLAR award style jacket.** 100% brushed polyester lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Athletic Gold** - Gold/Black/White | **Navy** - Navy/White |
| **Black** - Black/Gold/White | **Royal** - Royal/Gold/White |
| **Black** - Black/Orange/White | **Royal** - Royal/White |
| **Black** - Black/White | **Scarlet** - Scarlet/White |
| **Brown** - Brown/Gold/White | **Silver** - Silver/Black/White |
| **Navy** - Navy/Gold/White | |

### 3750-YOUTH
**Same as above, but youth.**
Sizes S, M, L.

### 2850-ADULT
**Oxford nylon, quilt lined, LAYDOWN COLLAR award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Athletic Gold** - Gold/Black/White | **Navy** - Navy/White |
| **Black** - Black/Gold/White | **Purple** - Purple/White |
| **Black** - Black/Orange/White | **Royal** - Royal/Gold/White |
| **Dartmouth Green** - Dart. Green/White | **Royal** - Royal/White |
| **Navy** - Navy/Gold/White | **Scarlet** - Scarlet/White |
| **Navy** - Navy/Orange/White | **Silver** - Silver/Black/White |

### 3850-YOUTH
**Same as above, but youth.**
Sizes S, M, L.

# Corduroy Awards



**8400**

### 8400-ADULT
**Cotton corduroy, quilt lined, award jacket.**
6.2oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes Small through 4X Large.**

| **Black** - Black | **Navy** - Navy |
|---|---|

### 8475-ADULT
**Cotton corduroy, quilt lined, award jacket.**
6.2oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff and waistband, CORDUROY BYRON COLLAR with contrasting undercollar and snaps, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **Black** - Black/Gold/White | **Navy** - Navy/Columbia Blue/White |
| **Black** - Black/Orange/White | **Navy** - Navy/Gold/White |
| **Black** - Black/Scarlet/White | **Navy** - Navy/Scarlet/White |
| **Black** - Black/White | **Navy** - Navy/White |
| **Dart. Green** - Dt.Green/Gold/White | **Purple** - Purple/Gold/White |
| **Dart. Green** - Dt.Green/White | **Purple** - Purple/White |
| **Kelly Green** - Kelly/Gold/White | **Royal** - Royal/Gold/White |
| **Kelly Green** - Kelly/White | **Royal** - Royal/White |
| **Maroon** - Maroon/Gold/White | **Scarlet** - Scarlet/White |
| **Maroon** - White | |

### 9475-YOUTH
**Same as above, but youth.**
Sizes S, M, L.

**8475**



# Poplin Awards



**8100**

### 8100-ADULT
**Cotton poplin, quilt lined, award style jacket.**
ZEPEL finished outer shell for water and stain resistancy, 6.2oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | | | |
|---|---|---|---|
| **Black** - Black | | **Navy** - Navy | |
| **NEW Dart. Green** - Dart. Green | | **Navy** - Navy/White | |
| **Maroon** - Maroon/Gold/White | | **Royal** - Royal/Gold/White | |
| **Maroon** - Maroon/White | | **Royal** - Royal/White | |
| **Navy** - Navy/Gold/White | | **Scarlet** - Scarlet/White | |



### 9100-YOUTH
**Same as above, but youth.**
**Sizes S, M, L.**

| | |
|---|---|
| **Maroon** - Maroon/Gold/White | **Royal** - Royal/Gold/White |
| **Maroon** - Maroon/White | **Royal** - Royal/White |
| **Navy** - Navy/Gold/White | **Scarlet** - Scarlet/White |
| **Navy** - Navy/White | |



### 8200-ADULT
**Cotton poplin, light lined, award style jacket.**
ZEPEL finished outer shell for water and stain resistancy, 100% brushed polyester lining, snap front, 100% nylon knit cuff, collar and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes X Small through 3X Large.**

| | |
|---|---|
| **NEW Black** - Black | **Royal** - Royal |
| **Maroon** - Maroon | **Scarlet** - Scarlet |
| **Navy** - Navy | |

**8200**





# Supplex Jackets



**NEW**
**2895**

**2895-ADULT**
**Quilt lined, 2-ply Supplex Nylon, award style jacket.**
6.2oz. 100% polyester quilted nylon lining, snap front, 100% Black nylon knit cuff and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes Small through 4XL.**

| | |
|---|---|
| **Black** - Black | **Purple** - Purple/Black |
| **Dartmouth Green** - Dt.Green/Black | **Royal** - Royal/Black |
| **Light Maroon** - Maroon/Black | **Scarlet** - Scarlet/Black |

**NEW**
**9021**

**9021-ADULT**
**Adult, light lined, 2 ply supplex nylon, "team players" jacket.**
"Birdie Light" polyester lining, **OVERSIZED UPPER BODY CUT**, full zipper front, reverse welt slash pockets, elastic cuffs, **ZIP-OFF LINED HOOD** with drawstrings, extra long body length.
**Sizes Medium through 3X Large.**

Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.

# Supplex Parkas



**9835-ADULT**
**2 ply supplex nylon, quilt lined parka.**
8.8 oz. 100% polyester quilted lining, quilted hood, full zipper front with snap closure, 10 inch side seam zippers, inside pocket, 100% nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.
**Sizes Small through 3X Large.**
Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.

**8835-YOUTH**
**Same as above, but youth. No inside pocket.**
**Sizes S, M, L.**

9835

NEW
9844

Side seam zippers

**9844-ADULT**
**Quilt lined, 2 ply Supplex nylon, full-zip jacket.**
6.2 oz. 100% polyester quilted nylon lining, 2 color surge pattern 100% nylon knit cuffs and waistband, slash pockets, full zipper front, quilted hood with drawstrings.
**Sizes Small through 3XL.**

| | |
|---|---|
| **Black** - Black/Gold | **Light Maroon** - Maroon/White |
| **Black** - Black/Scarlet | **Navy** - Navy/Gold |
| **Black** - Black/White | **Navy** - Navy/White |
| **Dartmouth Green** - Dt.Green/Gold | **Royal** - Royal/Gold |
| **Dartmouth Green** - Dt.Green/White | **Royal** - Royal/White |
| **Light Maroon** - Maroon/Gold | **Scarlet** - Scarlet/White |

# Oxford Parkas

### 2500-ADULT
### Sherpa lined, oxford nylon coaches jacket.
22oz. 100% polyester sherpa lining, two slider, (top and bottom opening) full zipper, double nylon hood in zippered undercollar, heavy stretch nylon knit cuffs, quilted inner sleeves, inside drawstring waist, clipboard size slash pockets with snap closure, set-in sleeves.
### Sizes Small through 3X Large.
Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.



2500

**NEW**

1500



### 1500-ADULT
### Pile lined, waterproof oxford nylon sideline parka.
Lush, color matching pile lining, quilted sleeves, **OVERSIZED UPPER BODY CUT**, yoke front reverse welt slash pockets, heavy duty full metal zipper, **ROLL-AWAY HIDE-AWAY HOOD**, elastic cuffs, extra long body lenght.
### Sizes Medium through 3XL.
Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.