# the Birdie® SWINGER
## the Golf Jacket Recommended by the Pros

**ACTION BACK**
**KNITTED INSERT**
**WATER REPELLENT**
WASHABLE







**THE Birdie ACE**  **STYLE #1711**
Fine outerwear poplin. Action Back with Knit Insert. Snap-adjusted side vents. Self collar.
**COLORS:** Tan, Blue, Black, Red, Willow, Lemon.
**SIZES:** S—M—L—XL.
Suggested Retail Price  **$10.00**



▲ **STYLE #1611**
Hi Quality Nylon. Action Back with Knit Insert. Snap-adjusted side vents. Knit-against-the-neck collar. Knit Cuffs.
**COLORS:** Tan, Charcoal, Navy, Red, Tobacco, Black, Burgundy, White, Willow.
**SIZES:** S—M—L—XL.
Suggested Retail Price  **$10.00**

**STYLE #1611L** ▶
**THE Birdie DIAMOND**
For Ladies. Same as Birdie Swinger
**COLORS:** Tan, Copen, Maize, Red, White, Black, Pink.
**SIZES:** S—M—L.
Suggested Retail Price  **$10.00**

# the Birdie® EAGLE
## a truly Great Jacket

**ACTION BACK**
**KNITTED INSERT**
**WATER REPELLENT**
WASHABLE





**STYLE #1625**
Specially constructed Hi-Count Nylon with quality Knit-Insert Action Back. Elasticized waist. Slash pockets. Quality knit-against-the-neck. Neckband collar with tab windbreak. Quality knit cuffs.

**COLORS:** Tan, Red, Black, White, Copen, Navy, Charcoal, Porcelain, Sand, Burgundy, Earth, Tobacco, Willow, Maize.

**SIZES:**
S—M—L—XL.

Suggested Retail Price    **$12.95**

# for the Avid Golfer
# the Birdie® RAINPLAY
## a Washable Dry-Cleanable, Waterproof Nylon Jacket

**ACTION BACK**
KNITTED INSERT
WATER REPELLENT
WASHABLE



### STYLE #1610
The finest Nylon Waterproofing. Action Back with quality Knit Insert. Vented arm holes for Air cooling. Quality knit-against-the-neck. Tab Windbreak. Snap-adjusted sides.

COLORS: Tan, Black, Maize, Red, Navy.
SIZES: S—M—L—XL.

Suggested Retail Price    **$12.95**

### STYLE #1610P
**PANTS TO MATCH**
COLORS: Tan, Black, Maize only.
SIZES: S/M; L/XL.

Suggested Retail Price    **$9.50**



### STYLE #1610L
**THE Birdie RAINPLAY**
For Ladies.
COLORS: Tan, Maize, Red.
SIZES: S—M—L.

Suggested Retail Price    **$12.95**

Richard A. Leslie Company / 330 36th Street / Brooklyn, N.Y. 11232



**ACTION BACK**
**KNITTED INSERT**
**WATER REPELLENT**
WASHABLE

# the Birdie® MASTER
## the All-Weather Pullover



### STYLE #1507
Convertible knit collar. Nylon zipper. Action Back with Knit Insert. Knit cuffs and waistband.

**COLORS:** Tan, Black, Red, Navy, Charcoal, Willow, Copen.

**SIZES:** S—M—L—XL.

Suggested Retail Price **$10.95**



### STYLE #1650
#### THE Birdie BRUMMEL
Specially constructed Hi-Count Nylon. Action Back with quality Knit Insert. Elasticized waist. Slash pockets. Neckband with tab windbreak. Quality knit cuffs.

**COLOR COMBINATIONS:**
Copen-Oyster-Navy-
Red-Black-Tobacco.

**SIZES:** S—M—L—XL.

Suggested Retail Price **$12.95**

Richard A. Leslie Company / 330 36th Street / Brooklyn, N.Y. 11232