# the **Birdie**® QUEEN
## the Woman's touch in a great Golf Jacket

ACTION BACK

KNITTED INSERT
WATER REPELLENT

WASHABLE



### STYLE #1612

Specially constructed Hi-Count Nylon. Action Back with quality Knit Insert Elasticized waist. Slash pockets. Silhouette collar with quality knit-against-the-neck. Quality knit cuffs.

**COLORS:** Tan, Maize, Red, Copen, Willow, White, Black, Pink, Turquoise, Grape.

**SIZES:**
S—M—L.

**Suggested Retail Price** $12.95





$2.00



QUILTING:
4.4 oz. 100% polyester
batting joined to nylon



SHERPA:
22 oz. 100% polyester



Lightweight
100% napped
polyester



100% acrylic front
joined to
100% polyester back





Maroon



Cardinal



Scarlet



Safety Orange



Burnt Orange



Bright Orange



Navy



Purple



Royal



Columbia Blue



Lilac

Pink



Dartmouth Green



Kelly



Old Gold



Athletic Gold



Yellow

Maize



Brown



British Tan

Tan



Black



Silver

White