

## JACKETS

Dedication to service and improvement have been the **BIRDIE**® hallmark for 50 years. Each jacket is the result of finer materials and superior craftmanship. Wear-tested, attractively styled **BIRDIE**® jackets set the pace for value.

All outershells are made with fabrics which have been treated for water-repellency.

Slash pockets are reverse-welted for added rain protection.

We try to standardize our colors as closely as possible. Dyeing , however, is not an exact science yet, and succesive lots of cloth may not prove to be exactly the same shade.
We cannot, therefore, be responsible for mismatching. We ask that before garments are lettered or screen printed, they be inspected for correctness in style, size, and color, as well as for defects. We do not assume any responsibility for the cost of the lettering or the imprinting if these instructions are not followed.

Silk screening, embroidery, lettering available on request.

### 1 — TEAM AND SCHOOL JACKETS

| | |
|---|---|
| Spring & Early Fall Lightweight Warm Up Jackets | 4/6 |
| Late Fall & All Winter Heavyweight Warm Up Jackets | 5 |
| Award Jackets | 8/9 |
| Byron Collar Award Jackets | 10 |
| Stadium & Coaches' Jackets | 7 |
| Satin Jackets | 11/12 |
| Professional Flight Satin Jackets | 13 |
| Poplin Jackets | 14 |
| Corduroy Jackets | 15 |
| Pullover Jackets | 16/17 |



### 2 — GOLF JACKETS

| | |
|---|---|
| Knit Cuff Warm Up Jackets | 18/19 |
| Unlined Turtle Neck Jackets | 20 |
| Knit Cuff Action Back Jackets | 21/22 |
| Rain Suits | 23 |



### 3 — PREMIUM JACKETS

| | |
|---|---|
| Stylized & Racing Jackets | 25 |
| Top of the Line Jackets | 26/27 |
| Satin Jackets | 28 |
| Poplin Jackets | 29 |
| Unlined Jackets | 30 |
| Warm Up Jackets | 31 |



## WARM UP JACKETS



2200   2000

### Common Features
- Lightweight 100% polyester lining
- Snap front
- Elastic cuffs
- Drawstring bottom

### Variations
**2000 & 3000**   Hi-count nylon outershell
**2200 & 3200**   Oxford nylon outershell

### Sizes
**2000**   Adult Sizes: XS, S, M, L, XL, XXL, XXXL, XXXXL, *XXXXXL
*available only in these colors
**3000**   Youth Sizes: S, M, L
**2200**   Adult Sizes: XS, S, M, L, XL, XXL
**3200**   Youth Sizes: S, M, L

### Colors
**2000 & 3000**
*Navy
*Scarlet
*Royal
*Kelly
*Dartmouth Green
*Maroon
*Black
Purple
Columbia Blue
Bright Orange
Burnt Orange
Safety Orange
White
Athletic Gold
*Brown

**2200 & 3200** (Oxford nylon outershell)
Navy
Scarlet
Royal
Kelly
Dartmouth Green
Maroon
Black
Purple
Columbia Blue
Bright Orange
White
Brown
Silver
Athletic Gold


## WARM UP JACKETS

### Common Features
- Oxford nylon outershell
- Snap front
- Stretch nylon knit cuffs
- Quilted nylon inner sleeves

### Variations
| | |
|---|---|
| **2300 & 3300** | Color matching 15 oz. 100% acrylic pile lining |
| **2400 & 3400** | 22 oz. 100% polyester sherpa lining |
| **7300** | Color matching 4.4 oz. 100% polyester quilted nylon taffeta lining |

### Sizes
| | | |
|---|---|---|
| **2300** | Adult Sizes: | XS, S, M, L, XL, XXL, XXXL, XXXXL |
| **3300** | Youth Sizes: | S, M, L |
| **2400** | Adult Sizes: | XS, S, M, L, XL, XXL, XXXL, XXXXL |
| **3400** | Youth Sizes: | S, M, L |
| **7300** | Adult Sizes: | XS, S, M, L, XL, XXL |

### Colors
**2300 & 3300** (Pile lining)

Navy
Scarlet
Royal
Kelly
Dartmouth Green
Maroon
Black
Purple
Columbia Blue
Bright Orange
White
Athletic Gold
Brown
Texas Orange (**2300** only)

**2400 & 3400** (Sherpa lining)

Navy
Scarlet
Royal
Kelly
Dartmouth Green
Maroon
Black
Purple
Bright Orange
Brown

**7300** (4.4 oz. quilted lining)

Navy
Scarlet
Royal
Maroon
Black



2300





# WARM UP JACKETS



2100

1800

## Features

**1800**
- Poplin outershell
- "Zepel" finish
- Raglan sleeves
- Full zipper
- Adjustable shirt type cuffs
- Wind-tab collar
- Elasticized waist

