

# PREMIUM JACKETS



2100  2000

### Common Features
- Hi-count nylon outershell
- Snap front
- Elastic cuffs
- Drawstring bottom

### Variations
**2000**  Lightweight 100% polyester lining

### Sizes
**2000**  Adult Sizes: XS, S, M, L, XL, XXL, XXXL, XXXXL, *XXXXXL
*available only in these colors

**2100**  Adult Sizes: XS, S, M, L, XL, XXL

### Colors

| **2000** (Lined) | **2100** (Unlined) |
|---|---|
| *Navy | Navy |
| *Scarlet | Scarlet |
| *Royal | Royal |
| *Kelly | Kelly |
| *Dartmouth Green | Dartmouth Green |
| *Maroon | Maroon |
| *Black | Black |
| Purple | Purple |
| Columbia Blue | Columbia Blue |
| Bright Orange | Bright Orange |
| Burnt Orange | Texas Orange (Rust) |
| Safety Orange | Tan |
| White | White |
| Athletic Gold | Athletic Gold |
| *Brown | Old Gold |
| | Brown |
| | Silver |



## ADVANTAGES & FEATURES

- Jackets are our only business
- Full athletic cut; no scrimping on material
- Up to the minute styling
- Wide variety of colors
- Full range of sizes
- Quilted nylon is 4.4 oz. throughout
- Lightweight lining is napped 100% polyester
- Pile is 15 oz. 100% acrylic
- Sherpa is 22 oz. 100% polyester
- Hi-count nylon is DuPont type 66 70 denier filament
- Oxford nylon is DuPont type 66 200 denier filament
- Poplin is 80% polyester and 20% pima cotton
- Corduroy is 86% cotton and 14% polyester fibers
- Prompt delivery: more than a quarter of a million jackets in stock at all times
- Complete manufacturing facilities. We control all phases of operations from the time the fabric enters the plant until the jacket is shipped, assuring you of high quality, fast shipment and competitive prices
- Jackets for every promotional purpose: awards, incentives, fund raising, dealer promotion, corporate, club, and athletic team identity, or employee relations
- A "Made in U.S.A." label on every **BIRDIE®** jacket: produced by American workers from American made materials

044185





The only fully satisfactory way to select a jacket is to try it on. If this is not possible, keep in mind that BIRDIE® jackets are tailored with a full athletic cut for greater freedom of action and complete comfort. When selecting sizes, consider what will be worn under the jacket and what the wearer intends to do in the jacket. The size chart below is for general guidance.

| | XS | S | M | L | XL | XXL* | XXXL* | XXXXL* | XXXXXL* |
|---|---|---|---|---|---|---|---|---|---|
| **SIZINGS** | | | | | | | | | |
| Adults | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| Ladies' Jackets Only | 30-32 | 34-36 | 38-40 | 42-44 | 46 | *at extra charge when available for indicated style | | | |
| Youths | | 6-8 | 10-12 | 14-16 | | | | | |

**RETURNS:** NO MERCHANDISE MAY BE RETURNED WITHOUT OUR AUTHORIZATION. RETURNS MUST BE PREPAID. AFTER OUR INSPECTION OF THE RETURNED GOODS, WE WILL EITHER REPAIR, REPLACE, OR ISSUE A CREDIT FOR THE RETURN AT OUR OPTION. WORN MERCHANDISE MUST BE WASHED OR CLEANED BEFORE IT WILL BE ACCEPTED FOR INSPECTION, REPAIR, OR REPLACEMENT.

**CANCELLATION OF ORDERS:** NO ORDER MAY BE CHANGED OR CANCELLED WITHOUT OUR CONSENT.

**SHORTAGES:** CHECK ALL ARRIVING CARTONS FOR DAMAGE. CLAIMS FOR DAMAGED OR LOST SHIPMENTS SHOULD BE MADE TO THE CARRIER. SHORTAGES DUE TO PACKING ERRORS MUST BE REPORTED WITHIN 10 DAYS OF RECEIPT OF SHIPMENT OR NO ADJUSTMENT WILL BE MADE.



**SUPER SERVICE**

## RICHARD A. LESLIE CO.

Items shown are subject to withdrawal without notice. Prices are subject to change without notice.



# Birdie

BY RICHARD A. LESLIE

$3.00






## SPRING/SUMMER 2006
YOUR SOURCE FOR JACKETS & SPORTSWEAR

# Birdie®

Birdie Jackets manufactures and sells top quality team sports outerwear.

