

**6900** - Adult

### 6900 - Adult
**Wool/Leather sleeve award**
24 oz. melton wool outershell, matching color quilt throughout, solid knit cuff, collar and waistband, inside pocket, presoftened leather sleeves and pocket trim, matte finish, snap front closure, full athletic cut.
**MADE IN USA**
*Sizes Small through 5X Large.*
*Black*

### 6900L - Adult - LONG (not shown)
Same as above but 2 inches longer in sleeve and body length.
*Sizes Large through 3X.*



**9022** - Adult

1 SHELL WITH LINER
2 LINER ONLY
3 SHELL ONLY

Black
Navy

### 9022 - Adult
**3-in-1 jacket.**
Taslan nylon outer shell with grey 100% polyester lining, with roll-up hide-a-way hood, cuffs with adjustable tab closure for style & comfort fit, elasticized drawcord. Supersized full cut fit. An additional 14oz. 100% polyester, non-pill lining zips out to become it's own full zippered jacket with 2 slash, zippered pockets. **IMPORTED** *Sizes Small through 4X Large.*

Hide-A-Way Hood



**9835** - Adult
**8835** - Youth

Black
Dartmouth Green
Light Maroon
Navy
Royal
Scarlet

### 9835 - Adult
### 2-ply supplex nylon, quilt lined parka.

8.8 oz. 100% polyester quilted lining, quilted hood, full zipper front with snap closure, 10" side seam zippers, inside pocket, 100% nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.
**MADE IN USA**
*Sizes Small through 3X Large.*

### 8835 - youth
Same as 9835, but Youth. No inside pocket.
*Youth - S, M, L*



Inside CD Pocket

Hidden Pocket Grommet

Black
Navy

**9000** - Adult
**8000** - Youth

### 9000- Adult
**Heavy quilt lined polyester parka.**
Heavy 10.5oz. quilted lining, 2 outside front chest, zippered pockets, 2 large front, double entry flap closure pockets, quilt lined snap off hood, knit storm cuffs, inside zippered CD pocket with hidden eyelet opening for headphone wire, inside cell phone pocket with buttonhole opening for headset wire.
**IMPORTED**
*Sizes Small through 4X Large.*

### 8000- Youth
**Heavy quilt lined polyester parka.**
Same as style 9000 but youth.
*Sizes Small through X Large.*

MANY OF OUR ITEMS
STILL MADE WITH
PRIDE IN THE USA



# RICHARD A. LESLIE COMPANY

ITEMS SHOWN ARE SUBJECT TO WITHDRAWAL WITHOUT NOTICE.
PRICES SUBJECT TO CHANGE WITHOUT NOTICE.





# Birdie Award Jackets

These basic oxford nylon award jackets have snap fronts and nylon knit collars, cuffs, and waistbands. Their lining ranges from very light (for mild weather) to extra-heavy (for the coldest days). The #2700/3700 series has a lightweight 100% brushed polyester lining. Our #2600/3600 series is lined with 15 oz. 100% acrylic pile with quilted sleeves. Styles #2900/3900 use 22 oz. 100% polyester Sherpa linings for super warmth; with quilted sleeves. The #2800/3800 series is made with true 4.4 oz. polyester quilted tricot lining throughout.

All adult jackets are available in sizes XS through 2XL. In style #2800 only, some colors are available in 3XL, 4XL, or 5XL. The youth jackets are available in S, M, and L. In style #3800 only, some colors are available in XS. Additionally, we stock an extra-long #2800 (style #2800L) which is two inches longer in the body and sleeve lengths; not in all colors and only in sizes L, XL, and 2XL.

Award jackets—superior in style, quality, and value.

| STYLE | SIZES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2600 | ADULT | XS | S | M | L | XL | 2XL | | |
| 3600 | YOUTH | | S | M | L | | | | |
| 2700 | ADULT | XS | S | M | L | XL | 2XL | 3XL**** | |
| 3700 | YOUTH | | S | M | L | | | | |
| 2800 | ADULT | XS | S | M | L | XL | 2XL | 3XL* | 4XL** | 5XL*** |
| 2800L | ADULT | | | | L | XL | 2XL | | |
| 3800 | YOUTH | XS*** | S | M | L | | | | |
| 2900 | ADULT | XS | S | M | L | XL | 2XL | | |
| 3900 | YOUTH | | S | M | L | | | | |

