



# Birdie Winter Specials

It's cold. It's winter. Think warm. Think stadium coat. Think coach's jacket. BIRDIE provides two great styles to keep you warm when you have to be out in the cold. Both are three-quarter-length coats made of oxford nylon; both have linings of 22 oz. 100% polyester Sherpa; both have quilted sleeve linings; both have heavy-duty nylon knit cuffs. The stadium coat (style #7000), has side vents to provide easy walking and sitting, plus a huge Sherpa-lined combination hood/collar. Style #2500–our coach's jacket–has many features, including a heavyweight zipper that opens top and bottom (which makes for comfortable sitting); a double nylon hood for warmth that hides inside a zippered undercollar; an inside drawstring; and clipboard-size, snap-sealed slash pockets.

The #2500 is available is available in sizes S through 2XL, while the #7000 is available in sizes 2XS through XL.

|  | ADULT STYLES | |
|---|---|---|
| COLORS | 2500 | 7000 |
| Black | ◆ | ◆ |
| Bright Orange |  | ◆ |
| Dartmouth Green | ◆ | ◆ |
| Kelly |  | ◆ |
| Maroon | ◆ | ◆ |
| Navy | ◆ | ◆ |
| Royal | ◆ | ◆ |
| Scarlet | ◆ | ◆ |

◆ Sherpa lining

| STYLE | SIZES | | | | | | |
|---|---|---|---|---|---|---|---|
| 2500 | ADULT |  |  | S | M | L | XL | 2XL |
| 7000 | ADULT | 2XS | XS | S | M | L | XL |  |





**Style #2500:** double-nylon hood
**Style #7000:** zippered-hood co[llar]





# Birdie Golf Jackets

Many golfers like the comfort of pulling their jacket sleeves up so that the cuff is at the elbow. BIRDIE golf jackets allow you to do just that, because all are made with nylon knit cuffs.

BIRDIE offers three raglan-sleeve warm-up styles with knit cuffs. We also have a Dolman sleeve-designed suit and coat dress for diehards who play in the rain. Styles #4000 and #6000 are snap front warm-up jackets sized for men and women, respectively, while style #4200 is a unisex, full-zipper warm-up. Style #1710 is a rain suit and style #1710L is a coatdress. Both are made of waterproof, coated nylon with vented backs for cooling. Both have hidden hoods in zippered undercollars. Dolman sleeves provide seamless shoulder and armhole construction for added protection from the elements. The full-front double-slider zipper can be opened from top or bottom. Suit style #1710 has pants of the same waterproof, coated nylon; it has a ball pocket and the legs are zippered for easy-on, easy-off.

Style #4000 is available in sizes S through 2XL. The #4200 is available in sizes XS through 2XL. Styles #6000 and #1710 are available in sizes S through XL, while #1710L is available in S, M, and L.

|  | ADULT STYLES | | | | |
|---|---|---|---|---|---|
| COLORS | 1710 | 1710L | 4000 | 4200 | 6000 |
| Black |  |  | ▲ | ▲ |  |
| Brown |  |  | ▲ | ▲ |  |
| Columbia Blue |  |  | ▲ | ▲ | ▲ |
| Kelly |  |  | ▲ | ▲ | ▲ |
| Maize | ○ | ○ |  |  |  |
| Maroon |  |  | ▲ | ▲ |  |
| Navy | ○ | ○ | ▲ | ▲ | ▲ |
| Royal |  |  | ▲ | ▲ | ▲ |
| Scarlet |  |  | ▲ | ▲ | ▲ |
| Tan | ○ | ○ | ▲ |  |  |
| White |  |  | ▲ | ▲ | ▲ |

○ Unlined ▲ Lightweight polyester lining

| STYLE | SIZES | | | | | |
|---|---|---|---|---|---|---|
| 1710 | ADULT |  | S | M | L | XL |
| 1710L | ADULT |  | S | M | L |  |
| 4000 | ADULT |  | S | M | L | XL | 2XL |
| 4200 | ADULT | XS | S | M | L | XL | 2XL |
| 6000 | ADULT |  | S | M | L | XL |



Style #1710L: Ladies' coatdress
Style #1710: Men's rain suit



# Birdie Golf Jackets

Many golfers like the comfort of pulling their jacket sleeves up so that the cuff is at the elbow. BIRDIE golf jackets allow you to do just that, because all are made with nylon knit cuffs.

