



# Cotton Jackets

The relaxed, comfortable feel of cotton is what makes these jackets so appealing.

Style #8300 is made of the finest cotton available; we use color-matched nylon taffeta lining throughout. The jacket has button-down flap pockets, a covered metal zipper with snap closure, and wide elastic cuffs and waistband. The #8300's functional action back and double-needle stitching adds character and style to this new favorite. Style #1990 is our novel, lightweight cotton jacket. The slightly oversized design is multicolored, giving it a distinctive look. It has a nylon mesh lining, roll-up hood, covered molded zipper with snap closure, knit cuffs, and elastic waistband. Both the #8300 and #1990 make a bold fashion statement. Style #1990X, similar to #1990, is accented in striking neon colors.

Style #8300 and #1990 are available in sizes S through 3XL; #1990X is available in sizes S through 2XL.

| ADULT STYLES | | | | |
|---|---|---|---|---|
| COLORS | KNIT TRIM | 1990 | 1990X | 8300 |
| Black | | | | ☐ |
| Navy | | | | ☐ |
| Tan | | | | ☐ |
| White | | | | ☐ |
| White | Kelly/Royal/Yellow | ○ | | |
| White | Royal/Scarlet/Royal | ○ | | |
| White | Yellow/Pink/Kelly | | ○ | |

○ Unlined  ☐ Nylon lining

| STYLE | SIZES | | | | | |
|---|---|---|---|---|---|---|
| 1990 | S | M | L | XL | 2XL | 3XL |
| 1990X | S | M | L | XL | 2XL | |
| 8300 | S | M | L | XL | 2XL | 3XL |





Style #1990X: roll-up hood



# Specifications

The only fully satisfactory way to select a jacket is to try it on. If this is not possible, keep in mind that BIRDIE jackets are tailored with a full athletic cut for greater freedom of action and complete comfort. When selecting sizes, consider what will be worn under the jacket and what the wearer intends to do in the jacket. The size chart below is for general guidance.

*Returns:* No merchandise may be returned without our authorization. Returns must be prepaid. After our inspection of the returned goods, we will either repair, replace, or issue a credit for the return at our option. Worn merchandise must be washed or cleaned before it will be accepted for inspection, repair, or replacement.

*Cancellation of Orders:* No order may be changed or cancelled without our consent.

*Shortages:* Check all arriving cartons for damages. Claims for damaged or lost shipments should be made to the carrier. Shortages due to packing errors must be reported within 10 days of receipt of shipment or no adjustment will be made.



■ Quilted lining: true 4.4 oz. polyester quilted nylon tricot



● Pile lining: 15 oz. 100% acrylic pile



◆ Sherpa lining: 22 oz. 100% polyester Sherpa



▲ Kasha: lightweight 100% brushed polyester



Navy  Maroon  Dartmouth Green  Brown

Royal  Cardinal  Kelly  Tan

Columbia Blue  Red  Bright Orange  Black

Purple  Pink  Athletic Gold  Silver

Lilac  White  Maize





## Size Chart

| SIZES | XS | S | M | L | XL | 2XL* | 3XL* | 4XL* | 5XL* |
|---|---|---|---|---|---|---|---|---|---|
| ADULT JACKETS | 32-34 | 36-38 | 40-42 | 44-46 | 48 | 50 | 52-54 | 56-58 | 60-62 |
| LADIES' JACKETS ONLY | 30-32 | 34-36 | 38-40 | 42-44 | 46 | | | | |
| YOUTH JACKETS | 2-4 | 6-8 | 10-12 | 14-16 | | | | | |

* at extra charge when available for indicated style

Jackets are our only business. Up-to-the-minute styling, a full range of sizes, and a wide variety of colors allows BIRDIE to service all your jacket needs.

Every BIRDIE jacket is manufactured from the finest materials available. We use lightweight lining that is 100% brushed polyester. Our nylon quilted lining is a true 4.4 ounces. Our pile lining is 15 oz. 100% acrylic, and Sherpa lining is 22 oz. 100% polyester. The poplin we use is 80% polyester and 20% pima cotton. All our corduroy is 86% cotton and 14% polyester fibers. The chintz in our jackets is a polyester/cotton blend. All nylon outer shells are DuPont fabrics.

Dyeing fabric is not an exact science, so there is never a guarantee that successive dye lots will be precisely the same shade. While we do our utmost to standardize colors and match them as closely as possible, we ask that before garments are lettered or screen-printed, they be inspected for style, size, color, and defects. We cannot assume responsibility for lettering or imprinting costs if such an inspection is not made.

For those customers who already use BIRDIE JACKETS... we thank you for your past patronage.

If you are a new customer, we look forward to being of service to you. We are confident that you will be among the many thousands of satisfied customers who currently use our products.

*Thank you for buying BIRDIE.*



**SUPER SERVICE**

Richard A. Leslie Co. Inc.

Items shown are subject to withdrawal without notice. Prices are subject to change without notice.

U.S. $3.00

# Birdie®

# *Birdie* JACKETS

by Richard A. Leslie

# What *Birdie*



## Can Do For You

*Birdie* Jackets: Designed for outstanding comfort and style. From basic to trendsetting; from team jacket to the sophisticated look, BIRDIE® has the jacket for you.

*Birdie* quality and service is legendary and, with our enormous inventory, fast delivery is our standard.

Dedication to service and product improvement has been the BIRDIE® hallmark for more than a half century. Each jacket we manufacture is a result of quality materials and superior craftsmanship. Wear tested, attractively styled *Birdie* jackets set the pace for value.

We make jackets for every purpose: team and corporate identity, awards, incentives, fundraising, dealer promotion, employee and club programs. Over 60 styles, some in as many as 38 different color combinations, are among the more than 200,000 units of merchandise in our warehouses.

All of our outer shells are made with fabrics that have been treated for water-repellency. Slash pockets are reverse welted for added rain protection. Our jackets are designed for comfort; most styles have full athletic cut and set-in sleeves. Our cold weather jackets have linings sewn to the very edge of the garments to eliminate cold spots where there should be none.

We control all phases in the manufacturing process, from the time the fabric enters the plant until the jackets are shipped, assuring you the highest possible quality, fastest delivery, and competitive prices.

With knowledgeable representation nationwide *Birdie* continues to grow, with new styles, expanded services, and new warehouses. Let our trained professionals help and advise you in setting up programs that reflect favorably on you and your company.

## TABLE OF CONTENTS

| | |
|---|---|
| Melton | 3 |
| Denim | 4 |
| Taslon | 5 |
| Fleece | 6-7 |
| 2-Ply Supplex | 8-13 |
| Waterproof | 14-15 |
| Oxford | 16-23 |
| Nylon Satin | 24 |
| Pro-Weight Satin | 25 |
| Taffeta | 26-27 |
| Corduroy | 28 |
| Poplin | 29 |
| Micro Fiber | 30 |
| Color Chart/Lining Choices | 31 |