


*NEW* **6900-ADULT**
**Wool/Leather sleeve award**
24 oz. melton wool outershell, matching color quilt throughout, solid knit cuff, collar and waistband, inside pocket, presoftened leather sleeves and pocket trim, matte finish, snap front closure, full athletic cut.

***Sizes Small through 5X Large.***
***Black***

**6900L-ADULT**
Same as above but long.

***Sizes Large through 3X.***

# Denim



**6600-ADULT**
**Unlined classic denim jacket.**
14oz. Stone washed denim, 2 buttoned chest pockets, 2 slash pockets, adjustable waist tabs, open back design, double needle construction, set-in sleeve, **IMPORTED.**

***Sizes Small through 3X Large.***

6600

NEW



**1948-ADULT**

**Taslan nylon, fleece lined *all-purpose* jacket.**
14oz. 100% polyester non-pill lining, nylon quilted sleeves, **full cut,** color matching zipper, through collar, slash pockets with zipper closure, inside pockets, solid knit cuffs and waistband, raglan sleeves, **IMPORTED**

***Sizes Small through 5X Large.***
***Black, Navy***



# Fleece




**1915-ADULT**
**Full zipper vest**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

***Sizes X Small through 4X Large.***
***Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.***

**1815-YOUTH**
SAME AS 1915, BUT YOUTH.
***YOUTH - S, M, L, XL***
***(Medium available spring of 2000)***

**1901-ADULT**
**Crew neck pullover.**
13.5 oz. NON pill fleece outershell, hemmed bottom with elasticized side drawcord & toggle, elastic cuffs and full fleece pockets for added warmth.

***Sizes X Small through 4X Large.***
***Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.***



1925

**1925-ADULT**
**½ Zip pullover**
13.5 oz. NON pill fleece outershell, hemmed bottom with elasticized, side drawcord & toggle, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

***Sizes X Small through 4X Large.***
***Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.***

**1825-YOUTH**
SAME AS 1925, BUT YOUTH.
***YOUTH - S, M, L, XL***

1975

**1975-ADULT**
**Full zipper jacket**
13.5 oz. NON pill fleece outershell, hemmed bottom with side drawstring & toggle, elastic cuffs, color matching zipper, through collar, full fleece pockets for added warmth and 2 inside pockets.

***Sizes X Small through 4X Large.***
***Black, Grey, Dartmouth Green, Maroon, Navy, Purple, Royal, Scarlet.***

**1875-YOUTH**
SAME AS 1975, BUT YOUTH.

***YOUTH - L, XL***

# 2 - Ply Supplex




**9740-ADULT**

**Light lined, 2-ply supplex nylon pullover.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, lined hood with drawstrings, set-in sleeves.

***Sizes Small through 3X Large.***

**8740-YOUTH**
SAME AS 9740, BUT YOUTH.
***YOUTH - M, L***

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/White** | Black |
| **Dart. Green/Gold** | Dart. Green |
| **Dart. Green/White** | Dart. Green |
| **Light Maroon/Gold** | Maroon |
| **Light Maroon/White** | Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

9740




9711

**9711-ADULT**
**Light lined, 2-ply supplex nylon, full zipper jacket.**
"Birdie Light" polyester lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front through collar, set-in sleeves.

***Sizes Small through 3X Large.***

| | |
|---|---|
| **Black/Gold** | Black |
| **Black/Orange** | Black |
| **Black/Scarlet** | Black |
| **Black/Teal** | Black |
| **Black/White** | Black |
| **Dart. Green/Gold** | Dart. Green |
| **Dart. Green/White** | Dart. Green |
| **Light Maroon/Gold** | Maroon |
| **Light Maroon/White** | Maroon |
| **Navy/Gold** | Navy |
| **Navy/White** | Navy |
| **Royal/Gold** | Royal |
| **Royal/White** | Royal |
| **Scarlet/White** | Scarlet |

9715P

**9715P-ADULT**
**Light lined, 2-ply supplex nylon pant.**
"Birdie Light" polyester lining, elastic waist with drawstring, side seam pockets, zippered elastic legs.

***Sizes Small through 3X Large.***
***Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.***

**8715P-YOUTH**
SAME AS 9715P, BUT YOUTH.
***YOUTH - M, L***