# 2 - Ply Supplex

**1935-ADULT**
**Light lined, 2-ply supplex nylon pullover jacket.**
100% "Birdie Light" polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, light lined hood, hemmed bottom with drawstring, set-in sleeves.

*Sizes Small through 4X Large.*
*Black, Dart. Green, Light Maroon,*
*Navy, Royal, Scarlet.*

●1935 ►





### 6200

**6200-ADULT**
**Light lined, 2-ply supplex nylon, V-neck windshirt.**
"Birdie Light" polyester lining, single stripe knit collar, cuffs and waistband, 2 side seam pockets, full athletic cut, set-in sleeves.

*Sizes Small through 4X Large.*
*Black/White, Dart. Green/White, Light Maroon/White, Navy/White, Royal/White, Scarlet/White.*

**5200-YOUTH**
SAME AS 6200, BUT YOUTH.
*YOUTH - M, L*

### 9021

**9021-ADULT**
**Adult, light lined, 2-ply supplex nylon, "team players" jacket.**
"Birdie Light" polyester lining, **OVERSIZED UPPER BODY CUT**, full zipper front, reverse welt slash pockets, elastic cuffs, **ZIP-OFF LINED HOOD** with drawstrings, extra long body length.
*Sizes Medium through 3X Large.*
*Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

# 2 – Ply Supplex

# 2 - Ply Supplex



**9835-ADULT**
**2-ply supplex nylon, quilt lined parka.**
8.8 oz. 100% polyester quilted lining, quilted hood, full zipper front with snap closure, 10" side seam zippers, inside pocket, 100% nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 3X Large.*
*Black, Dartmouth Green, Light Maroon, Navy, Royal, Scarlet.*

▶ 9835

**8835-YOUTH**
SAME AS 8935, BUT YOUTH.
No inside pocket.
*YOUTH - S, M, L*

**Detail of side zipper**

▶ 9300

**9300-ADULT**
**Heavy fleece lined, 2-ply supplex nylon, hooded full zip jacket.**
7 oz. 50/50 sweatshirt lining throughout, full zipper front, reverse welt slash pockets, wide elastic cuffs and waistband, lined hood, set-in sleeves.

*Sizes Small through 4X Large.*
*Athletic Gold, Black, Dart. Green, Light Maroon, Navy, Royal, Scarlet.*

12

**9844-ADULT**
**Quilt lined, 2-ply supplex nylon, full zip jacket.**



6.2 oz. 100% polyester quilted nylon lining, 2 color surge pattern, 100% nylon knit cuffs and waistband, slash pockets, full zipper front, quilted hood with drawstrings.

*Sizes Small through 3X Large.*

| | |
|---|---|
| Black/Gold | Black |
| Black/Orange | Black |
| Black/Scarlet | Black |
| Black/White | Black |
| Dt. Green/Gold | Dart. Green |
| Dt. Green/White | Dart. Green |
| Maroon/Gold | Light Maroon |
| Maroon/White | Light Maroon |
| Navy/Gold | Navy |
| Navy/White | Navy |
| Royal/Gold | Royal |
| Royal/White | Royal |
| Scarlet/White | Scarlet |

**8844-YOUTH**
SAME AS 9844, BUT YOUTH.
*YOUTH - S, M, L*



**2895-ADULT**
**Quilt lined, 2-ply supplex nylon award style jacket.**

6.2 oz. 100% polyester quilted nylon lining, snap front, 100% black nylon knit cuffs and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 4X Large.*

| | |
|---|---|
| Black | Black |
| Dart. Green | Black |
| Light Maroon | Black |
| Purple | Black |
| Royal | Black |
| Scarlet | Black |

# 2 - Ply Supplex

# Waterproof

**1600-ADULT**
**Unlined, waterproof oxford nylon pullover.**
Elasticized drawstring bottom, **VENTILATED SPLIT BACK**, zip through 100% nylon knit collar, 100% nylon knit cuffs, zippered sport back pocket, extended back for added weather protection, color coordinated mesh action backs.

*Sizes Small through 3X Large.*




| | | | |
|---|---|---|---|
| Black | Black/Gold/White | Navy | Gold/White |
| Black | Black/Scarlet/White | Navy | Navy/White |
| Black | Black/White | Purple | Purple/White |
| Dart. Green | Dart. Green/White | Royal | Royal/Gold/White |
| Dart. Green | Dart. Green/Gold/White | Royal | Royal/White |
| Maroon | Maroon/Gold/White | Scarlet | Scarlet/White |
| Maroon | Maroon/White | | |

 1600

**1611-ADULT**
**Mesh lined, waterproof oxford nylon pullover with split back.**
Mesh lined throughout, elasticized drawstring bottom, **VENTILATED SPLIT BACK**, full zipper front through collar, 100% nylon knit collar color coordinated mesh action backs.

*Sizes Small through 3X Large.*

| | |
|---|---|
| Black | Black/Gold/White |
| Black | Black/Scarlet/White |
| Black | Black/White |
| Dart. Green | Dart. Green/White |
| Maroon | Maroon/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/White |

1611



**5036**

**5036-ADULT**
**Pile lined, waterproof oxford nylon, hooded warm-up jacket.** Lush, color matching pile lining, quilted sleeves, flap pockets, **LONGER BODY LENGTH**, elastic cuffs, snap front, drawstring, zippered hide-a-way hood under collar, set-in sleeves.

*Sizes Medium through 3X Large. Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**1500-ADULT**
Same as 1700, but Pile lined.

**1500**

**1700**

**1700-ADULT**
**Light lined, waterproof oxford nylon, sideline parka. OVERSIZED UPPER BODY CUT**, yoke front reverse welt slash pockets, heavy duty full metal zipper, **ROLL-AWAY HIDE-AWAY HOOD**, elastic cuffs, extra long body length.

*Sizes Medium through 3X Large. Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

# Waterproof

# Oxford



**7300-ADULT**
**Quilted, oxford nylon warm-up jacket.**
Color matching 6.2 oz. 100% polyester quilted nylon taffeta lining, snap front, stretch nylon knit cuffs, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*
*Black, Maroon, Navy, Royal, Scarlet.*

**2200-ADULT**
**Light lined, oxford nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large.*
*Black, Dartmouth Green, Kelly Green, Maroon, Navy, Royal, Scarlet.*

**3200-YOUTH**
SAME AS 2200, BUT YOUTH
*YOUTH - S, M, L*