

**2300-ADULT**
**Pile lined, oxford nylon warm-up jacket.**
Color matching 15 oz. 100% acrylic pile lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.
Athletic Gold, Black, Brown, Columbia Blue, Dartmouth Green, Bright Orange, Maroon, Navy, Royal, Scarlet.*

**3300-YOUTH**
SAME AS 2300, BUT YOUTH.
YOUTH - S, M, L
*Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**2400-ADULT**
**Sherpa lined, oxford nylon warm-up jacket.**
22 oz. 100% polyester sherpa lining, snap front, stretch nylon knit cuffs, quilted inner sleeves, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.
Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Royal, Scarlet.*

**3400-YOUTH**
SAME AS 2400, BUT YOUTH.
YOUTH - S, M, L

**2500-ADULT**
**Sherpa lined, oxford nylon coaches jacket.**
22 oz. 100% polyester sherpa lining, two slider (top and bottom opening) full zipper, double nylon hood in zippered undercollar, heavy stretch nylon knit cuffs, quilted inner sleeves, inside drawstring waist, clipboard size slash pockets with snap closure, set-in sleeves.

*Sizes Small through 3X Large.
Black, Dartmouth Green, Maroon, Navy, Royal, Scarlet.*

**Oxford**

# Oxford

**2750-ADULT**
**Oxford nylon, light lined, LAYDOWN COLLAR, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*



● 2750

| | |
|---|---|
| Athletic Gold | Gold/Black/White |
| Black | Black/Gold/White |
| Black | Black/Orange/White |
| Black | Black/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |

**3750-YOUTH**
SAME AS 2750, BUT YOUTH.
*YOUTH - S, M, L*



● 2850

**2850-ADULT**
**Oxford nylon, quilt lined, LAYDOWN COLLAR, award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, Byron collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| Athletic Gold | Gold/Black/White |
| Black | Black/Gold/White |
| Black | Black/Orange/White |
| Dart. Green | Dart. Green/White |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Purple | Purple/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |

**3850-YOUTH**
SAME AS 2850, BUT YOUTH.
*YOUTH - S, M, L*



### 2700-ADULT
**Oxford nylon, light lined, award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| Black | Black |
| Black | Black/Gold/White |
| Black | Black/White |
| Columbia Blue | Col. Blue/White |
| Dart. Green | Dart.Green/Gold/White |
| Dart. Green | Dart.Green/White |
| Kelly Green | Kelly/Gold/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon/Gold/White |
| Maroon | Maroon/White |
| Navy | Navy/Gold/White |
| Navy | Navy/Orange/White |
| Navy | Navy/White |
| Purple | Purple/Gold/White |
| Purple | Purple/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/Black/White |
| Scarlet | Scarlet/Gold/White |
| Scarlet | Scarlet/White |

### 3700-YOUTH
☺ SAME AS 2700, BUT YOUTH.
*YOUTH - S, M, L*

### 2800-ADULT
**Oxford nylon, quilt lined award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 5X Large.*

| | | | |
|---|---|---|---|
| Black | Black | Navy | Navy/Scarlet/White |
| Black | Black/Gold/White | Navy | Navy/White |
| Black | Black/Orange/White | Purple | Purple/Gold/White |
| Black | Black/Scarlet/White | Purple | Purple/White |
| Black | Black/White | Royal | Royal/Gold/White |
| Brown | Brown/Gold/White | Royal | Royal/Scarlet/White |
| Brown | Brown/Orange/White | Royal | Royal/White |
| Columbia Blue | Col. Blue/White | Scarlet | Scarlet/Black/White |
| Dart. Green | Dt. Green/Gold/White | Scarlet | Scarlet/Gold/White |
| Dart. Green | Dt. Green/White | Scarlet | Scarlet/Royal/White |
| Kelly Green | Kelly/Gold/White | Scarlet | Scarlet/White |
| Kelly Green | Kelly/White | White | Black/White |
| Maroon | Maroon/Gold/White | White | Kelly/White |
| Maroon | Maroon/White | White | Navy/White |
| Navy | Navy/Col. Blue/White | White | Purple/White |
| Navy | Navy/Gold/White | White | Royal/White |
| Navy | Navy/Orange/White | White | Scarlet/White |

### 3800-YOUTH
☺ SAME AS 2800, BUT YOUTH.
*YOUTH - XS, S, M, L*



◄ 2700

◄ 2800

### 2800L-LONG
**Extra long, oxford nylon, quilt lined award style jacket.**
Same as 2800, but two inches longer in sleeve and body length.

