# Nylon Satin



**4400-ADULT**
Same as 4700 except solid knit cuffs, collar and waistband.

*Sizes X Small through 3X Large.*
*Black, Navy, Pink, Royal, Scarlet, Silver, White.
*Black available in 4X, 5X.

**5400-YOUTH**
SAME AS 4400, BUT YOUTH.
*YOUTH - S, M, L*
NOT available in White.
*Black & pink available in XS.

**4700-ADULT**
**Nylon satin, light lined award style jacket.**
100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

**5700-YOUTH**
SAME AS 4700, BUT YOUTH.
*YOUTH - S, M, L*

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

24

<mark>25</mark>

### 7875-ADULT
Same as 7800, but has full zipper front instead of snaps.
*Sizes Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Black** | Navy |

▶ 7875



### 7800-ADULT
**Pro-weight satin, quilt line award style jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Cardinal** | Cardinal/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Orange/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet |
| **Scarlet** | Scarlet/White |
| **Silver** | Scarlet |
| **Silver** | Silver |
| **Teal** | Teal |
| **White** | White |

▶ 7800

### 8800-YOUTH
SAME AS 7800, BUT YOUTH.
*YOUTH - S, M, L*

| | |
|---|---|
| **Black** | Black |
| **Black** | Black/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

### 7800L-ADULT-LONG
**Extra long, pro-weight satin, quilt lined, award style jacket.**
Same as 7800, but 2" longer in sleeve and body length.

*Sizes Large through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |
| **Royal** | Royal |
| **Royal** | White |

# Pro Weight Satin

# Taffeta



**4000-ADULT**
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, nylon knit cuffs, reverse welt slash pockets, raglan sleeves, drawstring bottom.

*Sizes X Small through 3X Large.
Black, Brown, Kelly Green, Maroon, Navy, Royal, Scarlet, White.*

◄ 4000

◄ 1507

**1507-ADULT**
**Taffeta nylon, unlined pullover jacket.**
Half zipper knit turtleneck collar, right breast pocket, knit waistband, cuffs and action back, set-in sleeves.

*Sizes X Small through 2X Large.
Black, Maroon, Dartmouth Green, Kelly Green, Navy, Royal, Scarlet, Tan, White, White/Kelly Green, White/Royal, White/Scarlet.*

27



### 2000-ADULT
**Light lined taffeta nylon warm-up jacket.**
100% brushed polyester lining, snap front, elastic cuffs, reverse welt slash pockets, set-in sleeves, drawstring bottom.

*Sizes XS to 5X Large.
Athletic Gold, Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

### 3000-YOUTH
SAME AS 2000, BUT YOUTH.
*YOUTH - S, M, L*





### 2100-ADULT
**Unlined taffeta nylon warm-up jacket.**
Snap front, elastic cuffs, slash pockets, set-in sleeves, drawstring bottom.

*Sizes XS to 3X Large.
Athletic Gold, Black, Brown, Dartmouth Green, Bright Orange, Kelly Green, Maroon, Navy, Purple, Royal, Scarlet, White.*

### 3100-YOUTH

SAME AS 2100, BUT YOUTH.
*YOUTH - S, M, L*



### 4200-ADULT
Same as 4000, but with a zippered front and no drawstring.

*Sizes X Small through 2X Large.
Black, Brown, Kelly Green, Maroon, Navy, Royal, Scarlet.*



# Taffeta

# Corduroy



**8475-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs and waistband, **CORDUROY BYRON COLLAR** with contrasting undercollar and snaps, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black/Gold/White |
| **Black** | Black/Orange/White |
| **Black** | Black/Scarlet/White |
| **Black** | Black/White |
| **Dart. Green** | Dt. Green/Gold/White |
| **Dart. Green** | Dt. Green/White |
| **Kelly Green** | Kelly/Gold/White |
| **Kelly Green** | Kelly/White |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/Scarlet/White |
| **Navy** | Navy/White |
| **Purple** | Purple/Gold/White |
| **Purple** | Purple/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

**8400-ADULT**
**Cotton corduroy, quilt lined, award jacket.**
6.2 oz. 100% polyester quilted nylon lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes Small through 4X Large.*

| | |
|---|---|
| **Black** | Black |
| **Navy** | Navy |

**9475-YOUTH**
SAME AS 8475, BUT YOUTH.
*YOUTH - S, M, L*

### 8200-ADULT
**Cotton poplin, light lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 100% brushed polyester lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Maroon** | Maroon |
| **Navy** | Navy |
| **Royal** | Royal |
| **Scarlet** | Scarlet |

### 8100-ADULT
**Cotton poplin, quilt lined, award style jacket.**
**ZEPEL** finished outer shell for water and stain resistancy, 6.2 oz. 100% polyester quilted lining, snap front, 100% nylon knit cuffs, collar and waistband, reverse welt slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*

| | |
|---|---|
| **Black** | Black |
| **Dart. Green** | Dart. Green |
| **Maroon** | Maroon/Gold/White |
| **Maroon** | Maroon/White |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy |
| **Navy** | Navy/Gold/White |
| **Navy** | Navy/White |
| **Royal** | Royal/Gold/White |
| **Royal** | Royal/White |
| **Scarlet** | Scarlet/White |

### 1000-ADULT
**Poplin chintz, nylon lined, fashion jacket.**
Color matched nylon lining, full zipper front, dog leash collar, epaulets, 100% textured polyester knit cuffs and waistband, knit trimmed breast pocket, slash pockets, set-in sleeves.

*Sizes X Small through 3X Large.*
*Black, Navy, Silver, Tan, White.*

# Poplin



# Micro



**6700-ADULT**
**Nylon lined, micro fiber scoop neck pullover.**
100% nylon throughout, "silky-to-touch" sanded polyester micro fiber shell, solid knit collar, cuffs and waistband with raised edges, side seam pockets, set-in sleeves, full athletic cut.

*Sizes X Small through 4X Large.*
*Black, Dartmouth Green, Maroon, Navy.*



6700