**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
RICHARD A. LESLIE CO., INC.,

                      Plaintiff,              07 CV 5933 (LAK)

v.

BIRDIE, LLC and GOLFSMITH            **MOTION TO ADMIT COUNSEL**
INTERNATIONAL HOLDINGS, INC,      **PRO HAC VICE**

                     Defendants.

Pursuant to local rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Al J. Daniel, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:    William D. Raman
        Firm Name:           Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP
        Address:              221 W. 6th Street, Suite 905
        City/State/Zip:       Austin, TX 78701
        Phone Number:      (512) 473-2550
        Fax Number:         (512) 473-2555

WILLIAM D. RAMAN is a member in good standing of the bar of the State of Texas

There are no pending disciplinary proceedings against WILLIAM D. RAMAN in any State or Federal court.

Dated:        October 3, 2007
City, State:   NewYork, NY

                Respectfully Submitted,

                _____
                Al J. Daniel, Jr., Esq.
                SDNY Bar Code: AD9333
                Cowan, DeBaets, Abrahams
                And Sheppard, LLP
                41 Madison Avenue, 34th Floor
                New York, NY 10010
                Telephone:    (212) 974-7474
                Facsimile:     (212) 974-8474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICHARD A. LESLIE CO., INC.,

                Plaintiff,        07 CV 5933 (LAK)

v.

BIRDIE, LLC and GOLFSMITH        AFFIDAVIT OF
INTERNATIONAL HOLDINGS, INC,    AL J. DANIEL, JR.
                                                                          IN SUPPORT OF MOTION
                                                                            TO ADMIT COUNSEL
                Defendants.          PRO HAC VICE

State of New York    )
                         ) ss:
County of New York )

Al J. Daniel, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a partner with Cowan, DeBaets, Abrahams and Sheppard, LLP, counsel for Defendants in the above captioned action. I make this statement based on my personal knowledge pf the facts set forth herein and in support of Defendants' motion to admit William D. Raman as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on March 27, 1989, the District of Columbia on August 15, 1973 and the State of Arkansas on April 6, 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this court.

3. I have known William D. Raman since September 17, 2007.

4. Mr. Raman is a partner with Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP in Austin, Texas.

5. I have found Mr. Raman to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of William D. Raman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of William D. Raman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit William D. Raman, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: October 3, 2007
City, State: New York, NY
Notarized: _____

**ZEHRA ABDI**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02AB6149696**
**Qualified in New York County**
**My Commission Expires July 17, 2010**

Respectfully Submitted,

_____
Name of Movant: Al J. Daniel, Jr.
SDNY Bar Code: AD9333

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

October 01, 2007

RE:   **Mr. William D. Raman**
      State Bar Number - **16492700**

To Whom it May Concern:

This is to certify that Mr. William D. Raman was licensed to practice law in Texas on November 06, 1978 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*John A. Neal* (signature)

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

## CERTIFICATE OF SERVICE

     This is to certify that on the 3rd day of October, 2007, a true and correct copy of Defendants' Motion to admit William D. Raman, Esq., pro hac vice, was served on counsel for Plaintiff by first class mail, postage pre-paid, to the following address:

     Jeffrey Sonnabend, Esq.
     Sonnabend Law
     600 Prospect Avenue
     Brooklyn, NY 11215-6012

                                                                  John Bockwoldt