**MEMO ENDORSED**

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD A. LESLIE CO., INC.    Plaintiff,

07    cv    5933    (LAK)

- against -

BIRDIE, LLC and GOLFSMITH    Defendant.
INTERNATIONAL HOLDINGS,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of AL J. Daniel, Jr.    attorney for Defendants BIRDIE LLC and GOLFSMITH INTER

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | William D. Raman |
| Firm Name: | Wong, Cabello, Lutsch, Rutherford and Bruccule |
| Address: | 221 W. 6th Street, Suite 950 |
| City/State/Zip: | Austin, TX 78701 |
| Telephone/Fax: | (512) 473-2550 |
| Email Address: | 512-473-2555 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

is admitted to practice pro hac vice as counsel for Defendants BIRDIE LLC and GOLFSN in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/11/07
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006