

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
Richard A Leslie Co., Inc.,

    Plaintiff,

        v.

Birdie, LLC, and Golfsmith International
Holdings, Inc.,

    Defendants.
------------------------------------------------x

STIPULATION OF DISMISSAL
WITH PREJUDICE

07-cv-5933 (LAK)

The parties, having settled the action, hereby dismiss the action with prejudice as to all counts contained in all claims and counterclaims, pursuant to Fed. R. Civ. P. 41(a)(1). The parties agree that the Court shall retain jurisdiction for purposes of enforcing the settlement between the parties, should any enforcement be necessary.

_____
Dated: May 8, 2008

Toby Butterfield
Nancy E. Wolff
Cowan, Debaets, Abrahams & Sheppard, LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

ATTORNEYS FOR DEFENDANTS
BIRDIE, LLC and GOLFSMITH
HOLDINGS, INTERNATIONAL, INC.

_____
Dated: May 9, 2008

Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

ATTORNEY FOR PLAINTIFF

SO ORDERED

_____
U.S.D.J.

5/14/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08