**2100 & 3100**
- Hi-count nylon outershell
- Snap front
- Elastic cuffs
- Drawstring bottom

## Sizes

| | | |
|---|---|---|
| **1800** | Adult Sizes: | XS, S, M, L, XL, XXL |
| **2100** | Adult Sizes: | XS, S, M, L, XL, XXL |
| **3100** | Youth Sizes: | S, M, L |

## Colors

**2100 & 3100**

Navy
Scarlet
Royal
Kelly
Maroon
Black
Purple
White
Brown
Old Gold
Texas Orange (Rust)
Athletic Gold
Bright Orange
Columbia Blue
Dartmouth Green
Tan (**2100** only)
Silver (**2100** only)

**1800**

Navy
Tan



# WARM UP JACKETS



7000     2500

### Common Features
- Oxford nylon outershell
- 22 oz. 100% polyester sherpa lining
- Quilted nylon sleeve lining
- ¾ length coat
- Heavy stretch nylon cuffs

### Variations
**2500** Two slider, top and bottom opening heavyweight full zipper; double nylon hood for warmth; hood in zippered undercollar; inside drawstring waist; clipboard size slash pockets

**7000** Sherpa lined combination hood/collar; open side vents

### Sizes
**2500** Adult Sizes: S, M, L, XL, XXL
**7000** Adult Sizes: XXS, XS, S, M, L, XL

### Colors
**2500**
Navy
Scarlet
Royal
Dartmouth Green
Maroon
Black

**7000**
Navy
Scarlet
Royal
Dartmouth Green
Maroon
Black
Kelly
Bright Orange





# AWARD JACKETS

## Common Features
- Oxford nylon outershell
- Snap front
- Stretch nylon knit collar, waistband and cuffs

## Variations

| | |
|---|---|
| 2700 & 3700 | Lightweight 100% polyester lining |
| 2600 & 3600 | 15 oz. 100% acrylic pile lining; quilted nylon tricot inner sleeves |
| 2900 & 3900 | 22 oz. 100% polyester sherpa lining; quilted nylon tricot inner sleeves |
| 2800 & 3800 | 4.4 oz. 100% polyester quilted nylon tricot lining |

## Sizes

| | | |
|---|---|---|
| 2600 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 3600 | Youth Sizes: | S, M, L |
| 2700 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 3700 | Youth Sizes: | S, M, L |
| 2800 | Adult Sizes: | XS, S, M, L, XL, XXL, *XXXL, *XXXXL, *XXXXXL *available only in these colors |
| 3800 | Youth Sizes: | S, M, L, *XS *available only in these colors |
| 2900 | Adult Sizes: | XS, S, M, L, XL, XXL |
| 3900 | Youth Sizes: | S, M, L |

## Colors

### 2600 & 3600 (Pile lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold |
| Scarlet | Scarlet/White |
| Royal | Royal/White |
| Royal | Royal/Gold |
| Kelly | Kelly/Gold |
| Maroon | Maroon/Gold/White |
| Purple | Purple/White |

### 2700 & 3700 (Lightweight polyester lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Orange/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Scarlet | Scarlet/White |
| Scarlet | Scarlet/Gold/White |
| Scarlet | Scarlet/Black/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Dartmouth Green | Dartmouth Green/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/White |
| Black | Black/Gold/White |
| Purple | Purple/White |
| Purple | Purple/Gold/White |
| Columbia Blue | Columbia Blue/White |

### 2900 & 3900 (Sherpa lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| Navy | Navy/White |
| Navy | Navy/Gold/White |
| Royal | Royal/White |
| Royal | Royal/Gold/White |
| Scarlet | Scarlet/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Black | Black/Gold/White |

### 2800 & 3800 (4.4 oz. quilted lining)

| NYLON BODY | KNIT TRIM |
|---|---|
| *Navy | *Navy/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Orange/White |
| Navy | Navy/Columbia Blue/White |
| Navy | Navy/Scarlet/White |
| *Royal | *Royal/White |
| Royal | Royal/Gold/White |
| Royal | Royal/Scarlet/White |
| *Scarlet | *Scarlet/White |
| Scarlet | Scarlet/Royal/White |
| Scarlet | Scarlet/Black/White |
| Scarlet | Scarlet/Gold/White |
| *Black | *Black/White |
| *Black | *Black/Gold/White |
| Black | Black/Orange/White |
| Black | Black/Scarlet/White |
| Kelly | Kelly/White |
| Kelly | Kelly/Gold/White |
| Maroon | Maroon/White |
| Maroon | Maroon/Gold/White |
| Purple | Purple/White |
| Purple | Purple/Gold/White |
| Brown | Brown/Gold/White |
| Brown | Brown/Orange/White |
| Dartmouth Green | Dartmouth Green/White |
| Dartmouth Green | Dartmouth Green/Gold/White |
| Columbia Blue | Columbia Blue/White |
| *Silver | *Silver/Black/White |
| Silver | Silver/Scarlet/White |
| Silver | Silver/Royal/White |
| Silver | Silver/Kelly/White |
| White | Navy/White |
| White | Royal/White |
| White | Scarlet/White |
| White | Black/White |
| White | Kelly/White |