Dedication to customer service and product improvement has been our hallmark for more than 50 years. Each product is a result of quality materials and superior craftsmanship, and with our enormous inventory, fast delivery is our standard.

We appreciate and respect how hard you work, so let our dedicated and courteous staff **work hard for you.**





**1020** - Adult
**1120** - Youth

Honeycomb Pattern

Micro Mesh

**1010P** - Adult
**1110P** - Youth

Black/Gold
Black/Royal
Black/Scarlet
Black/White
Navy/Gold
Navy/White

### 1020- Adult
**Mesh lined, honeycomb taslan jacket**
Contrasting color mesh lining with nylon lined sleeves. Full zipper front with 2 slash pockets, one inside pocket, contrasting mesh side & shoulder inserts, contrasting piping and collar stripe, half elastic cuff with adjustable tab closure, bottom elasticized drawcord. **IMPORTED** *Sizes Small through 3X Large.*

### 1120- Youth
**Mesh lined, heavy honeycomb taslan jacket**
Same as style 1120 but youth. **IMPORTED** *Sizes Medium through X Large.*

### 1010P- Adult
**Mesh lined, honeycomb taslan pant**
Mesh lined warm-up pant with side seam pockets, rear pocket with zipper closure, zippered pant leg, elastic waist and drawcord. **IMPORTED** *Sizes Small through 3X Large.*
**Black, Navy**

### 1110P- Youth
**Mesh lined, honeycomb taslan pant**
Same as style 1010P but youth. *Sizes Medium through X Large.*

**3**



**2735** - Adult

**3735** - Youth

Black/Black
Black/Gold/White
Black/Scarlet/White
Brown/Gold/White
Dt. Green/Gold/White
Dartmouth Green/White
Kelly/White
Maroon/Maroon
Navy/Gold/White
Navy/White
Purple/White
Royal/Gold/White
Royal/White
Scarlet/White
White/White

### 2735 - Adult
### Oxford nylon, light lined, hooded pullover jacket.
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistbands, lined hood, set-in sleeves.
**MADE IN USA/Imported**
*Sizes X Small through 3X Large.*

### 3735 - YOUTH
Same as 2735, but Youth.
***Not available in white.***
*Youth - S, M, L, XL*

**2710P** - Adult

### 2710P - Adult
### Oxford nylon pants.
100% brushed polyester lining, elastic waist nylon drawstring, side seam slash pockets, zippered legs. **MADE IN USA**
*Sizes Small through 3XL.*
*Black, Dart. Green, Maroon, Navy, Purple, Royal, Scarlet.*

4



**2760 - Adult**
Oxford nylon, light lined, hooded pullover jacket.
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistband and action inserts, lined hood, set-in sleeves.
**MADE IN USA/Imported**
*Sizes X Small through 3X Large.*

**3760 - YOUTH**
Same as 2760, but Youth.
*Sizes - M, L, XL*

**2760** - Adult
**3760** - Youth

**2785** - Adult

**2785 - Adult**
Same as 2760, but with knit collar instead of hood.
**MADE IN USA**
*Sizes X Small through 3X Large.*

Color options:
- Black/Col. Blue/Black/White 2760 Only
- Black/Orange/Black/White
- Black/Scarlet/Black/White
- Black/Silver/Black/White 2760 Only
- Black/Gold/Black/White
- Black/Vegas Gold/Black/White 2760 Only
- Black/White/Black/Silver 2785 Only
- Dt. Green/White/Dt. Green/Silver
- Dt. Green/Gold/Dt. Green/White
- Kelly/White/Kelly/Silver
- Maroon/Gold/Maroon/White
- Maroon/White/Maroon/Silver
- Navy/Col. Blue/Navy/White 2760 Only
- Navy/Gold/Navy/White
- Navy/Orange/Navy/White 2760 Only
- Navy/Scarlet/Navy/White 2785 Only
- Navy/Vegas Gold/Navy/White 2785 Only
- Navy/White/Navy/Silver
- Purple/Gold/Purple/White
- Purple/White/Purple/Silver
- Royal/Gold/Royal/White
- Royal/Scarlet/Royal/White 2785 Only
- Royal/White/Royal/Silver
- Scarlet/White/Scarlet/Silver

5