*Available in Black/Gold/White, Black/White, Brown/Gold/White, Maroon/White, Navy/Columbia Blue/White, Navy/Gold/White, Navy/Orange/White, Navy/White, Royal/Gold/White, Royal/White, Scarlet/White, Silver/Black/White, Silver/Royal/White
**Available in Black/Gold/White, Black/White, Navy/Gold/White, Navy/Orange/White, Navy/White, Royal/Gold/White, Royal/White, Scarlet/White, Silver/Black/White
***Available in Black/Gold/White, Black/White, Navy/Orange/White, Navy/White, Royal/White, Scarlet/White, Silver/Black/White
****Available in Maroon/Gold/White, Maroon/White, Navy/White, Royal/White, Scarlet/White



| COLORS | KNIT TRIM | ADULT STYLES | | | | | YOUTH STYLES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2600 | 2700 | 2800 | 2800L | 2900 | 3600 | 3700 | 3800 | 3900 |
| Black | Black/Gold/White | | ▲ | ■ | ■ | ♦ | | ▲ | ■ | ♦ |
| Black | Black/Orange/White | | | ■ | | | | | ■ | |
| Black | Black/Scarlet/White | | | ■ | | | | | ■ | |
| Black | Black/White | | ▲ | ■ | ■ | | | ▲ | ■ | |
| Brown | Brown/Gold/White | | | ■ | | | | | ■ | |
| Brown | Brown/Orange/White | | | ■ | | | | | ■ | |
| Columbia Blue | Columbia Blue/White | | ▲ | ■ | | | | ▲ | ■ | |
| Dartmouth Green | Dartmouth Green/Gold/White | | ▲ | ■ | | | | ▲ | ■ | |
| Dartmouth Green | Dartmouth Green/White | | ▲ | ■ | | | | ▲ | ■ | |
| Kelly | Kelly/Gold/White | | ▲ | ■ | | ♦ | | ▲ | ■ | ♦ |
| Kelly | Kelly/White | | ▲ | ■ | | | | ▲ | ■ | |
| Maroon | Maroon/Gold/White | | ▲ | ■ | | ♦ | | ▲ | ■ | ♦ |
| Maroon | Maroon/White | | ▲ | ■ | | ♦ | | ▲ | ■ | ♦ |
| Navy | Navy/Columbia Blue/White | | | ■ | | | | | ■ | |
| Navy | Navy/Gold/White | | ▲ | ■ | | ♦ | | ▲ | ■ | ♦ |
| Navy | Navy/Orange/White | | ▲ | ■ | | | | ▲ | ■ | |
| Navy | Navy/Scarlet/White | | | ■ | | | | | ■ | |
| Navy | Navy/White | ● | ▲ | ■ | ■ | ♦ | ● | ▲ | ■ | ♦ |
| Purple | Purple/Gold/White | | ▲ | ■ | | | | ▲ | ■ | |
| Purple | Purple/White | | ▲ | ■ | | | | ▲ | ■ | |
| Royal | Royal/Gold/White | | ▲ | ■ | | ♦ | | ▲ | ■ | ♦ |
| Royal | Royal/Kelly/White | | | ■ | | | | | ■ | |
| Royal | Royal/Scarlet/White | | | ■ | | | | | ■ | |
| Royal | Royal/White | ● | ▲ | ■ | ■ | ♦ | ● | ▲ | ■ | ♦ |
| Scarlet | Scarlet/Black/White | | ▲ | ■ | | | | ▲ | ■ | |
| Scarlet | Scarlet/Gold/White | | ▲ | ■ | | | | ▲ | ■ | |
| Scarlet | Scarlet/Royal/White | | | ■ | | | | | ■ | |
| Scarlet | Scarlet/White | ● | ▲ | ■ | ■ | ♦ | ● | ▲ | ■ | ♦ |
| Silver | Silver/Black/White | | | ■ | | | | | ■ | |
| Silver | Silver/Kelly/White | | | ■ | | | | | ■ | |
| Silver | Silver/Royal/White | | | ■ | | | | | ■ | |
| Silver | Silver/Scarlet/White | | | ■ | | | | | ■ | |
| White | Black/White | | | ■ | | | | | ■ | |
| White | Kelly/White | | | ■ | | | | | ■ | |
| White | Navy/White | | | ■ | | | | | ■ | |
| White | Purple/White | | | ■ | | | | | ■ | |
| White | Royal/White | | | ■ | | | | | ■ | |
| White | Scarlet/White | | | ■ | | | | | ■ | |

● Pile lining    ▲ Lightweight polyester lining    ■ Quilted lining    ♦ Sherpa lining