BIRDIE offers three raglan-sleeve warm-up styles with knit cuffs. We also have a Dolman sleeve-designed suit and coat dress for diehards who play in the rain. Styles #4000 and #6000 are snap front warm-up jackets sized for men and women, respectively, while style #4200 is a unisex, full-zipper warm-up. Style #1710 is a rain suit and style #1710L is a coatdress. Both are made of waterproof, coated nylon with vented backs for cooling. Both have hidden hoods in zippered undercollars. Dolman sleeves provide seamless shoulder and armhole construction for added protection from the elements. The full-front double-slider zipper can be opened from top or bottom. Suit style #1710 has pants of the same waterproof, coated nylon; it has a ball pocket and the legs are zippered for easy-on, easy-off.

Style #4000 is available in sizes S through 2XL. The #4200 is available in sizes XS through 2XL. Styles #6000 and #1710 are available in sizes S through XL, while #1710L is available in S, M, and L.

|       |       | ADULT STYLES |       |      |      |      |
|-------|-------|------|-------|------|------|------|
| COLORS |      | 1710 | 1710L | 4000 | 4200 | 6000 |
| Black |       |      |       | ▲    | ▲    |      |
| Brown |       |      |       | ▲    | ▲    |      |
| Columbia Blue | |   |       | ▲    | ▲    | ▲    |
| Kelly |       |      |       | ▲    | ▲    | ▲    |
| Maize |       | ○    | ○     |      |      |      |
| Maroon |      |      |       | ▲    | ▲    |      |
| Navy  |       | ○    | ○     | ▲    | ▲    | ▲    |
| Royal |       |      |       | ▲    | ▲    | ▲    |
| Scarlet |     |      |       | ▲    | ▲    | ▲    |
| Tan   |       | ○    | ○     | ▲    |      |      |
| White |       |      |       | ▲    | ▲    | ▲    |

○ Unlined   ▲ Lightweight polyester lining

| STYLE |  SIZES |    |   |   |   |    |
|-------|--------|----|---|---|---|----|
| 1710  | ADULT  |    | S | M | L | XL |
| 1710L | ADULT  |    | S | M | L |    |
| 4000  | ADULT  |    | S | M | L | XL | 2XL |
| 4200  | ADULT  | XS | S | M | L | XL | 2XL |
| 6000  | ADULT  |    | S | M | L | XL |



Style #1710L: Ladies' coatdress
Style #1710: Men's rain suit





# Birdie Active Style

Selecting the proper fabric and appropriate design is key to manufacturing jackets that attract the consumer. BIRDIE's experience in producing successful classic and award-style jackets now carries over into today's more active and fashionable lifestyles.

Style #1000 has an outer shell of chintz, a treated blend of man-made fabrics. The knit waistband and cuffs are 100% textured polyester. The three pocket welts and dog-leash collar are knit trimmed. A covered metal zipper, color-matched nylon taffeta lining, epaulets, and rifle-shoulder detail make this jacket a winner.

The modified version of the #1000–our style #8215–does not have the shoulder treatment or trimmed pocket welts. We use grippers (not snaps); silver nylon taffeta lining; and an exposed, molded zipper.

Style #9000 is a sharp-looking, two-toned garment made of Supplex,® a brand of treated nylon with the look, feel, and properties of cotton, but maintaining the strength of nylon. The contrast of the two shades is set off by piping in a third color. A nylon taffeta lining matches the lower half of the jacket, as do the knit waistband and cuffs. A functional action back completes this sporty look.

| COLORS | ADULT STYLES | | | |
|---|---|---|---|---|
| | 1000 | 1400 | 8215 | 9000 |
| Black | ☐ | | ☐ | |
| Navy | ☐ | ☐ | ☐ | |
| Royal | | ☐ | | |
| Scarlet | | ☐ | | |
| Silver | ☐ | | ☐ | |
| Tan | | ☐ | | |
| White | ☐ | ☐ | ☐ | |

| COLORS | PIPING/KNIT TRIM | | | | |
|---|---|---|---|---|---|
| Silver | Scarlet/black | | | | ☐ |

☐ Nylon lining

Style #1400 is constructed of a mill-laundered blend of polyester and cotton. It has been Zepel®-finished for water and stain repellency. A matching nylon taffeta lining, exposed zipper, and wind-tab collar gives this jacket its special look. The wide elastic waistband, oversized cut with dropped shoulders, and nylon knit cuffs make it extremely practical as a golf jacket.

Style #1000 is available in sizes XS through 3XL. Style #8215 and #9000 are available from size S through 3XL. Style #1400 is available in S through 2XL.

| STYLE | SIZES | | | | | | |
|---|---|---|---|---|---|---|---|
| 1000 | ADULT | XS | S | M | L | XL | 2XL | 3XL |
| 1400 | ADULT | | S | M | L | XL | 2XL | |
| 8215 | ADULT | | S | M | L | XL | 2XL | 3XL |
| 9000 | ADULT | | S | M | L | XL | 2XL | 3XL |





Style #9000· Supplex®