*Sizes Large through 3X Large.*

| | |
|---|---|
| Black | Black/Black |
| Black | Black/Gold/White |
| Black | Black/White |
| Navy | Navy/White |
| Royal | White/White |
| Scarlet | Scarlet/White |

**Oxford**

# Oxford



**2785-ADULT**
Same as 2760, but with knit collar instead of hood.

*Sizes X Small through 3X Large.*

**2785**

| | | | |
|---|---|---|---|
| Black | Gold/Black/White | Navy | Scarlet/Navy/White |
| Black | Orange/Black/White | Navy | White/Navy/Silver |
| Black | Scarlet/Black/White | Purple | Gold/Purple/White |
| Black | White/Black/Silver | Purple | White/Purple/Silver |
| Dart. Green | Gold/Dt. Green/White | Royal | Gold/Royal/White |
| Dart. Green | White/Dt. Green/Silver | Royal | Scarlet/Royal/White |
| Maroon | Gold/Maroon/White | Royal | White/Royal/Silver |
| Maroon | White/Maroon/Silver | Scarlet | White/Scarlet/Silver |
| Navy | Gold/Navy/White | White | Scarlet/Royal/White |

**2760-ADULT**
**Oxford nylon, light lined, hooded pullover jack**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistban and action inserts, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| Black | Col. Blue/Black/White |
| Black | Gold/Black/White |
| Black | Orange/Black/White |
| Black | Scarlet/Black/White |
| Black | Silver/Black/White |
| Dart. Green | Gold/Dt. Green/White |
| Dart. Green | White/Dt. Green/Silver |
| Kelly Green | White/Kelly/Silver |
| Maroon | Gold/Maroon/White |
| Maroon | White/Maroon/Silver |
| Navy | Col. Blue/Navy/White |
| Navy | Gold/Navy/White |
| Navy | Orange/Navy/White |
| Navy | White/Navy/Silver |
| Purple | Gold/Purple/White |
| Purple | White/Purple/Silver |
| Royal | Gold/Royal/White |
| Royal | White/Royal/Silver |
| Scarlet | Gold/Scarlet/Silver |
| Scarlet | White/Scarlet/Silver |
| White | Black/Gold/White |
| White | Royal/Scarlet/White |



**2735-ADULT**
**Oxford nylon, light lined, hooded pullover jacket.**
100% brushed polyester lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistbands, lined hood, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| Black | Black |
| Black | Black/Gold/White |
| Black | Black/Scarlet/White |
| Brown | Brown/Gold/White |
| Dart. Green | Dt. Green/Gold/White |
| Dart. Green | Dt. Green/White |
| Kelly Green | Kelly/White |
| Maroon | Maroon |
| Navy | Navy/Gold/White |
| Navy | Navy/White |
| Purple | Purple/White |
| Royal | Royal/Gold/White |
| Royal | Royal/White |
| Scarlet | Scarlet/White |
| White | White |

**3735-YOUTH**
SAME AS 2735, BUT YOUTH.
NOT available in white
*YOUTH - S, M, L*

**2710P-ADULT**
**Oxford nylon pants.**
100% brushed polyester lining, elastic waist nylon drawstring, side seam slash pockets, zippered legs.

*Sizes Small through 3XL.*
*Black, Dart. Green, Maroon, Navy, Purple, Royal, Scarlet.*

**Oxford**

# Oxford



**2825-ADULT**
**Oxford nylon, quilt lined, pullover jacket.**
6.2 oz. 100% polyester quilted nylon lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, collar and waistband, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**2835-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs and waistband, lined hood with drawstrings, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy White |
| **Royal** | Royal White |
| **Scarlet** | Scarlet White |

**2860-ADULT**
**Oxford nylon, quilt lined pullover jacket.**
6.2 oz. 100% polyester quilted lining, half zipper front, kangaroo pocket, 100% nylon knit cuffs, waistband and action inserts, lined hood with drawstrings, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Gold/Black/White |
| **Black** | Orange/Black/White |
| **Black** | Scarlet/Black/White |
| **Navy** | Gold/Navy/White |
| **Navy** | White/Navy/Silver |
| **Royal** | Gold/Royal/White |
| **Royal** | White/Royal/Silver |

●2860▶



**Oxford**